# EXHIBIT A

Report Infringement    Notice Retraction Form

English ▼    Help | Your Account

# Report Infringement

## Sign in Required

To submit a report of infringement, or retract a previously submitted report, please sign in.

[ Sign in ]    New to Amazon? Create an Account

## About Amazon's Report Infringement Form

Amazon's Report Infringement form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements such as copyright and trademark concerns. If you are not an intellectual property rights owner or their agent, Amazon will not be able to process complaints submitted through this form. Please report your concerns to Amazon through the appropriate venue:

- Sellers may use this contact us form to report inappropriate listings, other sellers, policy violations, etc.
- Buyers may use this contact us form to report problems with orders, seller policy violations, etc.

## We Do Not Enforce

**Product detail page ownership and image restrictions:** When a product detail page is created, it becomes a permanent catalog page on Amazon that will remain even if the creator's inventory sells out. Additionally, when you add your copyrighted image to a product detail page, you grant Amazon and its affiliates a non-exclusive, worldwide, royalty-free, perpetual, irrevocable right to exercise all rights of publicity over the material.

Other sellers can list their items for sale against pages or copyrighted images that you have used. However, we do require sellers to list only against product detail pages that exactly match their items. If you believe sellers are listing against product detail pages that do not exactly match their items, we ask that you report the violation directly by using the contact us form.

If your copyrighted image has been added to our catalog without your consent, please start a report.

**Exclusive or selective distribution:** Amazon respects a manufacturer's right to enter into exclusive distribution agreements for its products. However, violations of such agreements do not constitute intellectual property rights infringement. As the enforcement of these agreements is a matter between the manufacturer and the retailers, it would not be appropriate for Amazon to assist in enforcement activities.

Please review the Intellectual Property for Rights Owners to learn more about different infringement types.



## Protect your brand with Brand Registry

If you have a pending or registered trademark, enroll your brand in Brand Registry to enable proactive protections for your listings. Report a Violation and Impact Dashboard will help easily detect and report potential Intellectual Property (IP) infringements, and give insights into how Amazon is protecting your brand.

Learn more about Amazon Brand Registry and start the enrollment process.