# EXHIBIT B

2021/3/17 futaiphy Plates Creativity of Japanese household style| | - AliExpress





1 Sold





















