# EXHIBIT C

2020/12/7 TFNYCT Men's sweater, half high neck, autumn and winter thick knit, inner collar sweater, trendy men's clothing| | - AliExpress













12/6/2020 — Seller Center

AliExpress Seller Center | Dashboard | Products | Orders | Store | Marketing | Account | Business Advisor | Violations | Help Center

**Orders**
- All Orders
- Refunds & Disputes
- Export Orders
- Shipping Risk Assesment
- WH Fulfillment Order Management
- WH Return Fulfillment Order Management

**Logistics**
- Address management
- Logistics Service
- Local Return Service
- Air Mail Orders
- Express Orders
- ePacket Orders
- Batch Ship Online
- Handover Orders Management
- Logistics Plan Comparison
- CaiNiao Financial Portal
- Shipping Fees Records
- Cainiao Service Center
- Overseas Warehouse
- Cainiao Seller Workbench

**Funds Account**
- Finance Report
- Advance Fund Management
- Advance Fund Pay Back
- Alipay International Account
- Balance & Withdraw
- Credit Loan
- AliExpress Business Loan

**Manage Feedback**
- Manage Feedback
- Feedback Overview
- Feedback Analysis

All Orders >

## Order Details

**Order State**

✓ Order — ✓ Payment — ✓ Shipment

Completed

**Shipment Information**

| Shipping Time | Shipping Method | Tracking Number | Actions |
|---|---|---|---|
| 2020-09-03 23:44 | ePacket | LY370603598CN | 2020-10-07 1… 2020-10-07 1… 2020-09-04 0… View details |

**Order Overview**

Order ID: 8017335253134695   Copy

Buyers: **Giullianna Di Braccio** 👑
Contact | Messages | Report Buyer | Blacklist

Note: Edit Note

Receiver Address
Receiver Name: Giullianna Di Braccio
Address: 1990 Jonathan Circle Apt# 203 ,
Zip Code: 48317
Phone: +1 630-258-5189
CPF
Copy

| Product Information | Unit Price | Quantity | Product Total |
|---|---|---|---|
| TFNYCT Men's sweater, half high neck, autumn … (null null) | US $25.10 | 1 | US $25.10 |

**Fund Details**

**Order Amount**

| Product Total | Shipping Cost | Adjustment | duty | Store Promotion | Order Amount | Platform Commission |
|---|---|---|---|---|---|---|
| US $25.10 | US $1.05 | US $0.00 | - | US $25.00 Details | US $1.15 | US $0.06 |

**Buyer Payment Details**

| Buyer Paid | Payment Time | Payment |
|---|---|---|
| US $1.15 | 2020-09-02 21:12 | WM_EBA… |

https://gsp.aliexpress.com/apps/order/detail?spm=5261.15031002.orderTable.18.518b4edfvS6t0J&orderId=8017335253137951    1/1











