UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN G. MORTON, an individual; ASIN ENTERPRISE MANAGEMENT CONSULTING LTD. CO., a China corporation; SHENZHEN LUNA TECHNOLOGY CO., LTD., a China corporation; HUANHUAN LIAO, an individual; CHENLIANG ZHONG, an individual; GUOLIANG ZHONG, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-1471<br><br>**AMAZON.COM, INC.'S AND AMAZON.COM SERVICES LLC'S FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Amazon.com, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Plaintiff Amazon.com Services LLC is a wholly owned indirect subsidiary of parent company Amazon.com, Inc. Amazon.com Services LLC has no other publicly held corporation that owns 10% or more of its membership interests.

AMAZON.COM, INC.'S AND AMAZON.COM SERVICES LLC'S
CORPORATE DISCLOSURE STATEMENT - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1  DATED this 16th day of September, 2024.

2                                              DAVIS WRIGHT TREMAINE LLP
                                               *Attorneys for Plaintiffs*
3

4                                              *s/ Scott Commerson*
                                               Scott Commerson, WSBA #58085
5                                              865 South Figueroa Street, Suite 2400
                                               Los Angeles, CA 90017-2566
6                                              Tel: (213) 633-6800
                                               Fax: (213) 633-6899
7                                              Email: scottcommerson@dwt.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

AMAZON.COM, INC.'S AND AMAZON.COM SERVICES LLC'S
CORPORATE DISCLOSURE STATEMENT - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax