# EXHIBIT B

2021/3/17 futaiphy Plates Creativity of Japanese household style| | - AliExpress





2021/3/17 futaiphy Plates Creativity of Japanese household style| | - AliExpress

1 Sold





2021/3/17 futaiphy Plates Creativity of Japanese household style| | - AliExpress

















