# EXHIBIT C

2020/12/7 TFNYCT Men's sweater, half high neck, autumn and winter thick knit, inner collar sweater, trendy men's clothing| | - AliExpress

| Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account |

**Shop910796038 Store**
0.0% Positive feedback  + Follow  0 Followers

I'm shopping for...    2
On AliExpress   In this store

Store Home   Products ⌄   Sale Items   Top Selling   Feedback





TFNYCT Men's sweater, half high neck, autumn and winter thick knit, inner collar sweater, trendy men's clothing

## US $25.10

US $2.00 New User Coupon    Get coupons

**Color:** Khaki

**Size:**
M    L

**Quantity:**
−  1  +   18 pieces available

**Shipping: US $303.89**
to United States via AliExpress Standard Shipping ⌄
Estimated Delivery on Jan 19

Buy Now    Add to Cart    ♡

🛡 90-Day Buyer Protection
Money back guarantee

## Shop910796038 Store

| Store Categories | Shop910796038 Store | | | | | | |
|---|---|---|---|---|---|---|---|
| › Others | 0.0% Positive Feedback | | | | | | |
| | 0 Follower | | | | | | |
| | 💬 Contact | | | | | | |
| | + Follow  Visit Store | US $15.10 | US $25.10 | US $59.10 | US $15.10 | US $32.10 | US $26.10 |

**OVERVIEW**   CUSTOMER REVIEWS (0)   SPECIFICATIONS                                                         Report



















