The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN G. MORTON, an individual; ASIN ENTERPRISE MANAGEMENT CONSULTING LTD. CO., a China corporation; SHENZHEN LUNA TECHNOLOGY CO., LTD., a China corporation; HUANHUAN LIAO, an individual; CHENLIANG ZHONG, an individual; GUOLIANG ZHONG, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01471-JLR<br><br>**[PROPOSED] ORDER GRANTING AMAZON'S MOTION FOR ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

THIS MATTER comes before the Court on Amazon's Motion for Order Appointing International Process Server ("Motion"). Having reviewed the Motion and the Declaration of Celeste Ingalls, as well as the pleadings on file in the above-captioned matter, the Court ORDERS as follows:

Pursuant to Chapter 1, Article 3 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Service Convention"), and for good cause shown, the Court hereby appoints Celeste

[PROPOSED] ORDER GRANTING AMAZON'S MOTION FOR ORDER APPOINTING INTERNATIONAL PROCESS SERVER - 1
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Ingalls, specializing in international service of process, 733 SW Vista Avenue, Portland, Oregon 97205, as a competent officer under the jurisdiction of the Court to issue and forward a request to the applicable Central Authority, for service of any and all documents to be served in this case in accordance with the Hague Service Convention.

SO ORDERED this _____ day of _____, 2024.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING AMAZON'S MOTION FOR ORDER APPOINTING INTERNATIONAL PROCESS SERVER - 2
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax