The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN G. MORTON, an individual; ASIN ENTERPRISE MANAGEMENT CONSULTING LTD. CO., a China corporation; SHENZHEN LUNA TECHNOLOGY CO., LTD., a China corporation; HUANHUAN LIAO, an individual; CHENLIANG ZHONG, an individual; GUOLIANG ZHONG, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01471-JLR<br><br>**DECLARATION OF CELESTE INGALLS IN SUPPORT OF AMAZON'S MOTION FOR ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

I, Celeste Ingalls, declare as follows:

1. I am presently employed as Director of Operations of Crowe Foreign Services, located at 733 SW Vista Avenue, Portland, Oregon 97205. I specialize in the service of civil process in foreign countries. I am a resident of Oregon; am a citizen of the United States; am over the age of twenty-one; and am neither a party nor an attorney for a party in this action.

2. I have been retained by the law firm, Davis Wright Tremaine LLP ("DWT"), counsel for Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (collectively

DECLARATION OF CELESTE INGALLS - 1
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

"Amazon") in this action. DWT has asked me to execute service of process upon Defendant Jonathan G. Morton in Japan.

3.    The United States and Japan are both signatories to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention").

4.    On a frequent and regular basis for more than twenty-eight years, I have prepared, signed, and forwarded requests for service of process, in accordance with the Hague Service Convention, from various United States federal and state courts, as well as from courts in Canada and other territories. I have forwarded such requests for service of process to various countries and territories that are signatories to the Hague Service Convention, including Japan.

5.    I have lectured to state and county bar associations, as well as other professional associations, on the mechanics and requirements of service of process in foreign countries.

6.    Since 2003, I have attended all the Special Administrative Sessions of the Hague Conference in The Hague, Netherlands, for the Hague Service Convention as a private expert. At these sessions, signatory countries are represented by their respective judicial authorities to discuss their country's interpretations and practical mechanics of, as well as problems encountered in dealing with, the Hague Service Convention and its obligations.

7.    I have participated in a "training" session presided over by the Hague Administration to provide guidance to a foreign Central Authority and its courts on their practical obligations with respect to service under the provisions of the Hague Service Convention. At this session, it was agreed by the Hague Administration that each signatory country has the discretion to interpret the Hague Service Convention Articles in a way that conforms to their internal law.

8.    Article 3 of the Hague Service Convention states "[t]he authority or judicial officer competent under the law of the State in which the documents originate shall forward to the Central Authority of the State addressed a request . . . ." I have been informed by Japan's Central Authority that in accordance with Japan's interpretation of Article 3, it will not accept a

DECLARATION OF CELESTE INGALLS - 2
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  request pursuant to the Hague Service Convention unless it is signed by the forum court, or by an officer of the forum court.

9. In the alternative, Japan will accept a request pursuant to the Hague Service Convention signed by an individual other than the forum court or an officer of the forum court, if said individual has been given authority by the forum court as a competent officer of the court for the purpose of requesting service in accordance with the Hague Service Convention.

10. If the Court issues an order appointing me as an international process server on behalf of Amazon for service of the Summons and First Amended Complaint ("FAC") on Defendant Morton, I will forward to the Central Authority in Japan the Order, the Summons, Civil Cover Sheet, FAC, and Japanese translations thereof, to be served upon Morton in accordance with the Hague Service Convention.

11. Attached as Exhibit A is a true and correct copy of an order from a court in the Western District of Texas, dated June 2, 2021, in the case titled, *Metro Equip. & Rental Co. v. Tsurumi Mfg. Co.*, et. al., No. PE:21-CV-30-DC-DF, Dkt. 6, in which the court appointed me as an officer of the court to effect service on a defendant in Japan pursuant to the Hague Service Convention.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 3rd day of December, 2024 at Portland, Oregon.

Celeste Ingalls

DECLARATION OF CELESTE INGALLS - 3
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax