# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| **METRO EQUIPMENT & RENTAL CO., INC.,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **PE:21-CV-30-DC-DF** |
| | § | |
| **TSURUMI MANUFACTURING CO., LTD. and DAISHIN INDUSTRIES LTD.,** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Before the Court is Plaintiff Metro Equipment & Rental Co., Inc.'s ("Plaintiff") Motion

for Order Appointing International Process Server. (Doc. 5). This matter is before the U.S.

Magistrate Judge for the Pecos Division pursuant to the Order of Referral, 28 U.S.C. § 636, and

Appendix C of the Local Rules. After due consideration, Plaintiff's Motion for Order Appointing

International Process Server is **GRANTED**. (Doc. 5).

Federal Rule of Civil Procedure 4(f)(1) provides that:

> Unless federal law provides otherwise, an individual . . . may be
> served at a place not within any judicial district of the United
> States . . . by any internationally agreed means of service that is
> reasonably calculated to give notice, such as those authorized by
> the Hague Convention on the Service Abroad of Judicial and
> Extrajudicial Documents.

Pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in

Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private

International Law on 15 November, 1965 (the "Hague Service Convention"), and for good cause

shown, the Court hereby appoints **Crowe Foreign Services** and its agents including Ms. Celeste

Ingalls, specializing in international service of process, 733 SW Vista Avenue, Portland, Oregon

97205, as the authority and judicial officer competent under this Court's jurisdiction to issue and

forward a request to the applicable Japanese Central Authority for service of any and all

documents to be served in this case.

It is so **ORDERED**.

SIGNED this 2nd day of June, 2021.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE