The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN G. MORTON, an individual; ASIN ENTERPRISE MANAGEMENT CONSULTING LTD. CO., a China corporation; SHENZHEN LUNA TECHNOLOGY CO., LTD., a China corporation; HUANHUAN LIAO, an individual; CHENLIANG ZHONG, an individual; GUOLIANG ZHONG, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01471-JLR<br><br>**NOTICE OF ADDRESS CHANGE**<br><br>(Clerk's Action Required) |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that effective November 25, 2024, the address for Scott Commerson of the Los Angeles office of Davis Wright Tremaine, LLP, counsel for Plaintiffs, changed to 350 South Grand Avenue, 27th Floor, Los Angeles, California 90071-3460.

The telephone and facsimile numbers, and email and website addresses, will remain the same.

NOTICE OF ADDRESS CHANGE - 1
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    DATED this 10th day of December, 2024.

2                                          DAVIS WRIGHT TREMAINE LLP
                                           *Attorneys for Plaintiffs*

3

4                                          */s/ Scott R. Commerson*
                                           Scott R. Commerson, WSBA #58085
5                                          350 South Grand Avenue, 27th Floor
                                           Los Angeles, CA 90071-3460
6                                          Tel: (213) 633-6800
                                           Fax: (213) 633-6899
7                                          Email: scottcommerson@dwt.com

NOTICE OF ADDRESS CHANGE - 2
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax