1

The Honorable James L. Robart

2

3

4

5

6

7          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
8                      AT SEATTLE

9

10   AMAZON.COM, INC., a Delaware corporation        No. 2:24-cv-01471-JLR
     and AMAZON.COM SERVICES LLC, a
11   Delaware limited liability company,             **DECLARATION OF SCOTT
                                                     COMMERSON IN SUPPORT OF
12                      Plaintiffs,                  PLAINTIFFS' *EX PARTE* MOTION
                                                     FOR ALTERNATIVE SERVICE**
13          v.

14   JONATHAN G. MORTON, an individual;
     ASIN ENTERPRISE MANAGEMENT
15   CONSULTING LTD. CO., a China corporation;
     SHENZHEN LUNA TECHNOLOGY CO.,
16   LTD., a China corporation; HUANHUAN
     LIAO, an individual; CHENLIANG ZHONG,
17   an individual; GUOLIANG ZHONG, an
     individual; and DOES 1-10,
18
                        Defendants.
19

20          I, Scott Commerson, declare and state as follows:

21          1.      I am a Partner at the law firm Davis Wright Tremaine LLP, which represents

22   Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") in the

23   above-titled litigation. I am over 18 years of age. The statements made below are true to the best

24   of my knowledge and belief. I make them in support of Amazon's *Ex Parte* Motion for

25   Alternative Service.

26          2.      Both before and since filing the Complaint (Dkt. No. 1) and the First Amended

27   Complaint (Dkt. No. 5), Amazon has conducted substantial investigation into Defendants

DECLARATION OF SCOTT COMMERSON - 1
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Shenzhen Luna Technology Co., Ltd. ("Shenzhen Luna"), Huanhuan Liao ("Liao"), Chenliang Zhong ("Chen Zhong"), and Guoliang Zhong ("Guo Zhong") (collectively, the "False Takedown Defendants"). As alleged in the First Amended Complaint, Defendants Shenzhen Luna and Liao used a fraudulently-obtained trademark registration from the United States Patent and Trademark Office ("USPTO") for the mark "Futaiphy"[1] in order to create an Amazon Brand Registry account,[2] and to submit fraudulent takedown notices to target and remove content from product listings in the Amazon.com store ("Amazon Store"). As further alleged in the First Amended Complaint, Defendants Chen Zhong and Guo Zhong used a fraudulently-obtained trademark registration from the USPTO for the mark "Tfnyct"[3] to create an Amazon Brand Registry account,[4] and to submit fraudulent takedown notices to target and remove content from product listings in the Amazon Store.

3.     Amazon also conducted a substantial investigation into the Lunakj, BDliccs, and Anck selling accounts (collectively, the "Selling Accounts") that were connected to respective Brand Registry Accounts. These efforts included: (1) working with investigators who researched information and documents that the False Takedown Defendants provided to Amazon when registering their Selling Accounts; (2) researching information about the False Takedown Defendants in public and proprietary databases; and (3) physically inspecting various address locations in China associated with the False Takedown Defendants. This investigation revealed that the False Takedown Defendants sought to evade Amazon's seller verification processes by providing Amazon with misleading or fraudulent address information in connection with the Selling Accounts.

4.     This investigation also revealed that Defendants are likely located in China according to the addresses that the False Takedown Defendants provided to Amazon, the

---

[1] USPTO Application Serial Number 90604827 (the "Futaiphy Trademark").

[2] The Amazon Brand Registry account bearing the account number 1113755, for which the Futaiphy Trademark was added on or about April 2, 2021 ("Futaiphy Brand Registry Account").

[3] USPTO Application Serial Number 90376905 (the "Tfnyct Trademark").

[4] The Amazon Brand Registry account bearing the account number 938407, for which the Tfnyct Trademark was added on or about December 22, 2020 ("Tfnyct Brand Registry Account").

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

USPTO, and/or to a third party payment service provider as discussed below, and also because the majority of the IP addresses that were used to access the Selling Accounts were located in China.

**<u>Investigation of Addresses the False Takedown Defendants Provided to Amazon.</u>**

5.      As set forth in the concurrently-filed Declaration of Robert Garrett ("Garrett Declaration"), the Lunakj Selling Account was registered under the name of Defendant Shenzhen Luna. The operators of the Lunakj Selling Account provided the following physical address to Amazon when they created the Lunakj Selling Account: Room 39G52, Fortune Building, No. 88, Fuhua 3rd Road, Gangxia Community, Futian Street, Futian District, Shenzhen, China. On or about November 5, 2024, Amazon's investigators conducted a site visit to this address, and were not able to find any evidence that Defendant Shenzhen Luna currently operated there.

6.      As further set forth in the Garrett Declaration, the BDliccs Selling Account was registered under the name of Defendant Chen Zhong. The operators of the BDliccs Selling Account provided the following physical address to Amazon when they created the Lunakj Selling Account: Room 1610-1611, Building 3, Vanke City Light Phase 3, No. 381 Daxing Street, Fengze District, Quanzhou City, China. However, on or about November 5, 2024, Amazon's investigators conducted a site visit and did not find any evidence that Defendant Chen Zhong currently resided at this address.

7.      As further set forth in the Garrett Declaration, the Anck Selling Account was the beneficiary of the Tfnyct Brand Registry Account's fraudulent takedown notices, as the Anck Selling Account benefited from the Tfnyct Brand Registry Account's fraudulent takedown notices because it sold the same products as the sellers targeted by those notices. The operators of the Anck Selling Account provided the following physical address to Amazon when they created the Anck Selling Account: Eng. Room 1010, Building 8, Donghai Taihe Plaza, No. 1466 Daxing Street, Fashi Community, Donghai Street, Quanzhou Fujian, China 362000. As discussed below, Amazon's investigation revealed that Guo Zhong controlled this Selling Account.

DECLARATION OF SCOTT COMMERSON - 3
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

However, on or about on or about November 5, 2024, Amazon's investigators conducted a site visit and did not find any evidence that Defendant Guo Zhong currently resided at this address.

**Investigation of Addresses the False Takedown Defendants Provided to PingPong.**

8.      In a further effort to identify and locate the False Takedown Defendants, Amazon obtained information from third party payment service provider PingPong Global Solutions, Inc. ("PingPong") related to virtual bank accounts that the False Takedown Defendants provided to Amazon when registering their Selling Accounts in order to receive and transfer proceeds from their sale of products in the Amazon Store. PingPong's information revealed that Defendant Liao registered a PingPong bank account that was linked to the Lunakj Selling Account, and that Guo Zhong registered a PingPong bank account that was linked to the BDliccs Selling Account and the Anck Selling Account. Based on Defendants Liao's and Guo Zhong's control over their respective financial accounts that were registered to receive disbursements from the Lunakj, and BDliccs and Anck Selling Accounts, respectively, it is reasonable to infer that they controlled their respective Selling Accounts, as well as the Brand Registry Account linked to each Selling Account.

9.      PingPong's information disclosed a potential physical address for Defendant Liao: Room 101, Building 8, Coconut Grove Garden, Sanzheng Banshan Haoyuan, No. 12 Yingbin Avenue, Tangxia Town, Dongguan City, China. However, on or about November 5, 2024, Amazon's investigators conducted a site visit and did not find any evidence that Defendant Liao currently resided at this address. Amazon's investigators further spoke with Defendant Liao via the phone using the telephone number she provided to PingPong. Defendant Liao stated that she did not live at this address, but did not provide the investigator with her current address.

10.     PingPong's information disclosed a potential physical address for Defendant Guo Zhong: Room 816-817, Building 9, Donghai Taihe Plaza, Fengze District, Quanzhou City, Fujian Province, China. However, on or about November 5, 2024, Amazon's investigators

DECLARATION OF SCOTT COMMERSON - 4
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

conducted a site visit at this address and did not find any evidence that Defendant Guo Zhong currently resided there.[5]

**Investigation of the Addresses the False Takedown Defendants Provided to the USPTO.**

11.    Amazon also analyzed the USPTO's public records for the Futaiphy and Tfnyct Trademarks in an effort to uncover additional addresses associated with the False Takedown Defendants.[6] Specifically, according to the USPTO's public records, Defendant Shenzhen Luna filed an application for the Futaiphy mark on March 26, 2021. The USPTO's records for the Futaiphy Trademark disclosed a potential physical address in China for Defendant Shenzhen Luna: Rm.328-A62,East Block,F3,206#,Tairan Technology Park, Shatou St., Futian Dist. Shenzhen China 518048. However, on or about November 5, 2024, Amazon's investigators conducted a site visit there, and did not find any evidence that Defendant Shenzhen Luna currently operated at this address, as the building was barricaded, and was set to be demolished.

12.    Defendant Chen Zhong filed an application for the Tfnyct mark on December 11, 2020. The USPTO's records for the Tfnyct Trademark disclosed a potential physical address in China for Defendant Chen Zhong: No.9, Zhusiping Road, Yangmeixi Village, Ancient City, Changting County, Longyan, China 366300. However, on or about November 5, 2024, Amazon's investigators conducted a site visit and were unable to locate this address, as none of the buildings in the village contain any house numbers, and the streets did not have any signs.

13.    In summary, we have conducted a thorough investigation through multiple avenues to determine the False Takedown Defendants' current whereabouts. While we believe they are located in China, to date we have not been able to locate current valid physical addresses for them. We therefore believe that service via email is the best means of effecting service on the

---

[5] PingPong's information did not disclose an email address for either Defendant Liao or Guo Zhong.

[6] The email address for correspondence listed in the USPTO's records for both the Futaiphy and Tfnyct Trademarks is mengsustone@gmail.com. On information and belief, this is an email address used by Defendant Asin Enterprise Management Consulting Ltd. Co. in connection with the services they provided to the False Takedown Defendants when assisting with the registration of these trademarks.

DECLARATION OF SCOTT COMMERSON - 5
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

False Takedown Defendants. Indeed, the False Takedown Defendants' email addresses are the only contact information that our investigation has confirmed as valid.

14.    We believe the False Takedown Defendants' email addresses, listed below, are active. As explained in the Garrett Declaration, these Defendants registered emails to access Amazon's Seller Central and to do business in the Amazon Store. On January 7, 2025, we directed that test emails be sent to the False Takedown Defendants, via each of the email addresses listed in the Garrett Declaration. These test emails apprised the False Takedown Defendants of the lawsuit and contained courtesy copies of the First Amended Complaint, the Civil Cover Sheet, and the Summonses. We did not receive any error notices, bounce back messages, or other indications that the emails failed to deliver for at least one email address associated with each False Takedown Defendant. Specifically, we received no error notices, bounce back messages, or other indications that the test emails failed to deliver to the following email addresses: Defendants Shenzhen Luna's and Liao's registered email address lunakj01041@163.com; Defendant Chen Zhong's registered email address bdlicss668@outlook.com; and Defendant Guo Zhong's registered email addresses bdlicss668@outlook.com and zhyue11@outlook.com.

15.    Subject to the Court's permission, Amazon will serve the False Takedown Defendants using an online service for service of process, RPost (www.rpost.com), that provides proof of authorship, content, delivery, and receipt to the following email addresses controlled by the False Takedown Defendants:

- Defendants Shenzhen Luna and Huanhuan Liao: lunakj01041@163.com;

- Defendant Chen Zhong: bdlicss668@outlook.com; and

- Defendant Guo Zhong: bdlicss668@outlook.com and zhyue11@outlook.com.

16.    Amazon has located physical addresses for Defendants Jonathan Morton and Asin Enterprise Management Consulting Ltd. Co. (in Japan and China, respectively), and it is in the process of effecting service on those Defendants via Japan and China's respective Central

DECLARATION OF SCOTT COMMERSON - 6
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Authorities pursuant to the Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial Matters.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 27th day of January, 2025, at Los Angeles, California.

_____
Scott Commerson

DECLARATION OF SCOTT COMMERSON - 7
(2:24-cv-01471-JLR)