The Honorable James L. Robart

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | AMAZON.COM, INC., a Delaware corporation | No. 2:24-cv-01471-JLR
and AMAZON.COM SERVICES LLC, a

11 | Delaware limited liability company, | **CERTIFICATE OF SERVICE**

12 |                Plaintiffs,

13 |        v.

14 | JONATHAN G. MORTON, an individual;
ASIN ENTERPRISE MANAGEMENT

15 | CONSULTING LTD. CO., a China corporation;
SHENZHEN LUNA TECHNOLOGY CO.,

16 | LTD., a China corporation; HUANHUAN
LIAO, an individual; CHENLIANG ZHONG,

17 | an individual; GUOLIANG ZHONG, an
individual; and DOES 1-10,

18 |
                Defendants.

19

20      I certify that on February 3, 2025, I caused to be served true and correct copies of the:

21      1.  Civil Cover Sheet (Dkt. 1-4);

22      2.  Summons for Shenzhen Luna Technology Co., Ltd. (Dkt. 4-2);

23      3.  Summons for Huanhuan Liao (Dkt. 4-3);

24      4.  Summons for Chenliang Zong (Dkt. 4-4);

25      5.  Summons for Guoliang Zhong (Dkt. 4-5);

26      6.  First Amended Complaint for Damages and Equitable Relief (Dkt. 5);

27      7.  Ex. A to First Amended Complaint for Damages and Equitable Relief (Dkt. 5-1);

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

8.  Ex. B to First Amended Complaint for Damages and Equitable Relief (Dkt. 5-2);

9.  Ex. C to First Amended Complaint for Damages and Equitable Relief (Dkt. 5-3); and

10. Order Granting Plaintiffs' *Ex Parte* Motion for Alternative Service (Dkt. 16)

via RPost, per the Court's Order Authorizing Alternative Service (Dkt. 16) to the following

Defendants via the email addresses listed below:

- Defendants Shenzhen Luna Technology Co., Ltd. and Huanhuan Liao: lunakj01041@163.com;
- Defendant Chenliang Zhong: bdlicss668@outlook.com; and
- Defendant Guoliang Zhong: bdlicss668@outlook.com and zhyue11@outlook.com.

RPost confirmed delivery of the service emails without any error notices or bounce back messages.

DATED this 5th day of February, 2025.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

CERTIFICATE OF SERVICE - 2
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax