UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN G. MORTON, et al.,<br><br>Defendants. | CASE NO. C24-1471JLR<br><br>ORDER |

Before the court is Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC's (together, "Amazon") status report regarding service. (Report (Dkt. # 18).) Amazon represents that it is still in the process of serving Defendants Jonathan G. Morton and Asin Enterprise Management Consulting Ltd. Co. in Japan and China, respectively, pursuant to the Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial Matters (the "Hague Convention"). (*Id.* at 2.) Amazon's foreign service agent submitted all necessary documents to the Central Authorities in Japan and China in January 2025. (*Id.*) Amazon has not, however,

ORDER - 1

received any confirmation that service has been completed. (*Id.*) Because, in Amazon's experience, service in Japan and China under the Hague Convention generally takes five to six months or longer, Amazon requests leave to provide the court with a further status report within 180 days. (*Id.*)

The court GRANTS Amazon's request. Amazon shall file a further status report regarding service no later than 180 days from the filing date of this order.

Dated this 4th day of March, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2