The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN G. MORTON, an individual; ASIN ENTERPRISE MANAGEMENT CONSULTING LTD. CO., a China corporation; SHENZHEN LUNA TECHNOLOGY CO., LTD., a China corporation; HUANHUAN LIAO, an individual; CHENLIANG ZHONG, an individual; GUOLIANG ZHONG, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01471-JLR<br><br>**CERTIFICATE OF SERVICE** |

I certify that on or about January 23, 2025, a foreign service agent acting at the direction of our law firm sent a request to the Department of International Judicial Assistance, Ministry of Justice of China, pursuant to the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, for service of the following documents on Defendant Asin Enterprise Management Consulting Ltd. Co.:

    1.  Amended Complaint for Damages and Equitable Relief (Dkt. 5);

    2.  Exhibit A to Amended Complaint for Damages and Equitable Relief (Dkt. 5-1);

    3.  Exhibit B to Amended Complaint for Damages and Equitable Relief (Dkt. 5-2);

CERTIFICATE OF SERVICE - 1
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

4. Exhibit C to Amended Complaint for Damages and Equitable Relief (Dkt. 5-3); and

5. Summons for Asin Enterprise Management Consulting Ltd. Co. (Dkt. 4-1).

On May 21, 2025, the foreign service agent reported that it had received confirmation from the Department of International Judicial Assistance, Ministry of Justice of China that service of the above-referenced documents was effected upon Defendant Asin Enterprise Management Consulting Ltd. Co. on April 3, 2025. Attached hereto as **Exhibit A** is a true and correct copy of the Hague certificate of service for Asin Enterprise Management Consulting Ltd. Co.

DATED this 23rd day of May, 2025.

        DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs Amazon.com, Inc. and Amazon.com Services, LLC*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

CERTIFICATE OF SERVICE - 2
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A

证明书
CERTIFICATE
ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

255CNS20250124

1. 文书已予送达*
[✓] that the document has been served *
que la demande a été exécutée*

| | |
|---|---|
| – 日期：<br>the (date) / le (date) : | 3.Apr,2025 |
| – 地点（城镇、街、号）：<br>at (place, street, number) / à (localité, rue, numéro) : | 福建厦门湖里区安岭二路88号金日大厦B座804单元 |

– 采用的第五条所规定的送达方法为：
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

[✓] a) 依公约第五条第一款第（一）项的规定。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

[ ] b) 依下述特定方法*
in accordance with the following particular method*:
selon la forme particulière suivante*

[ ] c) 交付给自愿接受的收件人。*
by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| 收件人身份和说明：<br>Identity and description of person:<br>Identité et qualité de la personne : | 薛朝星 |
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Head of the company |

2. 由于下列事实文书未能送达：*
[ ] that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*

[ ] 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附：
Annexes / Annexes

| | |
|---|---|
| 退还的文书：<br>Documents returned:<br>Pièces renvoyées : | |
| 适当时，确认送达的文书：<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

*适当时
if appropriate / s'il y a lieu

| | |
|---|---|
| 制于（地点）<br>Done at / Fait à<br>北京<br>Beijing<br>日期<br>the / le<br>2025.04.24 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>中华人民共和国<br>司法部<br>民商事司法协助专用章 |

海牙会议 常设局 2013 年 4 月

# 向国外送达司法文书或司法外文书的
# 请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请者身份及地址<br>Identity and address of the applicant<br>*Identité et adresse du requérant*<br>L. Celeste Ingalls<br>Crowe Foreign Services<br>733 SW Vista Avenue<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com | 接收机关的地址<br>Address of receiving authority<br>*Adresse de l'autorité destinataire*<br>Department of International Judicial Assistance<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035, China<br>Phone: 8610-5560 4537   Fax: 8610-5560 4538 |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

（身份和地址）
(identity and address) / *(identité et adresse)*
Asin Enterprise Management Consulting Ltd. Co.
Unit 804, Building B, Jinri Building, No. 88, Anling 2nd Road, Huli District, Xiamen, Fujian, China
中国福建厦门湖里区安岭二路88号金日大厦B座804单元

| ☒ | a) | 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)* |
| --- | --- | --- |
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)* |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

文件清单：
List of documents / *Énumération des pièces*

- Hague Warning Page, in English & Chinese
- Summons in a Civil Action
- Amended Complaint, with Exhibits A-C
- All with Chinese translation
- Case No. 2:24-cv-01471-JLR

* 适当时
  *if appropriate / s'il y a lieu*

| 制于（地点）Portland, Oregon, USA<br>Done at / *Fait à*<br>（日期）January 23, 2025<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet*<br>*L. Celeste Ingalls* (signature) |
| --- | --- |

海牙会议 常设局 2013年4月