UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>                    Plaintiffs,<br>     v.<br><br>JONATHAN G. MORTON, et al.,<br><br>                    Defendants. | CASE NO. C24-1471JLR<br><br>ORDER OF DEFAULT AGAINST DEFENDANTS ASIN ENTERPRISE MANAGEMENT CONSULTING LTD. CO.; SHENZHEN LUNA TECHNOLOGY CO., LTD.; HUANHUAN LIAO; CHENLIANG ZHONG; AND GUOLIANG ZHONG |

THIS MATTER came before the court on Plaintiffs Amazon.com, Inc.'s and Amazon.com Services LLC's Motion for Entry of Default (the "Motion") against Defendants Asin Enterprise Management Consulting Ltd. Co.; Shenzhen Luna Technology Co., Ltd.; Huanhuan Liao; Chenliang Zhong; and Guoliang Zhong (collectively, the "Served Defendants").

The court, having considered the Motion, the governing law, and being fully advised, finds that the Served Defendants have not filed a responsive pleading to the

MINUTE ORDER - 1

Amended Complaint (Dkt. 5), which they were required to do by February 24, 2025, or April 24, 2025, in accordance with Federal Rule of Civil Procedure 12(a)(1)(A)(i).

Accordingly, it is hereby ORDERED that Defendants Asin Enterprise Management Consulting Ltd. Co.; Shenzhen Luna Technology Co., Ltd.; Huanhuan Liao; Chenliang Zhong; and Guoliang Zhong are in default.

Filed and entered this 13th day of June, 2025.

          RAVI SUBRAMANIAN
          Clerk of Court

          s/ Ashleigh Drecktrah
          Deputy Clerk

MINUTE ORDER - 2