The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN G. MORTON, an individual; ASIN ENTERPRISE MANAGEMENT CONSULTING LTD. CO., a China corporation; SHENZHEN LUNA TECHNOLOGY CO., LTD., a China corporation; HUANHUAN LIAO, an individual; CHENLIANG ZHONG, an individual; GUOLIANG ZHONG, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01471-JLR<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND NOTING DATE AND BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: DECEMBER 30, 2025 |

THIS MATTER came before the Court on the Unopposed Motion to Extend Noting Date and Briefing Schedule for Motion to Dismiss filed by Plaintiffs Amazon.com Inc. and Amazon.com Services LLC (the "Motion"). The Court has considered the Motion and the governing law. Accordingly, it is hereby ORDERED:

The Motion is **GRANTED**. The noting date and the briefing dates of the Motion to Dismiss (Dkt. # 32) are amended as follows:

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND NOTING DATE AND BRIEFING SCHEDULE - 1
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| Deadline | Revised Date |
|---|---|
| Noting Date | February 3, 2026 |
| Response to the Motion to Dismiss | January 20, 2026 |
| Reply in Support of the Motion to Dismiss | February 3, 2026 |

SO ORDERED this 30th day of December, 2025.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO EXTEND NOTING DATE AND
BRIEFING SCHEDULE - 2
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax