UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| AMAZON.COM, INC., et al., | CASE NO. C24-1471JLR |
| Plaintiffs, | ORDER |
| v. |  |
| JONATHAN G. MORTON, et al., |  |
| Defendants. |  |

Before the court is Defendant Jonathan G. Morton's motion for leave to appear remotely for hearings in this matter. (Mot. (Dkt. # 33).) Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC's (together, "Amazon") did not respond to the motion before the deadline to do so expired. (*See generally* Dkt.); *see* Local Rules W.D. Wash. LCR 7(d)(3) (requiring opposition papers to be filed no later than 15 days after the filing date of the motion). The court considers Amazon's lack of response to Mr. Morton's motion an admission that the motion has merit. *See* Local Rules W.D. Wash. LCR 7(b)(2).

ORDER - 1

1   Mr. Morton, who is proceeding *pro se*, asks the court for permission to appear
2   remotely because he resides in Japan and hopes to avoid travelling to Seattle for hearings
3   in this matter. (Mot. at 1-2.) The court GRANTS Mr. Morton's request and will allow
4   Mr. Morton to appear remotely by telephone or videoconference at any pretrial hearings
5   that require his presence. The court, however, RESERVES RULING on whether Mr.
6   Morton may appear remotely at trial.

7   Dated this 9th day of January, 2026.

JAMES L. ROBART
United States District Judge