The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation and AMAZON.COM SERVICES LLC, a Delaware limited liability company, | No. 2:24-cv-01471-JLR |
| Plaintiffs, | **DECLARATION OF SCOTT COMMERSON IN SUPPORT OF AMAZON'S OPPOSITION TO DEFENDANT JONATHAN G. MORTON'S MOTION TO DISMISS** |
| v. | |
| JONATHAN G. MORTON, an individual; ASIN ENTERPRISE MANAGEMENT CONSULTING LTD. CO., a China corporation; SHENZHEN LUNA TECHNOLOGY CO., LTD., a China corporation; HUANHUAN LIAO, an individual; CHENLIANG ZHONG, an individual; GUOLIANG ZHONG, an individual; and DOES 1-10, | |
| Defendants. | |

I, Scott Commerson, declare and state as follows:

1.      I am a Partner at the law firm Davis Wright Tremaine LLP, which represents Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (together, "Amazon") in this litigation. The statements made below are true to the best of my knowledge and belief. I make them in support of Amazon's Opposition to the Motion to Dismiss filed by Defendant Jonathan G. Morton.

DECLARATION OF SCOTT COMMERSON - 1
(2:24-cv-01471-JLR)

2.      Attached as **Exhibit A** is a true and correct copy of the April 28, 2022 Final Order of sanctions issued by the United States Patent and Trademark Office ("USPTO") against Mr. Morton referenced in the First Amended Complaint (Dkt. 5) (the "FAC"). The order is also available at https://foiadocuments.uspto.gov/oed/Morton-Final-Order-D2022-07.pdf (visited Jan. 20, 2026).  Attached as **Exhibit B** is a true and correct copy of the December 13, 2022, Show Cause Order issued by the USPTO against Asin Enterprise Management Consulting Ltd. Co. ("Asin Enterprise") that is referenced and discussed in the FAC. I have omitted the exhibits attached to this order because they are voluminous. The entire order with exhibits is available for download at https://developer.uspto.gov/tm-decisions-api/download/7f5d04d1-89df-3634-a6a8-5bb9d9adf21e (visited Jan. 20, 2026).

3.      Attached as **Exhibit C** is a true and correct printout of information exported from the USPTO's records on its online Trademark Search database located at https://www.uspto.gov/trademarks/search (visited Jan. 20, 2026). The printout shows all trademark applications and registrations, both live and dead as of January 8, 2025, that list Mr. Morton as attorney of record and that list the trademark applicant or owner as having a United States address. In total, the USPTO's records disclose that Mr. Morton is listed as the attorney of record for 526 such trademarks. 15 of these trademarks are owned by entities that are organized under the laws of Washington and/or are located in Washington.

4.      Attached as **Exhibit D** is a true and correct copy of an application to register the Futaiphy trademark that was filed by Mr. Morton. This application was pulled from the USPTO's records on its online Trademark Status & Document Retrieval database.

5.      Attached as **Exhibit E** is a true and correct copy of an application to register the Tfnyct trademark that was filed by Mr. Morton with the USPTO. The application was pulled from the USPTO's records on its online Trademark Status & Document Retrieval database.

DECLARATION OF SCOTT COMMERSON - 2
(2:24-cv-01471-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1       I declare under penalty of perjury that the foregoing is true and correct to the best of my

2  knowledge.

3

4       EXECUTED this 20th day of January, 2026, at Los Angeles, California.

5

6                    Scott Commerson

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE DIRECTOR OF THE**
**UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Jonathan G. Morton, | ) | Proceeding No. D2022-07 |
| | ) | |
| Respondent | ) | |
| | ) | |

## FINAL ORDER

The Director of the Office of Enrollment and Discipline ("OED Director") for the United States Patent and Trademark Office ("USPTO" or "Office") and Mr. Jonathan G. Morton have submitted a Proposed Settlement Agreement ("Agreement") to the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO Director") for approval.

This agreement, which resolves all disciplinary action by the USPTO arising from the stipulated facts set forth below, is hereby approved. This Final Order sets forth the parties' joint stipulated facts, joint legal conclusions, and agreed upon sanctions found in the Agreement.

### Jurisdiction

1.      At all times relevant, Respondent, of Tokyo, Japan, has been a registered patent attorney (Registration Number 74,199) and subject to the USPTO Rules of Professional Conduct.

2.      The USPTO Director has jurisdiction over this matter pursuant to 35 U.S.C. §§ 2(b)(2)(D) and 32, and 37 C.F.R. §§ 11.19, 11.20, and 11.26.

### Legal Background

A.  U.S. Counsel Rule for Trademark Matters

3.      The USPTO published a final rule ("U.S. Counsel Rule") requiring applicants, registrants, or parties to a trademark proceeding whose domicile is not located within the U.S. or its territories to be represented by an attorney who is an active member in good standing of the bar of the highest court of a state in the U.S. *See* Requirement of U.S. Licensed Attorney for Foreign Trademark Applicants and Registrants, 84 Fed. Reg. 31498 (July 2, 2019).

PAGE 1

4.      The U.S. Counsel Rule became effective on August 3, 2019.
*See* 37 C.F.R. § 2.11(a).

5.      In the few years preceding the U.S. Counsel Rule's effective date, the USPTO had seen many instances of unauthorized practice of law by parties who were not authorized to represent trademark applicants. As a result, increasing numbers of foreign-domiciled trademark applicants were likely receiving inaccurate or no information about the legal requirements for trademark registration in the United States including standards for use of a mark in commerce.

6.      The USPTO implemented the requirement for representation by a qualified U.S. attorney in response to the increasing problem of foreign-domiciled applicants who were purportedly *pro se* and filed inaccurate and possibly fraudulent submissions that violate the Trademark Act and the USPTO's rules. For example, such applicants filed applications claiming use of a mark in commerce but frequently supported the claim with mocked-up or digitally altered specimens. A mock-up or representation of how the mark will appear in the sale or advertising of the goods or services is not a proper specimen because it does not demonstrate use in commerce. *See* Trademark Manual of Examining Procedure ("TMEP") §§ 904.03(a), 904.04. Therefore, digitally created or altered specimens do not demonstrate use in commerce. *See* TMEP § 904.04(a)(i).

7.      A trademark application filed under section 1 (a) of the Trademark Act must include a specimen. In signing a section 1 (a) trademark application, the practitioner declares that the specimen shows the mark as used in commerce. Such declarations are signed under penalty of perjury with false statements subject to 18 U.S.C. § 1001. Also, the signatory of a document filed with the USPTO represents that all statements made on the signatory's own knowledge are

true and that all statements made on the signatory's information and belief are believed to be true. *See* 37 C.F.R. § 11.18(b)(1).

8.      When trademark documents are impermissibly signed and filed with the USPTO, the integrity of the U.S. trademark registration process is adversely affected and a resulting registration may be invalid.

B.      Certifications to the USPTO upon Presentation of Papers

9.      By presenting any paper to the USPTO (whether by signing, filing, submitting, or later advocating), the party presenting such paper, whether a practitioner or non-practitioner, is certifying that:

> a.  All statements made therein of the party's own knowledge are true, all statements made therein on information and belief are believed to be true, and all statements made therein are made with the knowledge that whoever, in any matter within the jurisdiction of the Office, knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact, or knowingly and willfully makes any false, fictitious, or fraudulent statements or representations, or knowingly and willfully makes or uses any false writing or document knowing the same to contain any false, fictitious, or fraudulent statement or entry, shall be subject to the penalties set forth under 18 U.S.C. § 1001 and any other applicable criminal statute, and violations of the provisions of this section may jeopardize the probative value of the paper; and
>
> b.  To the best of the party's knowledge, information and belief, formed after an inquiry reasonable under the circumstances, (i) the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery and (ii) the denials of factual contentions are warranted on the evidence, or if specifically so identified, are reasonably based on a lack of information or belief.

*See* 37 C.F.R. § 11.18.

### Joint Stipulated Facts

10.     At all times relevant, Respondent was a registered patent attorney and a U.S. attorney licensed by, and in good standing with, the State of New York.

11.    In 2019, Respondent was approached by several non-practitioner entities seeking his trademark services as U.S. counsel for their foreign-domiciled trademark customers. Respondent agreed to provide such services and began serving as attorney of record for foreign-domiciled trademark applicants.

12.    At all relevant times, Respondent has been a solo practitioner working with one non-practitioner assistant. When he began his practice of representing foreign-domiciled trademark applicants around August 3, 2019, Respondent did not limit the volume of his incoming trademark work to ensure he could provide his trademark clients with quality representation. For example, Respondent is currently associated as the attorney of record for over 32,000 trademark applications filed since August 3, 2019; he is currently the attorney of record in over 26,000 live registrations and 7,700 pending trademark applications filed since August 3, 2019. On more than one occasion, Respondent was the attorney of record in over four hundred (400) trademark applications filed with the USPTO in a single day. Respondent represents that, as of April 2021, he has limited the volume of his incoming trademark work to allow for more time and attention to each application.

13.    Respondent's typical practice was to receive already prepared trademark applications from trademark services companies located in China. Respondent represents that his clients' trademark applications were sent to him by the trademark entities, reviewed by him or his non-practitioner assistant, personally signed only by him using the USPTO's E-SIGN ON signature method (i.e., where Respondent received an email with a link to open the application and sign it), and then filed by the trademark entities with the USPTO.

14.    Respondent acknowledges that his review of a number of the applications was "rushed and sloppy." Respondent explained that, at times during the course of his practice, he

spent between 2½ to 10 minutes reviewing each trademark application, and, for applications reviewed by his non-practitioner assistant, Respondent would rely on the non-practitioner's review of the application rather than conducting the same level of review he gave to applications that he personally reviewed. Respondent signed the oath appurtenant to each application reviewed by his non-practitioner assistant.

15.    Respondent also acknowledges that he did not conduct a pre-filing inquiry reasonable under the circumstances with respect to a number of trademark applications to determine whether the specimens submitted in his clients' trademark applications properly depicted the mark as used in commerce. Even though he had not performed a reasonable pre-filing inquiry in certain applications, he signed declarations attesting, among other things, that (a) the clients' marks were in use in commerce and were in use in commerce as of the filing date of the application on or in connection with the goods in the application and (b) the specimen(s) showed the mark as used on or in connection with the goods in the application and as used on or in connection with the goods as of the application filing date.

16.    At the beginning of his practice, Respondent did not have a system to check for conflicts of interest. Respondent represents that he recently implemented a conflict check system for every new application.

### Additional Considerations

17.    Respondent represents that he recently reduced his caseload and implemented a new database to search for conflicts of interest.

18.    Respondent cooperated with OED's investigation.

19.    Respondent agrees to cooperate fully with the USPTO in any present or future USPTO inquiry made into improper filings of trademark documents filed with the USPTO by trademark entities with whom Respondent works or had worked.

20.    Respondent represents that he has personally communicated with scores of foreign-domiciled trademark-filing agencies and associates about the USPTO's efforts to combat the unauthorized practice of trademark law by non-practitioners.

### Joint Legal Conclusions

21.    Respondent acknowledges that, based on the information contained in the joint stipulated facts above, he violated the following provisions of the USPTO Rules of Professional Conduct:

    a. 37 C.F.R. § 11.101 (practitioner shall provide competent representation to a client) by accepting a large volume of clients such that he could not devote sufficient time to reviewing his clients' trademark filings, failing to put in place procedures to ensure compliance with USPTO regulations, and failing to have a system in place to check for conflicts of interest;

    b. 37 C.F.R. § 11.103 (practitioner shall act with reasonable diligence and promptness in representing a client) by failing to devote sufficient time to client matters, failing to put procedures in place to comply with USPTO regulations, and failing to adequately review trademark applications listing him as attorney of record including failure to properly review specimens to confirm the mark showed actual use in commerce;

    c. 37 C.F.R. § 11.503 (practitioner shall take reasonable efforts to ensure that non-practitioners' conduct is compatible with the professional obligations of the practitioner) by (i) allowing non-practitioners to prepare and file trademark documents with the USPTO on behalf of his clients without properly reviewing and vetting such documents prior to their filing and (ii) not adequately reviewing legal work performed by his non-practitioner assistant prior to the documents reviewed by the non-practitioner being signed and filed with the USPTO;

    d. 37 C.F.R. § 11.505 (practitioner shall not assist another in practicing law in a jurisdiction in violation of the legal profession in that jurisdiction) by (i) allowing non-practitioners to prepare and file trademark documents with the USPTO on behalf of his clients without properly reviewing and vetting such

documents and (ii) not adequately reviewing legal work performed by his non-practitioner assistant prior to documents reviewed by the non-practitioner being signed and filed with the USPTO;

e.   37 C.F.R. § 11.804(c) (misrepresentation) and (d) (conduct prejudicial to the USPTO trademark registration process) by signing declarations attesting that (a) the clients' marks were in use in commerce and were in use in commerce as of the filing date of the application on or in connection with the goods in the application and (b) the specimen(s) showed the mark as used on or in connection with the goods in the application and as used on or in connection with the goods in the application as of the application filing date where Respondent had not always performed an inquiry reasonable under the circumstances to so attest; and

f.   37 C.F.R. § 11.804(i) (practitioner shall not engage in other conduct that adversely reflects on the practitioner's fitness to practice before the Office in trademark matters) by engaging in the foregoing acts and omissions to the extent that such acts and omissions do not constitute a violation of the specific provisions of the USPTO Rules of Professional Conduct as set forth in subparagraphs a. through e.

### Agreed Upon Sanction

22.   Respondent freely and voluntarily agrees, and it is hereby ORDERED that:

a.   Respondent shall be, and hereby is, suspended from practice before the Office in patent, trademark, and non-patent law for twenty-four (24) months, which shall commence the date this Final Order is signed;

b.   Respondent may file a written notice of his intent to seek reinstatement and a petition for reinstatement at eighteen (18) months after the date of this Final Order;

c.   The OED Director shall not grant a petition for reinstatement until after the expiration of the two (2) year period of suspension;

d.   Respondent shall serve a probationary period commencing on the date this Final Order is signed and continuing for twelve (12) months after the date on which the OED Director grants Respondent's petition for reinstatement pursuant to 37 C.F.R. § 11.60;

e.   As a condition of reinstatement, Respondent shall provide to the OED Director a sworn affidavit or verified declaration attesting, and evidence demonstrating, that Respondent successfully completed six (6) hours of continuing legal education credit on ethics/professional responsibility;

f.    Respondent shall remain suspended from practice before the USPTO until the OED Director grants Respondent's petition for reinstatement pursuant to 37 C.F.R. § 11.60;

g.    (1) In the event the OED Director is of the opinion that Respondent, during the probationary period, failed to comply with any provision of the Agreement, the Final Order, or any disciplinary rule of the USPTO Rules of Professional Conduct, the OED Director shall:

(A) issue to Respondent an Order to Show Cause why the USPTO Director should not order that Respondent be immediately suspended for up to an additional twelve (12) months for the violations set forth in the Joint Legal Conclusions, above;

(B) send the Order to Show Cause to Respondent at the last address of record Respondent furnished to the OED Director; and

(C) grant Respondent fifteen (15) days to respond to the Order to Show Cause;

(2) In the event that after the 15-day period for response and after the consideration of the response, if any, received from Respondent, the OED Director continues to be of the opinion that Respondent, during the probationary period, failed to comply with any provision of the Agreement, the Final Order, or any disciplinary rule of the USPTO Rules of Professional Conduct, the OED Director shall:

(A) deliver to the USPTO Director or his designee: (i) the Order to Show Cause; (ii) Respondent's response to the Order to Show Cause, if any; and (iii) argument and evidence causing the OED Director to be of the opinion that Respondent failed to comply with any provision of the Agreement, the Final Order, or any disciplinary rule of the USPTO Rules of Professional Conduct during the probationary period; and

(B) request that the USPTO Director immediately suspend Respondent for up to an additional twelve (12) months for the violations set forth in the Joint Legal Conclusions, above;

h.    Nothing herein shall prevent the OED Director from seeking discrete discipline for any misconduct that formed the basis for an Order to Show Cause issued pursuant to the preceding paragraph;

i.    In the event the USPTO Director suspends Respondent pursuant to subparagraph g., above, and Respondent seeks a review of the suspension, any such review of the suspension shall not operate to postpone or otherwise hold in abeyance the suspension;

j.     Respondent shall cooperate fully with the USPTO in any present or future USPTO inquiry made into purported improper filing of trademark documents with the USPTO by trademark entities with whom Respondent works or had worked;

k.     Respondent shall comply with 37 C.F.R. §§ 11.58 and 11.60 with the following modifications regarding the time to fulfill certain responsibilities and regarding electronic communication:

(1) Within sixty (60) days from the date of the Final Order, Respondent shall withdraw from representation in all matters pending before the Office;

(2) Within sixty (60) days from the date of the Final Order, Respondent shall provide all clients having immediate or prospective business before the Office in patent, trademark, or other non-patent matters written notice of his suspension and a copy of the Final Order translated into the client's native language;

(3) As Respondent has communicated that he may encounter difficulty sending mail to clients outside of Japan, when providing written notice to clients pursuant to 37 C.F.R. § 11.58(c)(3) and (c)(5), Respondent may provide clients who are located outside of Japan with notice and a copy of the Final Order translated into the client's native language by electronic communication so long as (i) Respondent maintains a record of the notices, and (ii) the electronic communication service utilized by Respondent provides the ability to request a delivery receipt or Respondent requests written confirmation from the client confirming receipt of Respondent's notice;

(4) Within seventy-five (75) days after the date of the Final Order, Respondent shall file with the OED Director an affidavit of compliance certifying that Respondent has fully complied with the provisions of the Final Order, with 37 C.F.R. § 11.58 as provided for in the Final Order, and with 37 C.F.R. § 11.116 for withdrawal from representation;

l.     Nothing in the Agreement or this Final Order shall prevent the Office from considering the record of this disciplinary proceeding, including the Final Order: (1) when addressing any further complaint or evidence of the same or similar misconduct concerning Respondent brought to the attention of the Office; and/or (2) in any future disciplinary proceeding against Respondent (i) as an aggravating factor to be taken into consideration in determining any discipline to be imposed, and/or (ii) to rebut any statement or representation by or on Respondent's behalf, and/or (3) in connection with any request for reconsideration submitted by Respondent

pursuant to 37 C.F.R. § 11.60;

m.    Respondent is granted limited recognition to practice before the Office
      beginning on the date the Final Order is signed and expiring sixty (60)
      days after the date the Final Order is signed;

n.    The OED Director shall electronically publish the Final Order at OED's
      electronic FOIA Reading Room, which is publicly accessible at:
      http://foiadocuments.uspto.gov;

o.    The OED Director shall publish a notice in the *Official Gazette* that is
      materially consistent with the following:

### Notice of Suspension and Probation

This notice concerns Jonathan G. Morton of Tokyo, Japan,
a registered patent practitioner (Registration No. 74,199)
and trademark attorney licensed in the state of New York.
The United States Patent and Trademark Office
("USPTO") has suspended Mr. Morton for twenty-four (24)
months from practice before the USPTO. Mr. Morton will
also serve a probationary period.

In 2019, Respondent began serving as attorney of record
for a large volume of foreign-domiciled trademark
applicants. Respondent served as attorney of record on
thousands of trademark applications; he did not limit the
size of his practice to ensure that he provided his clients
with quality representation. Respondent received already-
prepared trademark applications from foreign-domiciled
companies and firms and did not conduct an adequate
review of such applications before signing them and
authorizing their filing with the USPTO. Respondent
represented that he spent between 2½ to 10 minutes
reviewing each application that listed him as attorney of
record. In addition, he allowed a non-practitioner assistant,
who is not a U.S. attorney, to review many of the trademark
applications on his behalf before signing. He signed
declarations under 18 U.S.C. § 1001 attesting that his
clients' specimens showed the marks as used in commerce
without conducting an inquiry reasonable under the
circumstances. Furthermore, despite the large volume of
clients, Respondent did not have a system to check for
conflicts of interest.

As a result of the above misconduct, Mr. Morton violated the following provisions of the USPTO Rules of Professional Conduct: 37 C.F.R. §§ 11.101 (practitioner shall provide competent representation to a client), 11.103 (practitioner shall act with reasonable diligence and promptness in representing a client), 11.503 (practitioner shall take reasonable efforts to ensure that non-practitioners' conduct is compatible with the professional obligations of the practitioner), 11.505 (practitioner shall not assist another in practicing law in a jurisdiction in violation of the regulation of the legal profession in that jurisdiction), 11.804(c) (practitioner shall not engage in conduct involving misrepresentation), 11.804(d) (practitioner shall not engage in conduct that is prejudicial to the administration of justice), and 11.804(i) (practitioner shall not engage in other conduct that reflects adversely on the practitioner's fitness to practice before the Office).

Trademark practitioners engaged in practice before the USPTO on behalf of foreign-domiciled applicants are to be reasonably well informed as to the U.S. Counsel Rule. The rule became effective on August 3, 2019 and requires applicants, registrants, or parties to a trademark proceeding whose domicile is not in the United States or its territories to be represented by an attorney who is an active member in good standing of the bar of the highest court of a state in the U.S. *See* Requirement of U.S. Licensed Attorney for Foreign Trademark Applicants and Registrants, 84 Fed. Reg. 31498 (July 2, 2019) ("the U.S. Counsel Rule").

In the few years preceding the U.S. Counsel Rule's effective date, the USPTO had seen many instances of unauthorized practice of law where parties who were not authorized to represent trademark applicants were improperly representing foreign-domiciled applicants before the USPTO. As a result, increasing numbers of foreign-domiciled applicants were likely receiving inaccurate or no information about the legal requirements for trademark registration in the U.S., such as standards for use of a mark in commerce. Hence, the USPTO implemented the requirement for representation by a qualified U.S. attorney in response to the increasing problem of foreign-domiciled trademark applicants who were purportedly *pro se* filing inaccurate and possibly fraudulent submissions that violate the Trademark Act and/or the USPTO's rules. For example, such foreign-

domiciled applicants filed applications claiming use of the mark in commerce but frequently supported the use claim with mocked-up or digitally altered specimens that indicated the mark may not actually be in use. This practice undermined the accuracy and integrity of the U.S. trademark register and its utility as a means for the public to reliably determine whether a chosen mark is available for use or registration. *See* 84 FR 31498-31499.

The U.S. Counsel Rule is intended to increase compliance with U.S. trademark law and USPTO regulations, improve the accuracy of trademark submissions to the USPTO, and safeguard the integrity of the U.S. trademark register. For example, practitioners who represent trademark applicants before the USPTO are expected to, among other things, undertake a bona fide review of specimens submitted to the USPTO in support of a trademark application. A practitioner's failure to comply with his or her ethical obligations under the U.S. Counsel rule potentially adversely affects the integrity of the USPTO trademark registration process.

Mr. Morton cooperated with the OED investigation and has taken steps to communicate with non-practitioner trademark intermediaries regarding the USPTO's efforts to combat the unauthorized practice of trademark law.

This action is the result of a settlement agreement between Mr. Morton and the OED Director pursuant to the provisions of 35 U.S.C. §§ 2(b)(2)(D) and 32 and 37 C.F.R. §§ 11.19, 11.20, and 11.26. Disciplinary decisions involving practitioners are posted for public reading at the OED Reading Room, available at: http://foiadocuments.uspto.gov;

p.  Respondent waives all rights to seek reconsideration of the Final Order under 37 C.F.R. § 11.56, waives the right to have the Final Order reviewed under 37 C.F.R. § 11.57, and waives the right otherwise to appeal or challenge the Final Order in any manner; and

q.  The OED Director and Respondent shall each bear their own costs incurred to date in carrying out the terms of the Agreement and this Final Order.

David Berdan
General Counsel
United States Patent and Trademark Office

4/28/2022
Date

on delegated authority by

Kathi Vidal
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# EXHIBIT B



# United States Patent and Trademark Office

*Office of the Commissioner for Trademarks*

December 13, 2022

To:
Asin Enterprise Management Consulting Ltd. Co.
Ke Meifang, Principal
Ming Weixiang, Secretary

Via email:    mengsustone@gmail.com
              957500001@qq.com

*In re Asin Enter. Mgmt. Consulting Ltd. Co.*

## SHOW CAUSE ORDER

Dear Ke Meifang, Ming Weixiang, and all other officers of Asin Enterprise Management Consulting, Ltd. Co.:

The United States Patent and Trademark Office ("USPTO" or "Office") has reason to believe that Asin Enterprise Management Consulting Ltd. Co. ("Asin"), and the employees, agents, affiliates, of Asin (collectively, "Respondents") are violating the USPTO's rules concerning practice and representation in trademark matters and the Terms of Use for USPTO websites. Specifically, Respondents are believed to be engaging in the unauthorized practice of law and providing false information in trademark submissions to the USPTO for an improper purpose and without conducting a reasonable inquiry into the evidentiary support for such submissions and/or with the intent to circumvent these rules.

Protecting the integrity of the U.S. trademark register is of the utmost concern to the USPTO because the register must reflect valid information about trademarks actually used in commerce; its accuracy serves the critical purpose of avoiding needless costs and burdens to applicants, who rely upon its contents when choosing a mark. *See Chutter, Inc. v. Great Mgmt. Grp., LLC*, 2021 USPQ2d 1001, at *25 (TTAB 2021), *appeal filed*, No. 22-1212 (Fed. Cir. Nov. 30, 2021). Providing false information in a trademark submission undermines the integrity of the register, and those who provide false, fictitious, or fraudulent information are subject to sanctions. *In re Yusha Zhang*, 2021 TTAB LEXIS 465, at *10, *23-24 (Dir. USPTO Dec. 10, 2021).

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

This order requires Respondents to show cause as to why the USPTO should not immediately sanction Respondents pursuant to 37 C.F.R. § 11.18(c) and the Terms of Use for USPTO Websites.[1]

## I.   Relevant Legal Requirements

All submissions to the USPTO in trademark matters are governed by U.S. trademark laws and the regulations regarding practice in trademark matters before the USPTO, including the rules concerning signatures, certification, and representation of others (collectively, "USPTO Rules"). *See generally*, 15 U.S.C. §§ 1051 *et seq.*; 37 C.F.R. Parts 2, 11.

USPTO Rules require that any foreign-domiciled applicant, registrant, or party to a proceeding be represented by a qualified attorney, licensed to practice law in the United States. 37 C.F.R. § 2.11(a). Providing false, fictitious, or fraudulent information in a submission to the Office to circumvent this requirement is, *per se*, a document submitted for an improper purpose under 37 C.F.R. § 11.18(b). *See* 37 C.F.R. § 2.11(e).

Furthermore, only attorneys admitted to practice before the bar of the highest court of a U.S. state or jurisdiction may practice before the USPTO in trademark matters on behalf of others. 37 C.F.R. §§ 2.17(a), 11.1, 11.14(a).[2] Practicing before the Office in trademark matters includes all "law-related service[s] that comprehend[] any matter connected with the presentation to the Office . . . relating to a client's rights, privileges, duties, or responsibilities under the laws or regulations administered by the Office for the . . . registration of a trademark."  37 C.F.R. § 11.5(b). Individuals who are not U.S.-licensed attorneys may not, on behalf of others: (1) give advice to an applicant or registrant in contemplation of filing a U.S. trademark application or application-related document; (2) prepare or prosecute any U.S. trademark application, response, or post-registration maintenance document; (3) sign amendments to applications, responses to Office actions, petitions to the Director, or request to change correspondence information; or (4) authorize any other amendments to an application or registration. 37 C.F.R. §§ 11.5(b), 11.14(b).

In addition to the requirements for representation, all parties in trademark matters must provide and maintain a valid email address for receiving correspondence from the USPTO, even when represented by a U.S.-licensed attorney. *See* 37 C.F.R §§ 2.23(b), 2.32(a)(2). The Trademark Electronic Application System ("TEAS") initial application forms require an owner email address and, if the applicant is not represented by a qualified U.S.-licensed attorney, this email address becomes the primary email address

---

[1] A list of U.S. Trademark Serial Numbers including submissions believed to be made by Respondents is attached to this Order as Exhibit A. The list is not necessarily exhaustive, and the USPTO may continue to identify submissions impacting additional trademark application or registration records.

[2] In limited circumstances not relevant to this proceeding, a Canadian attorney or trademark agent reciprocally recognized by the Director of the USPTO's Office of Enrollment and Discipline may also practice before the Office in trademark matters on behalf of their Canadian clients, but trademark owners are still required to also appoint a U.S.-licensed attorney.  *See* 37 C.F.R. § 11.14(c).

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

for application correspondence. *See Trademark Manual of Examining Procedure* ("TMEP") § 609.01 (July 2022 version). Therefore, it is critical that the applicant provide a valid email address even when represented because the USPTO may use the owner's email address for official correspondence once representation ends. *See* TMEP § 803.05(b).

Moreover, all documents submitted to the USPTO in a trademark matter must be *personally* signed by the named signatory. 37 C.F.R. § 2.193(a); TMEP § 611.01(b). That is, the signature must be either handwritten in permanent ink by the person named as the signatory or submitted electronically with the named signatory personally entering a combination of letters, numbers, spaces and/or punctuation the signatory has adopted as a signature directly on the electronic submission form. 37 C.F.R. §§ 2.193(a), (c). A person may not delegate the authority to sign trademark-related submissions, and no party may sign the name of another. *See Zhang*, 2021 TTAB LEXIS 465, at *13; *In re Dermahose Inc.*, 82 USPQ2d 1793, 1796 (TTAB 2007); *In re Cowan*, 18 USPQ2d 1407, 1409 (Comm'r Pats. 1990); *see also* TMEP § 611.01(b)-(c).

As noted above, information and statements in trademark submissions — particularly, declarations and verifications supporting applications, allegations of use, or registration maintenance documents — must be supported by proper signatures of authorized parties with appropriate knowledge of the facts because the content of these submissions are relied upon by the USPTO during examination of trademark applications, review of allegations of use, and in making determinations of whether there is continued use and/or excusable nonuse in registration maintenance documents. When these filings are impermissibly signed and filed with the USPTO, the integrity of the federal trademark registration process is adversely affected.[3] If a declaration or verification is signed by a person other than the named signatory, it is improperly executed and the averments cannot be relied upon to support registration. *See, e.g.*, *Ex parte Hipkins,* 20 USPQ2d 1694, 1696-97 (BPAI 1991); *In re Cowan*, 18 USPQ2d at 1409.

Further, any party who presents a trademark submission to the USPTO is certifying that all statements made therein relating to the party's own knowledge are true and all statements made therein on information and belief are believed to be true. *See* 37 C.F.R. §§ 2.193(f), 11.18(b)(1). The party is also certifying that, "[t]o the best of the party's knowledge, information and belief, formed after an inquiry reasonable under the

---

[3] *See Norton v. Curtiss,* 433 F.2d 779, 794, 167 USPQ 532, 544 (C.C.P.A. 1970) ("With the seemingly ever-increasing number of applications before it, the [USPTO] . . . must rely on applicants for many of the facts upon which its decisions are based. The highest standards of honesty and candor on the part of applicants in presenting such facts to the office are thus necessary elements in a working patent [and trademark] system. We would go so far as to say they are essential."); *accord Chutter*, 2021 USPQ2d 1001, at *25 ("The agency, as well as applicants and registrants, and all who rely on the accuracy of the Registers of marks and the submissions made to the USPTO in furtherance of obtaining or maintaining registration, must be able to rely on declarations and the truth of their contents."); *Dr. Vinyl & Assoc. v. Repair-It Indus., Inc.*, 220 USPQ 639, 647 (TTAB 1983) ("[T]he highest standards of honesty . . . in presenting facts to the Office are as necessary to trademarks as they have so often been held essential in the proper functioning of the patent system.").

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

circumstances . . . the paper is not being presented for any improper purpose" and "[t]he allegations and other factual contentions have evidentiary support." 37 C.F.R. § 11.18(b)(2). Thus, knowingly or negligently submitting a document that includes false, fictitious, or fraudulent attorney information, signatory information, applicant information, specimens of use, or claims of use (or intent to use), violates 37 C.F.R. § 11.18(b)(1), and doing so without evidentiary support or with intent to circumvent USPTO Rules violates 37 C.F.R. § 11.18(b)(2).

Violations of 37 C.F.R. § 11.18(b) may jeopardize the validity of the application or registration, and may result in the imposition of sanctions under § 11.18(c). 37 C.F.R. § 2.193(f); *see also Zhang*, 2021 TTAB LEXIS 465 at *35, (noting that providing false signatures in addition to other misconduct may result in sanctions up to, and including, termination of pending proceedings before the Office).

Finally, users must register for and use a USPTO.gov account to access trademark forms and submit documents through TEAS. A party who uses USPTO systems, including USPTO.gov and TEAS, is bound by both the Terms of Use for USPTO websites and the USPTO Trademark Verified USPTO.gov Account Agreement (collectively, the "Terms of Use"). *See* https://www.uspto.gov/terms-use-uspto-websites; https://www.uspto.gov/sites/default/files/documents/TM-verified-account-agreement.pdf. Under the Terms of Use, registration for and use of a USPTO.gov account is limited to the individual to whom the account is registered, and the registered individual is responsible for all activities occurring under that account and any sponsored accounts. Use of a USPTO.gov account to submit, access, or alter information in excess of one's authority not only breaches the Terms of Use, but also violates 37 C.F.R. §§ 2.193(f) and 11.18(b).

## II. Respondents willfully violated USPTO Rules by engaging in the unauthorized practice of law before the Office and willfully and knowingly providing false information in violation of the USPTO Rules and Terms of Use.

### A. Respondents engaged in widespread unauthorized practice of law before the USPTO.

Evidence available to the USPTO supports a finding that Respondents repeatedly violated USPTO Rules by practicing before the agency in trademark matters despite being unqualified to do so. *See* 37 C.F.R. §§ 11.1, 11.5(b), 11.14. Such evidence also indicates that Respondents willfully concealed their involvement in preparing, submitting, and amending trademark applications and post-registration documents in trademark proceedings for the purpose of circumventing USPTO Rules in order to prosecute trademark applications on behalf of others.

Respondent Asin, a China-based organization, offers trademark registration services to its clients, including those in the United States. By its own admission made under declaration, Asin holds itself out as a "Chinese intellectual property company that files

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

U.S. trademark applications for Chinese clients." *See* Exhibit B showing affidavit of Respondents' Secretary, Ming Weixiang; *see also* Exhibit C showing email communication between the USPTO and former counsel for Asin, dated May 2, 2020. Aware that the USPTO Rules require their clients to be represented by a U.S.-licensed attorney, Respondents, through their employee Xue Chaoxing (aka Tony Xue),[4] contacted Triangle Accounting Inc. (USA) ("Triangle")[5], which had been in a business relationship with Asin since 2016, and ultimately contracted with Triangle to "us[e] the lawyer qualifications" of a U.S.-licensed attorney for use in trademark filings. *See* Exhibit D showing original and translation copies of communications between Respondents and Triangle representatives, and Exhibit B; *see also* Exhibit E, showing the "Asin-Triangle Contract" and websites related to Triangle.

The Asin-Triangle Contract provided for Respondents' use of the name and professional credentials of Ms. Xiaoyang (Fiona) Wang, an attorney licensed by the North Carolina State Bar, in their clients' filings. *See* Exhibit E. However, Ms. Wang was not actually a party to the contract, and the contract specified that Asin would "handle procedures on its own" and "make[] full use of [the attorney's] qualifications to carry out . . . business completely independently." *Id.* According to the terms of the contract, Respondents prepared, submitted and prosecuted U.S. trademark applications independently, with no assistance from the U.S.-licensed attorney. *Id.* In fact, Respondents were only provided with contact information for Triangle, never having any direct communication with Ms. Wang. *Id.; see also* Exhibit D (Triangle providing its own contact information with no direct contact information for Ms. Wang).

In addition, the terms of the Asin-Triangle Contract provided for the creation of the email address "mengsustone@gmail.com" for Respondents' use to receive Office actions and informal communication from examining attorneys. Exhibit E; *see also* Exhibit F showing communication from Iara Morton, former attorney for Asin Enterprise Management Consulting Ltd., dated December 27, 2019. However, Ms. Wang did not have access to and never used this email address. *See* Exhibit G showing Declaration of Xiaoyang (Fiona) Wang. Consistent with Respondents' independent trademark prosecution activities, USPTO records show that three USPTO.gov accounts registered in the name of an Asin employee were used to submit nearly 6,000 TEAS forms to the USPTO.

Respondents represented that they ended their relationship with Triangle in September 2019, and hired Ms. Iara N. Morton and Mr. Jonathan G. Morton as their counsel, with

---

[4] The USPTO sanctioned Xue Chaoxing in an Administrative Show Cause proceeding before the USPTO, *In re Xue Chaoxing*, (USPTO May 6, 2021) available at https://www.uspto.gov/trademarks/trademark-updates-and-announcements/orders-issued-commissioner-trademarks. The USPTO found that Mr. Xue participated in a widespread effort to circumvent USPTO rules through the provision of false, fraudulent, and/or fictitious information, including improperly entering electronic signatures in trademark submissions and the unauthorized practice of law.

[5] Triangle, an accounting firm with offices in the United States and China, offers U.S. trademark registration services to its clients. *See* Exhibit E.

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

Mr. Morton also apparently agreeing to represent several individual applicants who were Respondents' clients. *See* Exhibit F.[6] Notwithstanding Respondents' (and Respondents' clients') engagement of legal counsel at that time, USPTO evidence supports a finding that Respondents continued their independent preparation, submission, and prosecution of U.S. trademark applications. Indeed, in a USPTO Office of Enrollment and Discipline Final Order suspending him from practice before the USPTO, Mr. Morton acknowledged that he did not prepare or file trademark applications, but that it was trademark service companies, including Asin, that prepared and filed trademark applications with the USPTO. *In the Matter of Jonathan G. Morton*, Proceeding No. D2022-07, at *4 (USPTO April 20, 2022), available at https://foiadocuments.uspto.gov/oed/Morton-Final-Order-D2022-07.pdf. Consistent with this admission, USPTO records indicate that three USPTO.gov accounts registered in the name of Respondents' employee were responsible for filing nearly 6,000 submissions in trademark proceedings connected to Respondents from 2019 to 2021 in which Mr. Morton was named as attorney of record. Moreover, although they allegedly terminated the relationship with Triangle and passed responsibility for prosecution to Mr. Morton, the email address previously created for Respondents' relationship with Triangle, "mengsustone@gmail.com," continued to appear in more than 5,000 trademark application and registration records as a correspondence address. The continued use of this email address supports a finding that Respondents, not Mr. Morton, continued to prosecute trademark applications before the USPTO through receipt of official USPTO communications.

## B. In an effort to circumvent USPTO Rules, Respondents willfully provided false information in trademark submissions to the USPTO.

As explained above, Respondents provided false information with each misuse of Ms. Wang's name as the attorney of record because Ms. Wang never represented these trademark applicants as Respondents claimed, nor did Ms. Wang perform any duties considered to be "practice before the Office." *See* Exhibit G (Ms. Wang explicitly noted that she "do[es] not practice in trademark law, and [has] never represented any party in a trademark matter before the USPTO"); *see also* 37 C.F.R. §11.5(b). Instead, available evidence supports a finding that Respondents advised and counseled the trademark applicants and submitted trademark documents through the USPTO's TEAS system on their behalf. *See* Exhibits B-E. In addition, USPTO filing records show an electronic signature allegedly belonging to Ms. Wang was directly entered on forms submitted via USPTO.gov accounts registered to Respondents' employee, supporting a finding that Respondents routinely and improperly provided false signatures in violation of 37 C.F.R. §§ 2.193 and 11.18(b). Misuse of Ms. Wang's name, professional credentials, and electronic signature demonstrates Respondents' intent to circumvent the requirement for U.S.-licensed counsel under 37 C.F.R. § 2.11(a) and an intent to deceive the USPTO as to Respondents' unauthorized practice of law.

---

[6] *See also* Exhibit H consisting of emails from Mr. Morton to the Commissioner for Trademarks and Office of the Deputy Commissioner for Trademark Examination Policy, where he asserted that he was handling intellectual property matters for Ms. Morton, and that he represented both Asin and the various applicants whom Asin was apparently also representing.

6

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

Regarding the trademark proceedings that did not specifically involve misappropriation of Ms. Wang's name, professional credentials, or electronic signature, available evidence as shown in Exhibits I-K and discussed below, supports a finding that Respondents improperly entered electronic signatures of the various applicants, on whose behalf Respondents filed, in thousands of TEAS forms submitted to the USPTO.

Further, in application records containing Respondents' "mengsustone@gmail.com" email address, TEAS forms bearing likely improperly entered attorney signatures were sometimes signed and submitted so close in time as to render it essentially impossible for one person to accomplish. *See* attached Exhibits I and J consisting of lists of TEAS submissions from November 24, 2020 and April 30, 2021, showing that Mr. Morton's signature was entered on filings submitted at a high rate, often with multiple forms signed in the same minute. The same exhibits show how TEAS submissions bearing Mr. Morton's electronic signature were being filed in rapid succession, many filed simultaneously from the same computer network.

A representative sample of filings from April 30, 2021 shows Mr. Morton's electronic signature being entered on 18 Response to Office Action forms within ten minutes, an unlikely feat for any attorney to accomplish.

| Date and Time | TEAS Form | Serial Number | Signatory |
|---|---|---|---|
| Apr 30, 2021 04:40 AM ET | Response to Office Action | 90244208 | Jonathan G. Morton |
| Apr 30, 2021 04:40 AM ET | Response to Office Action | 90308121 | Jonathan G. Morton |
| Apr 30, 2021 04:41 AM ET | Response to Office Action | 90248102 | Jonathan G. Morton |
| Apr 30, 2021 04:41 AM ET | Response to Office Action | 90241529 | Jonathan G. Morton |
| Apr 30, 2021 04:41 AM ET | Response to Office Action | 90244127 | Jonathan G. Morton |
| Apr 30, 2021 04:44 AM ET | Response to Office Action | 90244136 | Jonathan G. Morton |
| Apr 30, 2021 04:44 AM ET | Response to Office Action | 90288657 | Jonathan G. Morton |
| Apr 30, 2021 04:44 AM ET | Response to Office Action | 90288662 | Jonathan G. Morton |
| Apr 30, 2021 04:45 AM ET | Response to Office Action | 90246979 | Jonathan G. Morton |
| Apr 30, 2021 04:46 AM ET | Response to Office Action | 90245978 | Jonathan G. Morton |
| Apr 30, 2021 04:46 AM ET | Response to Office Action | 90244132 | Jonathan G. Morton |
| Apr 30, 2021 04:48 AM ET | Response to Office Action | 90245968 | Jonathan G. Morton |
| Apr 30, 2021 04:48 AM ET | Response to Office Action | 90247000 | Jonathan G. Morton |
| Apr 30, 2021 04:48 AM ET | Response to Office Action | 90245970 | Jonathan G. Morton |
| Apr 30, 2021 04:49 AM ET | Response to Office Action | 90246991 | Jonathan G. Morton |

7

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

| Date and Time | TEAS Form | Serial Number | Signatory |
|---|---|---|---|
| Apr 30, 2021 04:49 AM ET | Response to Office Action | 90256351 | Jonathan G. Morton |
| Apr 30, 2021 04:50 AM ET | Response to Office Action | 90248063 | Jonathan G. Morton |
| Apr 30, 2021 04:50 AM ET | Response to Office Action | 90264569 | Jonathan G. Morton |

Likewise, USPTO.gov accounts registered to Respondents' employees submitted numerous Change Address or Representation (CAR) forms bearing the alleged electronic signatures of various applicants, with the forms being submitted from the same computer network in close succession. *See e.g.*, Exhibit K consisting of a list of TEAS submissions made by one USPTO.gov account on April 29, 2020 that all originate from the same computer network. However, it is a virtual impossibility that so many different individuals all personally entered their electronic signature in the TEAS forms from the same computer network in such close succession. Thus, USPTO filing records strongly support a finding that Respondents were entering the electronic signatures of both an attorney and applicants on TEAS forms submitted to the USPTO.

Indeed, the evidence of Respondents' practice of improperly entering electronic signatures is consistent with findings made in an earlier administrative proceeding involving Respondents' employee, Xue Chaoxing. *See In re Xue Chaoxing*, at *3. The USPTO found that the same accounts used by Respondents were also used by Mr. Xue or his employees to improperly enter the electronic signatures of others. *Id.* ("… you and your employees are improperly affixing the electronic signatures of applicants, registrants, attorneys, and/or nonexistent parties on submissions to the Office."). Such activity violates 37 C.F.R. §§ 2.193 and 11.18(b).

### C. Respondents submitted applications with false specimens of use.

In a trademark or service mark application based on use in commerce under section 1(a) of the Trademark Act, the mark must be in use in commerce on or in connection with all the goods and services listed in the application as of the application filing date. *See* 15 U.S.C. § 1051(a); 37 C.F.R. §§ 2.2(k)(1), 2.34(a)(1)(i). "Use in commerce means the bona fide use of a mark in the ordinary course of trade, and not made merely to reserve a right in a mark." 15 U.S.C. § 1127. The Trademark Act and USPTO Rules require an applicant to make a verified statement that the mark is in use in commerce and demonstrate use in commerce through the submission of specimens showing the mark as it is actually being used on or in connection with the identified goods or services. 15 U.S.C. § 1051(a)(1); 37 C.F.R. §§ 2.34(a)(1)(iv), 2.56(a)–(b). Averments regarding use in commerce are material to the issuance of a trademark registration and subject to the certifications under 37 C.F.R. § 11.18.

A review of a representative sample of specimens submitted by Respondents reveals a practice of submitting images that do not demonstrate actual "use in commerce." Respondents routinely created images of marks on or in connection with goods or

8

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

services identified in applications for the purpose of satisfying the specimen requirement when such images did not depict applicant's actual goods or services or how consumers would actually encounter the applied-for marks.

The nature of these false specimens, as discussed below, strongly supports a finding that the averments as to use of marks were false and that Respondents performed no reasonable inquiry to determine whether the specimens showed the marks as actually used in commerce, as required by Rule 11.18(b)(2). That is, the specimens had such obvious markers of being mocked-up that any reasonable inquiry would have raised questions about their validity, and should have resulted in them not being submitted to the USPTO.

For example, representative examples of such mocked-up or false specimens are attached as Exhibit L. In Serial No. 88915483, the images submitted as specimens include a purported ecommerce website with the following contact information:



Any reasonable inquiry undertaken in accordance with § 11.18(b) would have raised questions about this contact information, which reflects the name and home address of a fictional television character[7] and a clearly false telephone number.

Respondents' submissions in other seemingly unrelated applications demonstrate a pattern of providing specimens with invoice purchase prices significantly lower than the standard purchase prices for such goods or listing false purchaser addresses, such that these materials do not demonstrate bona fide use in commerce and are not acceptable to satisfy the specimen requirement. In unrelated applications for a wide variety of unrelated goods, such as basketball hoops, floor mats, animal dolls, exercise bands, and golf flags, ranging in price from $10-$35, Respondents submitted invoice specimens from AliExpress.com that show an identical discounted price of $1.15. *See* Exhibit N showing representative invoice samples; *see also* Exhibit L, pp.11, 25; Exhibit O, pp. 8-10, 18-20, 28-30. In some cases, the purported purchaser's address pairs cities with incorrect zip codes such that allegedly-ordered goods would have likely never reached the purchaser. For example, an invoice provided as part of a specimen in U.S. Application Serial No.

---

[7] Homer Simpson, a resident of "742 Evergreen Terrace" in "Springfield" is the main character of the long-running animated series, "The Simpsons." *See* Exhibit M consisting of screen captures of https://www.cbsnews.com/news/the-simpsons-creator-matt-groening-reveals-location-of-springfield/.

9

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

90253632 identifies a purchase price for a baking pan, notably discounted to $1.15, with the purchaser's address in Alaknuk, Alaska, combined with the zip code for Ivanhoe, California. Exhibit O, p. 8; *see also* Exhibit P, p. 1 (United States Postal Service website showing relevant zip code information). Representative examples of TEAS Plus applications with specimens consisting of falsified invoices containing mismatched or false zip code information are attached as Exhibit O.[8] *See also* Exhibit N, e.g., pp. 65, 77; Exhibit P.

Applications filed by Respondents also included false webpages and invoices with internally inconsistent information submitted as specimens. Specifically, statements provided on these webpages indicate that the goods were not yet for sale, but the accompanying invoices showed purported sale of the goods. In one example, the webpage contained the message "can not deliver to United States," yet the application also included an invoice purportedly evidencing use in commerce and shipment to the United States. Exhibit N, pp. 101-108. Similarly, another webpage, captured May 9, 2020, contains a statement that the product identified for sale would "be in stock on Thursday 01 May, 2025," while the invoice submitted indicated a sale of such goods occurred on May 9, 2020. Exhibit L, pp. 26-36.

Based on the nature of these false specimens, it is highly unlikely that any reasonable inquiry into the allegation of use in commerce and whether these documents demonstrate actual use of the marks in commerce was conducted prior to filing as required by 37 C.F.R. § 11.18(b)(2). In addition, to the extent that any of these submissions may have been filed by the named signatory, admissions from Mr. Morton, the individual identified most often as the signatory for Respondents' application filings, further supports a finding that there was no reasonable inquiry into the evidentiary support for these specimens in violation of 37 C.F.R. § 11.18(b)(2). Indeed, Mr. Morton admitted that he "had not performed a reasonable pre-filing inquiry" in some applications. *In re Morton*, at *5; *see also* at *10 ("[Mr. Morton] signed declarations under 18 U.S.C. § 1001 attesting that his clients' specimens showed the marks as used in commerce without conducting an inquiry reasonable under the circumstances.").[9]

These examples of false specimens demonstrate Respondents' consistent practice of submitting documents containing false statements or entries for which no reasonable inquiry was performed as to the evidentiary support,  in violation of 37 C.F.R. § 11.18(b). The evidence also points to such egregious behavior on the part of Respondents that it is reasonable to assume they knew or should have known that the documents were submitted to the USPTO for an improper purpose – namely, to obtain approval for trademark applications that did not in fact meet the requirements for registration.

---

[8] Only submissions comprised of invoices are included in Exhibit N.

[9] While a U.S.-licensed attorney may rely on instructions from the applicant's foreign attorney or agent, the attorney is ultimately responsible for the certification and reasonable inquiry into the underlying facts contained in the submission under 37 C.F.R. § 11.18, and for submitting the documents through TEAS using the USPTO.gov account registered to the attorney.

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

### D.  Respondents submitted papers for improper purposes.

The available evidence indicates that Respondents, aware that foreign-domiciled applicants were required to be represented by a qualified attorney, mispresented the identities of those who prepared and signed trademark applications and related submissions, improperly using the names and electronic signatures of Ms. Wang and Mr. Morton. This false information was provided to conceal Respondent's unauthorized practice of law and involvement in trademark proceedings, a circumvention of USPTO Rules, including Rule 2.11(e), and therefore, improper in purpose, in violation of 37 C.F.R. § 11.18(b)(2).

The contracts and affidavits attached hereto indicate that Respondents worked in concert with a third-party to misappropriate the identity of Ms. Wang, a U.S.-licensed attorney, by entering her name and electronic signature on submissions despite the fact that Respondents never met Ms. Wang or otherwise communicated with her. Respondents were aware that Ms. Wang had not performed any of the activities expected of an attorney prosecuting a trademark application because they had performed those activities themselves. Likewise, evidence indicates that Respondents continued their unauthorized practice of law by using Mr. Morton's electronic signature and professional credentials.

Therefore, Respondents knowingly made false material representations to the USPTO through the misrepresentation of the identities of those who prepared and signed trademark applications and related submissions. *See Zhang*, 2021 TTAB LEXIS 465, at *30-31 (provision of false attorney information and improperly entered attorney signatures listed as examples of false material representations).

Respondents' submission of false specimens, which are also material to issuance of a registration based on use, likewise constitutes the submission of false information for an improper purpose in violation of 37 C.F.R. 11.18(b)(2). As noted earlier, the evidence indicates that Respondents submitted declarations or affidavits containing averments concerning use in commerce, supported by mocked-up images in an attempt to improperly satisfy the use in commerce requirements and deceive the USPTO into issuing a registration applicants would not otherwise have been entitled to. In any event, Respondents engaged in a pattern of practice that calls into question the validity of these submissions, and which may jeopardize the validity of any registrations resulting from applications with which Respondents were involved.

Although conduct need not rise to the level of fraud to warrant sanctions, under the circumstances presented above, Respondents' conduct appears to do so. *See In re Bose Corp.*, 580 F.3d 1240, 1243, 91 USPQ2d 1938, 1939 (Fed. Cir. 2009). And, the evidence clearly supports a finding that Respondents had a pattern and practice of submitting papers with false information for an improper purpose and without conducting any reasonable inquiry, in violation of 37 C.F.R. § 11.18(b)(2).

### E.  Respondents violated the Terms of Use for USPTO websites.

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

Respondents misused USPTO.gov accounts and systems to further their unauthorized practice of law and repeatedly used these accounts to provide the Office false information to conceal their misconduct. USPTO filing records show filing patterns indicating that Respondents improperly shared access to multiple USPTO.gov accounts, including use of a USPTO.gov account registered in the name of a U.S.-licensed attorney not affiliated with Respondents, which was used to improperly submit documents including the electronic signatures of other U.S.-licensed attorneys.

USPTO filing records and evidence discussed herein demonstrates that Respondents used USPTO systems to submit nearly 6,000 TEAS submissions, including initial applications, amendments, and responsive documents, despite the fact that Respondents are not U.S.-licensed attorneys nor otherwise authorized to make submissions on behalf of others in trademark matters. Further, Respondents repeatedly violated the Terms of Use when they accessed USPTO systems with the intent to provide false signatures of others. Respondents repeatedly accessed, modified, and used data on USPTO systems while representing others before the USPTO despite being unauthorized to do so.

In addition, based on the high volume and speed of submissions filed via three USPTO.gov accounts registered to Mr. Xue, Respondents' employee, the reasonable inference is that several of Respondents' employees, beyond Mr. Xue, were accessing these accounts in violation of the Terms of Use for USPTO websites. The conclusion is further supported by Mr. Xue's own admissions, detailed in an Order for Sanctions, where he explained that other people routinely accessed accounts registered to him at the same time. *See In re Xue Chaoxing*, at *2.

### III. Show Cause Requirement

The Director has authority to sanction those filing trademark submissions in violation of the USPTO Rules and has delegated to the Commissioner for Trademarks the authority to impose such sanctions and to otherwise exercise the Director's authority in trademark matters. 35 U.S.C. § 3(a)-(b); 37 C.F.R. § 11.18(c); *see also Zhang*, 2021 TTAB LEXIS 465, at *10, *23-24. The authority to issue administrative sanctions orders has been further delegated to the Deputy Commissioner for Trademark Examination Policy.

In determining appropriate sanctions, various considerations may be taken into account, including whether the improper conduct was willful, part of a pattern of activity or an isolated event; whether the conduct infected an entire application or one particular submission; whether the party has engaged in similar conduct in other matters; whether the conduct was intended to injure; the effect of the conduct on the administrative process in time and expense; and what is needed to deter the conduct by the party and by others. 73 Fed. Reg. 47650, 47653 (2008).

Based on the present record and the foregoing considerations, the USPTO has made a preliminary determination that some or all of the following sanctions are warranted and **Respondents are hereby ordered to show cause why the USPTO should not:**

12

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

(1) Permanently preclude Respondents from submitting trademark-related documents to the USPTO on behalf of Respondents or others;

(2) Remove correspondence information associated with Respondents from the USPTO's database in all trademark applications and/or registrations in which such information appears;

(3) Strike or otherwise give no weight to all trademark-related documents submitted to the USPTO by Respondents, including all submissions filed via USPTO.gov accounts associated with Respondents and all submissions bearing a signature not personally entered by the named signatory;

(4) Terminate all ongoing application and registration proceedings containing submissions filed by Respondents;

(5) Block future financial transactions from credit cards used to pay filing fees associated with improper submissions made by Respondents;

(6) Direct the USPTO's Office of the Chief Information Officer to permanently terminate or deactivate any USPTO.gov accounts in which contact information related to Respondents appears and to take all reasonable efforts to prevent Respondents from creating or activating further accounts; and/or

(7) Continue to strike documents, remove information, deactivate accounts, and terminate proceedings containing submissions later found to have been filed by Respondents.

A written response to this show cause order is required. The USPTO will consider any response in determining whether and what sanctions are appropriate. **The response is due by 5:00pm (Eastern Time) on January 10, 2023 and must be sent via email to TMPolicy@uspto.gov.**

The response must include evidence and explanations that rebut the USPTO's preliminary determination that sanctions are warranted.

Failure to timely respond will result in a presumption that Respondents cannot rebut the showing described above, in which case the USPTO may implement some or all of the proposed sanctions.

In light of the widespread and apparently continuing harm being caused to affected applicants, the USPTO may take immediate mitigation actions, including suspending further action in impacted applications and/or restricting access to USPTO.gov accounts associated with Respondents.[10]

This order is issued without prejudice to the USPTO taking all other appropriate actions to protect its systems and users from Respondents' continued improper activity, including issuing additional orders relating to other applications or registrations, or referring Respondents' conduct to relevant state and federal law enforcement agencies.

---

[10] If a preliminary action taken by the USPTO in this matter is later determined to be inappropriate, such action may be undone.

13

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.


So ordered,

Users,
Cotton, Amy    Digitally signed by Users,
               Cotton, Amy
               Date: 2022.12.13
               09:54:12 -05'00'

Amy P. Cotton
Deputy Commissioner for Trademark Examination Policy
United States Patent & Trademark Office


Exhibits: A – P

Show Cause Order - In re Asin Enter. Mgmt. Consulting Ltd. Co.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 13, 2022, the foregoing Show Cause Order was emailed to Respondents at the following email address:

> mengsustone@gmail.com
> 957500001@qq.com

Users,
Mayer, David

Digitally signed by Users, Mayer, David
Date: 2022.12.13
10:31:09 -05'00'

_____

United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

# EXHIBIT C

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|---|---|---|---|---|---|---|---|
| 1 | 87775493 | OMNIX | Dead | 2018-01-30 | IC 009 | Prime Supply Corp (CORPORATION; WASHINGTON, USA); Ste. 400-132, 114 W Magnolia St, Bellingham, WASHINGTON 98225, UNITED STATES | Yes |
| 2 | 88022244 | ARCANABIO | Dead | 2018-07-01 | IC 042 | Arcana Biomics Inc. (CORPORATION; WASHINGTON, USA); #4504, 1752 NW Market St, Seattle, WASHINGTON 98107, UNITED STATES | Yes |
| 3 | 88022260 | ARCANA BIOMICS | Dead | 2018-07-01 | IC 042 | Arcana Biomics Inc. (CORPORATION; WASHINGTON, USA); #4504, 1752 NW Market St., Seattle, WASHINGTON 98107, UNITED STATES | Yes |
| 4 | 88043930 | IRENE | Dead | 2018-07-19 | IC 025 | YOUWEI'S BOUTIQUE CORP. (CORPORATION; WASHINGTON, USA); 614 Bronson Pl. NE, Renton, WASHINGTON 98056, UNITED STATES | Yes |
| 5 | 88790562 | T.A.N. | Dead | 2020-02-10 | IC 041 | The Academic's Novel, LLC (LIMITED LIABILITY COMPANY; WASHINGTON, USA); 1221 1st Ave #2119, , Seattle, WASHINGTON 98101, UNITED STATES | Yes |
| 6 | 88938796 | [Design Only] | Live | 2020-05-29 | IC 007 IC 011 | ALPACA FAN VENTILATION INC. (CORPORATION; WASHINGTON, USA); 170 S LINCOLN ST STE 150, SPOKANE, CALIFORNIA 91748, UNITED STATES | Yes |
| 7 | 90015077 | VATU | Live | 2020-06-23 | IC 025 | BONNEUSTEP INC (INCORPORATOR; WASHINGTON, USA); 100 N HOWARD ST STE R,, SPOKANE, WASHINGTON 992010508, UNITED STATES | Yes |
| 8 | 90365229 | DIGITIME | Live | 2020-12-08 | IC 020 | TOLEAD USA LLC (LIMITED LIABILITY COMPANY; WASHINGTON, USA); 100 N HOWARD ST STE R, SPOKANE, WASHINGTON 99201, UNITED STATES | Yes |
| 9 | 90427665 | LEFAME | Live | 2020-12-29 | IC 003 | VERANO BEAUTY INC (CORPORATION; WASHINGTON, USA); 416 UNIVERSITY ST, SEATTLE, WASHINGTON 98101, UNITED STATES | Yes |
| 10 | 90475855 | AKOMA | Dead | 2021-01-19 | IC 007 | CLEANHOME HOUSEHOLD INC (CORPORATION; WASHINGTON, USA); 13850 NE BEL, RED RD, BELLEVUE, WASHINGTON 980054520, UNITED STATES | Yes |
| 11 | 90483679 | DAILYTIDY | Dead | 2021-01-22 | IC 021 | CLEANHOME HOUSEHOLD INC (CORPORATION; WASHINGTON, USA); 13850 NE BEL, RED RD, BELLEVUE, WASHINGTON 980054520, UNITED STATES | Yes |
| 12 | 90487571 | DAILYTIDY | Dead | 2021-01-25 | IC 022 | CLEANHOME HOUSEHOLD INC (CORPORATION; WASHINGTON, USA); 13850 NE BEL, RED RD, BELLEVUE, WASHINGTON 980054520, UNITED STATES | Yes |
| 13 | 90496075 | DAILYTIDY | Live | 2021-01-28 | IC 018 | CLEANHOME HOUSEHOLD INC (CORPORATION; WASHINGTON, USA); 13850 NE BEL, RED RD, BELLEVUE, WASHINGTON 980054520, UNITED STATES | Yes |
| 14 | 90496105 | DAILYTIDY | Live | 2021-01-28 | IC 020 | CLEANHOME HOUSEHOLD INC (CORPORATION; WASHINGTON, USA); 13850 NE BEL, RED RD, BELLEVUE, WASHINGTON 980054520, UNITED STATES | Yes |
| 15 | 90517194 | KIPAAZ | Live | 2021-02-08 | IC 025 | BONNEUSTEP INC (Incorporated; WASHINGTON, USA); 100 N HOWARD ST STE R, SPOKANE, WASHINGTON 992010508, UNITED STATES | Yes |
| 16 | 75668374 | [Design Only] | Dead | 1999-03-25 | IC 035 IC 038 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 17 | 75687505 | [Design Only] | Dead | 1999-04-21 | IC 038 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 18 | 76658875 | [Design Only] | Dead | 2006-04-24 | IC 009 IC 041 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 19 | 76977258 | BIGFOOT | Live | 2004-01-02 | IC 041 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 20 | 76569348 | BIGFOOT FILMS | Live | 2004-01-05 | IC 041 IC 009 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 21 | 76609853 | KOZO | Live | 2004-09-02 | IC 021 IC 025 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 22 | 78650618 | NAUTICAL ANGELS | Dead | 2005-06-14 | IC 016 IC 025 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, 4TH FLOOR, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 23 | 77312858 | CHINESEPOD | Live | 2007-10-25 | IC 041 | CHINESEPOD LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 24 | 77713882 | RIMIO | Dead | 2009-04-14 | IC 041 IC 035 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 25 | 85325863 | ISTUDIO | Dead | 2011-05-20 | IC 035 IC 045 | ISTUDIO LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 26 | 85452659 | NEXTENGINE | Dead | 2011-10-20 | IC 009 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 27 | 85951052 | WARMAX | Dead | 2013-06-05 | IC 011 | Warmax Technology Inc. (CORPORATION; CALIFORNIA, USA); 2880 Zanker RD Ste 203, San Jose, CALIFORNIA 95134, UNITED STATES | |
| 28 | 86010264 | ONE FASHION | Dead | 2013-07-15 | IC 038 | FASHION ONE TELEVISION LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 29 | 86010273 | F ONE |FASHION | Dead | 2013-07-15 | IC 038 | FASHION ONE TELEVISION LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 30 | 86183122 | FO.COM | Dead | 2014-02-03 | IC 038 | FASHION ONE TELEVISION LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 31 | 79148856 | F-BAR | Dead | 2014-02-20 | IC 035 IC 043 | Fashion One Television LLC (UNKNOWN; Not in List); 246 West Broadway, New York, NY 10013, , UNITED STATES | |
| 32 | 79149700 | FASHION FIRST | Dead | 2014-04-30 | IC 038 | Fashion One Television LLC (UNKNOWN; Not in List); 246 West Broadway, New York, NY 10013, , UNITED STATES | |
| 33 | 79151313 | FO FASHION FASHION | Dead | 2014-05-15 | IC 038 IC 041 | Fashion One Television LLC (UNKNOWN; Not in List); 246 West Broadway, New York, NY 10013, , UNITED STATES | |
| 34 | 79153620 | FASHION AUTHORITY | Dead | 2014-06-16 | IC 038 IC 035 IC 041 | Fashion One Television LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 35 | 79151598 | FO | Dead | 2014-06-21 | IC 038 IC 041 | Fashion One Television LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 West Broadway, New York, NY 10013, , UNITED STATES | |
| 36 | 90559182 | FENDI | Dead | | IC 009 | zhengjun (INDIVIDUAL; USA); 1155 Battery Street SAN FRANCISCO, SAN FRANCISCO, CALIFORNIA 94111, UNITED STATES | |
| 37 | 75165194 | GALAXY | Live | 1996-09-13 | IC 042 | AMAZON CAPITAL, INC. (CORPORATION; NEW YORK, USA); 199 WATER STREET, 33RD FLOOR, NEW YORK, NEW YORK 10038, UNITED STATES | |
| 38 | 79170371 | FASHION CAFÉ | Dead | 2015-01-23 | IC 043 | Fashion One Television LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 39 | 79174951 | FT FASHION TELEVISION | Dead | 2015-06-01 | IC 038 IC 041 | Fashion Television LLC (SOCIEDAD ANONIMA (SA); LUXEMBOURG); 246 West Broadway, New York NY 10013, , UNITED STATES | |
| 40 | 79173892 | FT FASHION TELEVISION | Dead | 2015-06-02 | IC 041 IC 041 | Fashion Television LLC (SOCIEDAD ANONIMA (SA); LUXEMBOURG); 246 West Broadway, New York NY 10013, , UNITED STATES | |
| 41 | 86650990 | BAOSHA | Live | 2015-06-03 | IC 018 | RODEBALL LTD. (CORPORATION; COLORADO, USA); 36 South 18th Avenue Suite A, Brighton, COLORADO 80601, UNITED STATES | |
| 42 | 86655083 | SHOWPIN | Live | 2015-06-08 | IC 009 | Flying Tech International LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 1417 S. Burgandy Trail, Jacksonville, FLORIDA 32259, UNITED STATES | |

PAGE 1

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|---|---|---|---|---|---|---|---|
| 43 | 86674451 | LDESIGN | Live | 2015-06-25 | IC 009 | LLBROTHERS INC (CORPORATION; FLORIDA, USA); 12864 Biscayne Blvd 255, North Miami, FLORIDA 33181, UNITED STATES | |
| 44 | 86727835 | 33480 SWEETS | Dead | 2015-08-17 | IC 030 | Wentley, Richard (INDIVIDUAL; USA); 230 Costello Rd., West Palm Beach, FLORIDA 33405, UNITED STATES | |
| 45 | 86877657 | HOME SELLING TEAM | Dead | 2016-01-16 | IC 036 | Keith Dickerson (INDIVIDUAL; USA); 722 Woodbury Court, Sugar Grove, ILLINOIS 60554, UNITED STATES | |
| 46 | 86917624 | AONSEN | Live | 2016-02-24 | IC 009 | SEASONG COMMERCE INC. (CORPORATION; COLORADO, USA); 36 SOUTH 18TH AVENUE,SUITE A., BRIGHTON,CO 80601, UNITED STATES, COLORADO 80601, UNITED STATES | |
| 47 | 86933541 | BIGFOOT | Dead | 2016-03-09 | IC 043 IC 044 | Fashion One Television LLC (LIMITED LIABILITY COMPANY; CANADA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 48 | 86962032 | F FASHION 4K | Live | 2016-04-02 | IC 035 IC 041 IC 038 | FASHION ONE TELEVISION LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 49 | 87454323 | LEOPARD | Dead | 2017-05-17 | IC 038 IC 026 | DIAMOND LLC (CORPORATION; INDIANA, USA); 626 NORTH ILLINOIS ST. #300, INDIANAPOLIS, INDIANA 46204, UNITED STATES | |
| 50 | 87454351 | DEER | Dead | 2017-05-17 | IC 016 IC 041 | DIAMOND LLC (CORPORATION; INDIANA, USA); 626 NORTH ILLINOIS ST. #300, INDIANAPOLIS, INDIANA 46204, UNITED STATES | |
| 51 | 87456260 | RETINA | Dead | 2017-05-19 | IC 038 IC 025 IC 026 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 52 | 87461489 | HELIUM | Dead | 2017-05-23 | IC 016 IC 026 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 53 | 87472257 | WANDA | Dead | 2017-06-01 | IC 026 IC 003 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 54 | 87472435 | PREDATOR | Live | 2017-06-01 | IC 026 IC 035 | CHINA CAPITAL PARTNERS LLC (LIMITED LIABILITY COMPANY; INDIANA, USA); 626 NORTH ILLINOIS ST. STE. 300, INDIANAPOLIS, INDIANA 46204, UNITED STATES | |
| 55 | 87474434 | BERRY | Dead | 2017-06-04 | IC 038 IC 026 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 56 | 87474463 | PREMIO | Dead | 2017-06-04 | IC 014 IC 016 IC 038 | BIGFOOT VENTURES LLC (LLC; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 57 | 87461606 | ALFRED | Dead | 2017-05-24 | IC 038 | BIGFOOT VENTURES LLC (LLC; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 58 | 87476160 | ACADEMY | Dead | 2017-06-05 | IC 026 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 59 | 87478016 | NITROGEN | Dead | 2017-06-07 | IC 038 IC 003 IC 014 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 60 | 87487986 | EASY | Dead | 2017-06-13 | IC 026 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 61 | 87493745 | CHARLIE | Dead | 2017-06-16 | IC 026 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 62 | 87500248 | COSMOS | Dead | 2017-06-21 | IC 016 IC 026 | BIGFOOT VENTURES LLC (LLC; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 63 | 87500328 | BURLEY | Dead | 2017-06-21 | IC 028 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 64 | 87506076 | VANGUARD | Dead | 2017-06-26 | IC 038 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 West Broadway, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 65 | 87510032 | CALEB | Dead | 2017-06-29 | IC 003 IC 020 IC 025 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 66 | 87510054 | KAITLYN | Dead | 2017-06-29 | IC 020 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 67 | 87511647 | JARED | Dead | 2017-06-29 | IC 018 IC 020 IC 003 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 68 | 87514148 | BAILEY | Dead | 2017-07-03 | IC 020 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 69 | 87515027 | ZACHARY | Dead | 2017-07-03 | IC 018 IC 020 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 70 | 87524280 | B BALLERS ONLY | Dead | 2017-07-11 | IC 025 | DLINKS LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); Suite 701, 1800 NE 114th Street, Miami, FLORIDA 33181, UNITED STATES | |
| 71 | 87526113 | MALIK | Dead | 2017-07-12 | IC 018 IC 020 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 72 | 87526137 | LINDSEY | Dead | 2017-07-12 | IC 018 IC 020 IC 003 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 73 | 87526143 | KATHRYN | Dead | 2017-07-12 | IC 003 IC 020 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 74 | 87526154 | GARRETT | Dead | 2017-07-12 | IC 020 IC 003 IC 025 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 75 | 87542646 | ELDY | Dead | 2017-07-25 | IC 038 IC 042 IC 009 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 76 | 87542748 | DAVID | Dead | 2017-07-25 | IC 035 | BIGFOOT VENTURES LLC (LLC; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 77 | 87555769 | AZUR | Dead | 2017-08-04 | IC 022 IC 028 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 78 | 87557890 | ERICK | Dead | 2017-08-07 | IC 003 IC 018 IC 020 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 79 | 87561205 | GRANT | Dead | 2017-08-08 | IC 018 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 80 | 87561236 | KALEB | Dead | 2017-08-08 | IC 025 IC 018 IC 020 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 81 | 87561246 | JULIAN | Dead | 2017-08-08 | IC 003 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 82 | 87573905 | AUTUMN | Dead | 2017-08-17 | IC 003 IC 018 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 83 | 87573909 | JOANNA | Dead | 2017-08-17 | IC 018 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |

PAGE 2

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|-----|--------------|----------|--------|-----------|--------------------|---------------|------------------------------|
| 84 | 87574143 | JULIO | Dead | 2017-08-18 | IC 020 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 85 | 87577952 | MARISOL | Dead | 2017-08-21 | IC 003 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 86 | 87577962 | LANCE | Dead | 2017-08-21 | IC 003 IC 020 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 87 | 87634285 | F FASHION ONE | Dead | 2017-10-05 | IC 038 IC 041 | Fashion One Television LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 88 | 87651161 | SAMOSA | Dead | 2017-10-18 | IC 014 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 89 | 87654842 | XJD | Live | 2017-10-22 | IC 025 | XJD Inc (CORPORATION; NEW YORK, USA); 99 WASHINGTON AVE SUITE 805D, ALBANY, NEW YORK 12210, UNITED STATES | |
| 90 | 87658480 | B BIZITOME JUST BIZ | Live | 2017-10-24 | IC 035 IC 042 | Bizitome Inc. (CORPORATION; DELAWARE, USA); 3rd Floor 228 Hamilton Ave., Palo Alto, CALIFORNIA 94301, UNITED STATES | |
| 91 | 87698811 | VIBETS | Dead | 2017-11-28 | IC 009 | Hitnorth LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); Suite 121, Office 313, 8600 Commodity Circle, Orlando, FLORIDA 32819, UNITED STATES | |
| 92 | 87721874 | KNOT | Dead | 2017-12-14 | IC 015 | BIGFOOT VENTURES LLC (LLC; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 93 | 87723717 | BLUEVISION | Dead | 2017-12-16 | IC 009 IC 025 IC 016 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 94 | 87729325 | ZENITH | Dead | 2017-12-20 | IC 026 | ZENITH INTERNATIONAL LLC (LIMITED LIABILITY COMPANY; INDIANA, USA); 626 North Illinois Street STE 300, Indianapolis, INDIANA 46204, UNITED STATES | |
| 95 | 87731284 | DEEP MADNESS | Live | 2017-12-21 | IC 028 | DIEMENSION GAMES INC. (CORPORATION; CALIFORNIA, USA); Apt 203, 1617 S Beverly Glen Blvd, Los Angeles, CALIFORNIA 90024, UNITED STATES | |
| 96 | 87731600 | IVY'S WORLD | Dead | 2017-12-22 | IC 005 | IVY'S WORLD KIDS PRODUCT INC. (CORPORATION; NEVADA, USA); 475 GRAND CENTRAL PKWY, LAS VEGAS, NEVADA 89106, UNITED STATES | |
| 97 | 87734825 | LUXURA | Dead | 2017-12-26 | IC 025 IC 041 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 98 | 76392281 | BIGFOOT | Dead | 2002-04-05 | IC 038 IC 042 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 99 | 76569405 | BIGFOOT | Live | 2004-01-02 | IC 009 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 100 | 87749160 | COLOSSUS ATHLETICS | Dead | 2018-01-09 | IC 028 | Hunter Jordan III (INDIVIDUAL; USA); 12D, 549 W 123rd St, New York, NEW YORK 10027, UNITED STATES | |
| 101 | 76569346 | BIGFOOT ENTERTAINME | Live | 2004-01-05 | IC 009 IC 041 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 102 | 87754269 | MATT | Dead | 2018-01-12 | IC 009 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 103 | 87761361 | LIMA | Dead | 2018-01-18 | IC 020 | KOZO LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 1601 HARRISON ST., HOLLYWOOD, FLORIDA 33020, UNITED STATES | |
| 104 | 87763910 | AHF AMERICAN HOME | Dead | 2018-01-22 | IC 024 | American Home Fashion Inc. (CORPORATION; DELAWARE, USA); 171 Madison Ave, New York, NEW YORK 10016, UNITED STATES | |
| 105 | 87796615 | DECO PRODUCTS | Live | 2018-02-13 | IC 027 | DECO PRODUCTS GLOBAL LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 3333 NW 97th Ave, Doral, FLORIDA 33172, UNITED STATES | |
| 106 | 87799805 | BABY-T | Dead | 2018-02-15 | IC 028 | Baby T LLC (LIMITED LIABILITY COMPANY; NEVADA, USA); 3755 Wild Lili Court, Las Vegas, NEVADA 89147, UNITED STATES | |
| 107 | 87799953 | MOVEMINDS | Dead | 2018-02-15 | IC 035 | MoveMinds, LLC (LIMITED LIABILITY COMPANY; WYOMING, USA); Suite 310 A496, 1603 Capitol Ave, Cheyenne, WYOMING 82001, UNITED STATES | |
| 108 | 87840768 | OMEGAWARE | Live | 2018-03-19 | IC 009 | TA omegaware; 18432 NE Sandy Blvd, PPS CNIYDFSD,Multno, Portland, OREGON 97230, UNITED STATES | |
| 109 | 87846482 | INTEGRO | Dead | 2018-03-23 | IC 039 IC 041 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 110 | 87846488 | TENOR | Dead | 2018-03-23 | IC 014 IC 043 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 111 | 87862063 | LEGIRAL | Live | 2018-04-03 | IC 009 | US RISING STAR INC (COMPANY; CALIFORNIA, USA); 18351 COLIMA RD#124,, ROWLAND HEIGHTS,, CALIFORNIA 91748, UNITED STATES | |
| 112 | 87871646 | OCEANICA | Dead | 2018-04-10 | IC 009 IC 020 IC 028 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 113 | 87871655 | JANGA | Dead | 2018-04-10 | IC 035 IC 041 IC 045 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 114 | 87875296 | EXPLOSIVO | Dead | 2018-04-12 | IC 003 IC 009 IC 025 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 115 | 87875354 | VENTUS | Dead | 2018-04-13 | IC 016 IC 020 IC 028 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 116 | 87875369 | GIZMO | Dead | 2018-04-13 | IC 009 IC 018 IC 020 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 117 | 87877094 | SOMBRERO | Dead | 2018-04-13 | IC 009 IC 014 IC 020 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 118 | 87883244 | OPTICA | Dead | 2018-04-18 | IC 003 IC 035 IC 018 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 119 | 87893787 | CASTOR | Dead | 2018-04-25 | IC 038 IC 016 IC 020 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 120 | 87893802 | CRONO | Dead | 2018-04-25 | IC 038 IC 041 IC 009 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 121 | 87893808 | CASTOR | Dead | 2018-04-26 | IC 045 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 122 | 87893812 | OPTIMO | Dead | 2018-04-26 | IC 016 IC 009 IC 015 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 123 | 87893818 | SNUG | Dead | 2018-04-26 | IC 038 IC 015 IC 045 | KOZO LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 1601 HARRISON ST., HOLLYWOOD, FLORIDA 33020, UNITED STATES | |
| 124 | 87895768 | ZULU | Dead | 2018-04-26 | IC 009 IC 015 IC 041 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |

PAGE 3

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|---|---|---|---|---|---|---|---|
| 125 | 87895917 | OMNIA | Dead | 2018-04-27 | IC 015 IC 018 IC 020 | KOZO LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 1601 HARRISON ST., HOLLYWOOD, FLORIDA 33020, UNITED STATES | |
| 126 | 87898907 | QUB | Dead | 2018-04-28 | IC 040 IC 005 IC 009 | WATERDIAM GROUP LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 1951 NW 7TH AVENUE, MIAMI, FLORIDA 33136, UNITED STATES | |
| 127 | 87898918 | HEAL ME | Dead | 2018-04-28 | IC 040 IC 005 IC 009 | WATERDIAM GROUP LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 1951 NW 7TH AVENUE, MIAMI, FLORIDA 33136, UNITED STATES | |
| 128 | 87898925 | UNIVERSAL WATER | Dead | 2018-04-28 | IC 005 IC 009 IC 042 | WATERDIAM GROUP LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 1951 NW 7TH AVENUE, MIAMI, FLORIDA 33136, UNITED STATES | |
| 129 | 87898928 | WATERDIAM | Dead | 2018-04-28 | IC 005 IC 032 IC 042 | WATERDIAM GROUP LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 1951 NW 7TH AVENUE, MIAMI, FLORIDA 33136, UNITED STATES | |
| 130 | 87907171 | VEND DU NORD | Dead | 2018-05-04 | IC 025 | Romero, Pedro A. (INDIVIDUAL; NOT PROVIDED); 1153 Pacifica Avenue, Chula Vista, CALIFORNIA 91913, UNITED STATES | |
| 131 | 87907178 | CIAO BELLA | Dead | 2018-05-04 | IC 025 | Romero, Pedro A. (INDIVIDUAL; NOT PROVIDED); 1153 Pacifica Avenue, Chula Vista, CALIFORNIA 91913, UNITED STATES | |
| 132 | 87907185 | OXFORD TAILOR | Dead | 2018-05-04 | IC 025 | Romero, Pedro A. (INDIVIDUAL; NOT PROVIDED); 1153 Pacifica Avenue, Chula Vista, CALIFORNIA 91913, UNITED STATES | |
| 133 | 87924698 | VIZOR | Dead | 2018-05-16 | IC 015 IC 018 IC 020 | KOZO LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 1601 HARRISON ST., HOLLYWOOD, FLORIDA 33020, UNITED STATES | |
| 134 | 87924708 | MIMI | Dead | 2018-05-16 | IC 016 IC 009 IC 014 | KOZO LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 1601 HARRISON ST., HOLLYWOOD, FLORIDA 33020, UNITED STATES | |
| 135 | 87957666 | LOOM9 | Live | 2018-06-11 | IC 024 | Sengun, Fahri (INDIVIDUAL; TURKEY); 1250 Horseshoe Bend, Mount Pleasant, SOUTH CAROLINA 29464, UNITED STATES | |
| 136 | 88006796 | CRYPTO COMMUNITY | Dead | 2018-06-19 | IC 041 | Crypto Community Group LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); Apt. 14D, 360 E. 88th St., New York, NEW YORK 10128, UNITED STATES | |
| 137 | 88014550 | HOME GLOBE | Live | 2018-06-25 | IC 036 | Mandelbaum Realty LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); STE 315, 1625 N. COMMERCE PKWY., WESTON, FLORIDA 33326, UNITED STATES | |
| 138 | 88023804 | ARTHUR & SONS | Dead | 2018-07-02 | IC 009 | BE INTERNATIONAL GROUP LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); #301, 3201 NE 183 Street, Aventura, FLORIDA 33160, UNITED STATES | |
| 139 | 88032663 | FASHION WATER | Dead | 2018-07-10 | IC 032 IC 033 | FASHION ONE TELEVISION LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 140 | 88032693 | HYGEE | Dead | 2018-07-10 | IC 010 | Earth Science Tech, Inc. (CORPORATION; FLORIDA, USA); Suite 19, 8000 NW 31st Street, Doral, FLORIDA 33122, UNITED STATES | |
| 141 | 88032698 | HIGH GRADE FULL SPE | Dead | 2018-07-10 | IC 005 | Earth Science Tech, Inc. (CORPORATION; FLORIDA, USA); Suite 19, 8000 NW 31st Street, Doral, FLORIDA 33122, UNITED STATES | |
| 142 | 88032717 | ETST EARTH SCIENCE | Dead | 2018-07-10 | IC 005 | Earth Science Tech, Inc. (CORPORATION; FLORIDA, USA); Suite 19, 8000 NW 31st Street, Doral, FLORIDA 33122, UNITED STATES | |
| 143 | 88040263 | GAIYA NATURE'S FINE | Dead | 2018-07-17 | IC 005 | Cut2CUT Inc. (CORPORATION; NEW YORK, USA); 5 Wallace Drive, Highland Mills, NEW YORK 10930, UNITED STATES | |
| 144 | 88071231 | BRISK PPM | Dead | 2018-08-09 | IC 009 IC 042 | INTELIT SMART GROUP INC. (CORPORATION; FLORIDA, USA); 409 NW 10th Terrace E 35, Hallandale Beach, FLORIDA 33009, UNITED STATES | |
| 145 | 88098287 | PAWS N US | Dead | 2018-08-29 | IC 028 IC 031 IC 035 | Paws n Us LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 14055 34TH Avenue #5N, Flushing, NEW YORK 11354, UNITED STATES | |
| 146 | 88098308 | [Design Only] | Dead | 2018-08-29 | IC 031 | Paws n Us LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 14055 34TH Avenue #5N, Flushing, NEW YORK 11354, UNITED STATES | |
| 147 | 88126328 | MAGUEN DAVID VAIL | Dead | 2018-09-21 | IC 016 IC 041 | Cattan, Jacobo Laniado (INDIVIDUAL; MEXICO); 1648 Matterhorn Circle #1, Vail, COLORADO 81657, UNITED STATES | |
| 148 | 88126338 | MAGUEN DAVID SAN | Dead | 2018-09-21 | IC 041 IC 016 | Cattan, Jacobo Laniado (INDIVIDUAL; MEXICO); 5511 Meadows Del Mar, San Diego, CALIFORNIA 92130, UNITED STATES | |
| 149 | 88131765 | CROWD3R'S CLEANIN | Dead | 2018-09-26 | IC 037 | Crowd3r's Cleaning Service, LLC (LIMITED LIABILITY COMPANY; WISCONSIN, USA); 9909 W Hampton Ave., Milwaukee, WISCONSIN 53225, UNITED STATES | |
| 150 | 88159485 | BENDYK | Dead | 2018-10-17 | IC 025 | BENDYK EDITION INC. (CORPORATION; FLORIDA, USA); Suite 51270, 444 Brickell Ave, Miami, FLORIDA 33131, UNITED STATES | |
| 151 | 88161222 | ANA LOGICA | Dead | 2018-10-19 | IC 016 | Souza, Ana Lucia de Oliveira (INDIVIDUAL; USA); 148 N 9th Street #4L, Brooklyn, NEW YORK 11249, UNITED STATES | |
| 152 | 88172475 | ALMANAC ORGANICS | Dead | 2018-10-29 | IC 003 | McKenna, Elizabeth (INDIVIDUAL; USA); 40-43 Apt.1, 62nd Street, Woodside, NEW YORK 11377, UNITED STATES | |
| 153 | 88208115 | MICHELLE MARQUES | Dead | 2018-11-28 | IC 003 | ELYON AMERICA LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 999 Brickell Avenue, Miami, FLORIDA 33131, UNITED STATES | |
| 154 | 88227485 | ORIGINAL CRAFT BEE | Dead | 2018-12-13 | IC 032 | IBEROAMERICAN IMPORTS LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 3415 South Sepulveda Suite 1100, Los Angeles, CALIFORNIA 90034, UNITED STATES | |
| 155 | 88238015 | P - CERTIFIED - PURE V | Live | 2018-12-20 | IC 040 IC 042 IC 037 | Healthway Home Products, Inc (CORPORATION; DELAWARE, USA); 3420 Maple Ave., Pulaski, NEW YORK 13142, UNITED STATES | |
| 156 | 88260044 | FEAR GEAR | Live | 2019-01-14 | IC 018 IC 025 | Elite Safety Products Inc. (CORPORATION; CALIFORNIA, USA); 820 Echelon Court, City of Industry, CALIFORNIA 91744, UNITED STATES | |
| 157 | 88288906 | PURE WELLNESS | Live | 2019-02-05 | IC 040 IC 042 IC 037 | Healthway Home Products, Inc (CORPORATION; DELAWARE, USA); 3420 Maple Ave., Pulaski, NEW YORK 13142, UNITED STATES | |
| 158 | 86195866 | CYBERBOX | Dead | 2014-02-17 | IC 009 | Bigfoot Entertainment Inc. (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 159 | 88295771 | TIMELESS SUPPLY | Live | 2019-02-11 | IC 025 | Timeless Supply LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 3930 Cedarwaxwing Ave., Orlando, FLORIDA 32822, UNITED STATES | |
| 160 | 88302664 | JAR BARRE AND YOGA | Dead | 2019-02-15 | IC 041 | Raby, Judy (UNITED KINGDOM); 105 Highland Drive, Chapel Hill, NORTH CAROLINA 27514, UNITED STATES | |
| 161 | 88306297 | P -CERTIFIED- PURE W | Live | 2019-02-19 | IC 040 IC 042 | Healthway Home Products, Inc (CORPORATION; DELAWARE, USA); 3420 Maple Ave., Pulaski, NEW YORK 13142, UNITED STATES | |
| 162 | 88315667 | SUPERV | Live | 2019-02-25 | IC 009 IC 011 | Healthway Home Products, Inc (CORPORATION; DELAWARE, USA); 3420 Maple Ave., Pulaski, New York, NEW YORK 13142, UNITED STATES | |
| 163 | 88339214 | CHEFXTEC | Dead | 2019-03-14 | IC 021 | C. BOROWSKI LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 7154 N University Drive #283, Tamarac, FLORIDA 33321, UNITED STATES | |
| 164 | 88356310 | CHELSEY COMFORT | Dead | 2019-03-26 | IC 018 IC 025 | ROC LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 16408 NE 26th Ave., North Miami Beach, FLORIDA 33160, UNITED STATES | |
| 165 | 88361981 | PALLADIUM | Dead | 2019-03-28 | IC 017 IC 022 IC 002 | Solar winpro group inc. (CORPORATION; COLORADO, USA); 7200 MISSOURI AVE, DENVER, COLORADO 80246, UNITED STATES | |

PAGE 4

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|---|---|---|---|---|---|---|---|
| 166 | 88381361 | GUERRILLA COFFEE | Dead | 2019-04-11 | IC 030 | Adams, Charles (INDIVIDUAL; USA); 242 Main St., Blossburg, PENNSYLVANIA 16912, UNITED STATES | |
| 167 | 88391180 | JOCKEYTACK | Live | 2019-04-18 | IC 009 IC 035 | Cohen, Jonathan Jerome (INDIVIDUAL; USA); 9143 Greenbrier Ct., Davie, FLORIDA 333286733, UNITED STATES | |
| 168 | 88408525 | KASINGS | Live | 2019-04-26 | IC 009 | Dubin Xu (INDIVIDUAL; USA); 658 Timber Wood Blvd, Newark DE, DELAWARE 19702, UNITED STATES | |
| 169 | 88416437 | HUB HUMAN BRANDS | Dead | 2019-05-06 | IC 035 | Ghanmi, Nejib (INDIVIDUAL; TUNISIA); 276 5th Avenue #817, New York City, NEW YORK 10001, UNITED STATES | |
| 170 | 88420448 | SHETRY | Live | 2019-05-08 | IC 005 | GLOBALTECH PHARMACEUTICALS INC. (CORPORATION; CALIFORNIA, USA); 620 Newport Cent Drive Suite 1100, Newport Beach, CALIFORNIA 92662, UNITED STATES | |
| 171 | 88434381 | GUD BZNSS | Dead | 2019-05-16 | IC 025 | Bridgeforth, Sterling (INDIVIDUAL; USA); 6835 Long Run Drive, Indianapolis, INDIANA 46268, UNITED STATES | |
| 172 | 88434497 | TRACY TURCO TIKITEA | Dead | 2019-05-17 | IC 032 | DBA TracyTurco TIKITEA; 301 North Palm Canyon Drive, Palm Springs, CALIFORNIA 92262, UNITED STATES | |
| 173 | 88440608 | WIPPI | Live | 2019-05-21 | IC 012 | WIPPI INC (CORPORATION; COLORADO, USA); 2847 CHAMPA ST, DENVER, COLORADO 80205, UNITED STATES | |
| 174 | 88444613 | HBCY CREATIONS | Live | 2019-05-23 | IC 016 IC 020 | BELNICK, LLC (LIMITED LIABILITY COMPANY; GEORGIA, USA); 4350 BALL GROUND HIGHWAY, CANTON, GEORGIA 30114, UNITED STATES | |
| 175 | 88456480 | CALACAS | Live | 2019-06-03 | IC 009 IC 035 | Espitia, Fernando (INDIVIDUAL; USA); 1229 Gonzales Way, Chula Vista, CALIFORNIA 91910, UNITED STATES | |
| 176 | 88456508 | NEVA 2 LATE | Live | 2019-06-03 | IC 025 | Ivery Wilkins (INDIVIDUAL; USA); 741 Brigstock Circle, Newport News, VIRGINIA 23606, UNITED STATES; Darrion Pellum (INDIVIDUAL; USA); 1803 Bay Ave, Hampton, VIRGINIA 23661, UNITED STATES | |
| 177 | 78741747 | DOG FIGHT | Live | 2005-10-27 | IC 028 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, 4TH FLOOR, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 178 | 78755360 | DOG FIGHT | Live | 2005-11-16 | IC 009 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 179 | 88495206 | FLIXSONIC | Live | 2019-06-30 | IC 011 | PROXY TRADE INTERNATIONAL LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 28642 MONARCH CLIFFS DR., FULSHEAR, TEXAS 77441, UNITED STATES | |
| 180 | 88495230 | EDUFUN | Live | 2019-06-30 | IC 016 | ant international LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 6655 West Sam Houston Parkway South 1e, Houston, TEXAS 77072, UNITED STATES | |
| 181 | 88508680 | SIMPLY + | Live | 2019-07-10 | IC 021 | SIMPLY PLUS LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 341 RAVEN CIR, WYOMING, DELAWARE 19934, UNITED STATES | |
| 182 | 88509398 | NIFAEM ENT NE NE N | Live | 2019-07-11 | IC 041 | NiFAEM ENTERTAINMENT INC. (CORPORATION; LOUISIANA, USA); 2006 East Azalea Ave., East Azalea, Baker, LOUISIANA 70714, UNITED STATES | |
| 183 | 88512203 | SOSEN | Live | 2019-07-12 | IC 011 | Xiaojun Li (INDIVIDUAL; CHINA); 440 W Bell Court, Suite 100, Oak Creek, WISCONSIN 53154, UNITED STATES | |
| 184 | 76163079 | E | Dead | 2000-11-09 | IC 035 IC 041 IC 042 | CLEVERLEARN, INC. (CORPORATION; DELAWARE, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 185 | 88515850 | IVY'S WORLD | Live | 2019-07-16 | IC 025 | IVY'S WORLD KIDS PRODUCT INC. (CORPORATION; NEVADA, USA); 475 GRAND CENTRAL PKWY, LAS VEGAS, NEVADA 89106, UNITED STATES | |
| 186 | 88525535 | ADITEA | Live | 2019-07-20 | IC 005 | ADITEA NUTRITION INC (CORPORATION; NEW YORK, USA); 170 SUYDAM ST BROOKLYN,, NEW YORK, NEW YORK 11221, UNITED STATES | |
| 187 | 88525585 | VANQ | Live | 2019-07-20 | IC 009 | NILE TRADING INC. (CORPORATION; DELAWARE, USA); 1013 CENTRE ROAD, SUITE 403S,, WILMINGTON, COUNTY OF NEW CASTLE, DELAWARE 19805, UNITED STATES | |
| 188 | 88535266 | VOGLIO | Live | 2019-07-25 | IC 034 IC 005 | VOGLIO HEALTH INC. (CORPORATION; CALIFORNIA, USA); 18351 Colima Road Ste 2896, Rowland Heights, CALIFORNIA 91748, UNITED STATES | |
| 189 | 88535339 | VOGLIO | Dead | 2019-07-25 | IC 005 IC 034 | VOGLIO HEALTH INC. (CORPORATION; CALIFORNIA, USA); 18351 Colima Road Ste 2896, Rowland Heights, CALIFORNIA 91748, UNITED STATES | |
| 190 | 88543088 | [Design Only] | Live | 2019-07-28 | IC 042 | PLAY FOR DREAM US INC. (CORPORATION; CALIFORNIA, USA); 445 S SAN ANTONIO RD, SUITE 205, LOS ALTOS, CALIFORNIA 94022, UNITED STATES | |
| 191 | 88543106 | PLAY FOR DREAM | Live | 2019-07-28 | IC 041 | PLAY FOR DREAM US INC. (CORPORATION; CALIFORNIA, USA); 445 S SAN ANTONIO RD, SUITE 205, LOS ALTOS, CALIFORNIA 94022, UNITED STATES | |
| 192 | 88543113 | PLAY FOR DREAM | Live | 2019-07-28 | IC 042 | PLAY FOR DREAM US INC. (CORPORATION; CALIFORNIA, USA); 445 S SAN ANTONIO RD, SUITE 205, LOS ALTOS, CALIFORNIA 94022, UNITED STATES | |
| 193 | 78741741 | ELECTRONIC SPORTS | Live | 2005-10-27 | IC 028 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 194 | 78760693 | ELECTRONIC SPORTS | Live | 2005-11-23 | IC 009 IC 028 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 195 | 88549198 | OREALAUTO | Live | 2019-07-30 | IC 027 | INNORI (CORPORATION; CALIFORNIA, USA); #100700, 14317 E Don Julian Rd, City of Industry, CALIFORNIA 91746, UNITED STATES | |
| 196 | 88579576 | BRISKPPM SUITE | Live | 2019-08-15 | IC 042 | INTELIT SMART GROUP INC. (CORPORATION; FLORIDA, USA); 409 NW 10th Terrace E 35, Hallandale Beach, FLORIDA 33009, UNITED STATES | |
| 197 | 88580489 | CARKIT | Dead | 2019-08-15 | IC 035 | US Global Motors (CORPORATION; NEW JERSEY, USA); 590 Jersey Avenue, New Brunswick, NEW JERSEY 08901, UNITED STATES | |
| 198 | 88588071 | SPECTATAR | Dead | 2019-08-22 | IC 009 | O'Sullivan, Roger Christopher (INDIVIDUAL; USA); 6045 Stillmeadow Dr., Reno, NEVADA 89502, UNITED STATES | |
| 199 | 79276579 | GILTY | Live | 2019-08-29 | IC 034 IC 032 | LP District 11, Inc. (CORPORATION; USA); 340 Hauser Street, Suite 308, Los Angeles, CALIFORNIA 90036, UNITED STATES | |
| 200 | 88620752 | UNDER8TED STRENGTH | Live | 2019-09-18 | IC 025 | UNDER8TED STRENGTH (SOLE PROPRIETORSHIP; CALIFORNIA, USA); 21115 Nisqually Road, 21115 Nisqually Road, Apple Valley, CALIFORNIA 92308, UNITED STATES | |
| 201 | 88622398 | SUPA KOOL ICEE | Dead | 2019-09-18 | IC 043 | Jovan Young - Jean Francois (LIMITED LIABILITY COMPANY; TEXAS, USA); 7007 Horizon Peak, San Antonio, TEXAS 78233, UNITED STATES | |
| 202 | 88631456 | VAGINA VICTIM | Dead | 2019-09-25 | IC 025 | Richard S. Jackson (INDIVIDUAL; USA); 1625 Purgatory Pass, Lewisville, TEXAS 75077, UNITED STATES | |
| 203 | 88631460 | ELIXX86 | Dead | 2019-09-25 | IC 041 | Avril Vega (INDIVIDUAL; USA); 7861 Oleander Cir., Buena Park, CALIFORNIA 90620, UNITED STATES | |
| 204 | 88631463 | BEINGCHRONIC | Live | 2019-09-25 | IC 044 | FORETOKEN LLC (LIMITED LIABILITY COMPANY; OREGON, USA); 5305 RIVER ROAD NORTH, STE B, KEIZER, OREGON 97303, UNITED STATES | |
| 205 | 86342531 | F FASHION|FIRST | Live | 2014-07-21 | IC 035 IC 038 | Fashion One Television LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |

PAGE 5

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|-----|--------------|----------|--------|-----------|--------------------|---------------|------------------------------|
| 206 | 88631490 | BLOOMOPTIX | Live | 2019-09-25 | IC 042 | BLOOM OPTIX LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 101 FIRST STREET, 4TH FLOOR, UTICA, NEW YORK 13501, UNITED STATES | |
| 207 | 86010529 | FASHION NOW | Dead | 2013-07-15 | IC 038 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 208 | 86329089 | FASHION ONE | Dead | 2014-07-05 | IC 032 IC 033 | FASHION ONE LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 209 | 88640026 | BORN A GOAT | Live | 2019-10-02 | IC 025 | Mitchelle Vanessa De Alba (INDIVIDUAL; USA); 2324 #15 Shasta Dr., Davis, CALIFORNIA 95616, UNITED STATES | |
| 210 | 86096354 | FASHIONBAR | Dead | 2013-10-21 | IC 021 IC 032 IC 033 | FASHION ONE LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 211 | 78691225 | FASHIONONE | Live | 2005-08-12 | IC 041 | FASHION ONE TELEVISION LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 212 | 88648780 | KATHYLAND | Live | 2019-10-09 | IC 025 IC 028 | FEELSSIMO LIFESTYLE INC (CORPORATION; TEXAS, USA); 11831 S SAM HOUSTON PKWY W, Houston, TEXAS 77031, UNITED STATES | |
| 213 | 88652774 | VNB | Live | 2019-10-14 | IC 034 | Wonderland Properties LLC (LIMITED LIABILITY COMPANY; CONNECTICUT, USA); 12 Roxbury Ln, Wilton, CONNECTICUT 06897, UNITED STATES | |
| 214 | 88652791 | VNB | Live | 2019-10-14 | IC 034 | Wonderland Properties LLC (LIMITED LIABILITY COMPANY; CONNECTICUT, USA); 12 Roxbury Ln, Wilton, CONNECTICUT 06897, UNITED STATES | |
| 215 | 88654179 | LLL LOVE LAST LONGER | Dead | 2019-10-15 | IC 038 IC 041 | Willis, Garner Jr. (INDIVIDUAL; USA); 5 Atwood Ave Apt 3, Norwood, MASSACHUSETTS 02062, UNITED STATES | |
| 216 | 88655478 | PHORENA | Dead | 2019-10-15 | IC 009 IC 035 | Phorena Inc. (CORPORATION; CALIFORNIA, USA); 1130 Macias Ln, San Jose, CALIFORNIA 95120, UNITED STATES | |
| 217 | 88690144 | C IRVIN WEAR | Live | 2019-11-12 | IC 025 | Coles, Charles (INDIVIDUAL; USA); 92 Winton Ct, Spartanburg, SOUTH CAROLINA 29306, UNITED STATES | |
| 218 | 88690247 | WILLIAM K. PARK | Live | 2019-11-13 | IC 025 | Park, William (INDIVIDUAL; USA); 417 Westview Pl #A, Fort Lee, NEW JERSEY 07024, UNITED STATES | |
| 219 | 88695710 | LITTLEBLOOMER | Dead | 2019-11-18 | IC 024 IC 020 | ASWEETS GLOBAL INC. (CORPORATION; CALIFORNIA, USA); 123 Cimarron Street, La Puente,, CALIFORNIA 91744, UNITED STATES | |
| 220 | 88695873 | VIEWEDGE | Dead | 2019-11-18 | IC 009 | XINGYU, DUAN (INDIVIDUAL; USA); 9600 Coit Road Apt#1613, Plano, TEXAS 75025, UNITED STATES | |
| 221 | 77340736 | FRENCHPOD | Dead | 2007-11-30 | IC 041 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 222 | 88704726 | 24/7 PC RESCUE CUTTI | Dead | 2019-11-24 | IC 042 | Lightner, Jonathan (INDIVIDUAL; UNITED KINGDOM); 5905 GLENWOOD RD APT 2B,, Brooklyn, NEW YORK 11234, UNITED STATES | |
| 223 | 88708249 | TEQUILA PARIS | Dead | 2019-11-27 | IC 033 | PARIS FOUNTIS (INDIVIDUAL; USA); 11TH ST. NUM. EXT. 8150 NUM. INT., W, PALOS HILLS, ILLINOIS 60465, UNITED STATES | |
| 224 | 88714064 | GORILLA GUIDANCE | Live | 2019-12-04 | IC 025 | Burns,Clyde (INDIVIDUAL; SOUTH AFRICA); 2610 Jupiter Rd #508, Dallas, TEXAS 75238, UNITED STATES | |
| 225 | 88714097 | [Design Only] | Dead | 2019-12-04 | IC 025 | Burns, Clyde (INDIVIDUAL; SOUTH AFRICA); 12610 Jupiter Rd #508,, Dallas, TEXAS 75238, UNITED STATES | |
| 226 | 88722459 | BRANDO & MCQUEEN | Dead | 2019-12-11 | IC 025 | Podolsky,Jacobo (INDIVIDUAL; MEXICO); 2035 Sunset Lake Road Suite B-2,, NEWARK, DELAWARE 19702, UNITED STATES | |
| 227 | 88724029 | ZEBRA | Live | 2019-12-11 | IC 009 IC 035 IC 041 | FASHION ONE TELEVISION LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246, 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 228 | 88727840 | PURE HUSTLE | Live | 2019-12-16 | IC 025 IC 041 | Pure Hustle Entertainment LLC (LIMITED LIABILITY COMPANY; PENNSYLVANIA, USA); 122 West Chester Pike, Havertown,, Pennsylvania, PENNSYLVANIA 19083, UNITED STATES | |
| 229 | 88732838 | MOOMET | Live | 2019-12-19 | IC 011 | MOBIUSEA LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 3818 Partridge berry ct,, Houston TX, TEXAS 77058, UNITED STATES | |
| 230 | 88734429 | LONG LIVE THE TRUM | Dead | 2019-12-19 | IC 025 | Berman,Steven (INDIVIDUAL; USA); 538 Vischer Avenue, Schenectady, NEW YORK, NEW YORK 12306, UNITED STATES | |
| 231 | 88744242 | CANDY VISION | Live | 2020-01-01 | IC 025 | Po, Darrin (INDIVIDUAL; USA); 29 Midland, St Lowell, Massachusetts, MASSACHUSETTS 01851, UNITED STATES | |
| 232 | 88747501 | BOOTKNOCK | Dead | 2020-01-06 | IC 025 | Aiken, Tiffany (INDIVIDUAL; USA); 3 Garraghan Dr #1125, Kingston, NEW YORK 12401, UNITED STATES | |
| 233 | 88752054 | LIQCEE'S | Dead | 2020-01-09 | IC 032 | Alishia Pierre-Louis (INDIVIDUAL; USA); 850 Columbus Ave Apt. 1G, new york, NEW YORK 10025, UNITED STATES | |
| 234 | 88752124 | NEXVOO | Live | 2020-01-09 | IC 009 | MIOTIO LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 2972 Columbia Street,, Torrance, CALIFORNIA 90503, UNITED STATES | |
| 235 | 88755953 | OPENCHAIR | Dead | 2020-01-12 | IC 009 | CLARK COLOR GO INC. (CORPORATION; CALIFORNIA, USA); 3400 Mt Diablo Blvd, Suite 3,, Lafayette, CALIFORNIA 94549, UNITED STATES | |
| 236 | 88755958 | ROYAL SCENT | Dead | 2020-01-12 | IC 003 | Jones, Sabrina (INDIVIDUAL; USA); 2025 Miller St Apt. F,, LANCASTER, SOUTH CAROLINA 29720, UNITED STATES | |
| 237 | 88759148 | BROTHERS FORUM | Dead | 2020-01-14 | IC 041 IC 025 | Austin III ,Ray Alexander (INDIVIDUAL; USA); 7411 Ethan Court, Rancho Cucamonga, CALIFORNIA, CALIFORNIA 91730, UNITED STATES | |
| 238 | 88759289 | LEDTRONICS DISPALY | Dead | 2020-01-15 | IC 009 | LEDTRONICS DISPALY INC (CORPORATION; TEXAS, USA); 815 Brazos St., Ste. 500, Austin, TEXAS 78701, UNITED STATES | |
| 239 | 88761158 | WOOACME | Live | 2020-01-16 | IC 028 | Yiwu maihi E-commerce Co. LTD (limited company (ltd.); CHINA); One Penn Plaza, Suite 2015, 250 W 34th Street, New York, NEW YORK 10119, UNITED STATES | |
| 240 | 88763103 | IVY'S WORLD | Live | 2020-01-17 | IC 018 IC 021 | IVY'S WORLD KIDS PRODUCT INC. (CORPORATION; NEVADA, USA); 475 GRAND CENTRAL PKWY, LAS VEGAS, NEVADA 89106, UNITED STATES | |
| 241 | 88764605 | LEVANMA | Live | 2020-01-17 | IC 008 | Zhan Dieyan (INDIVIDUAL; CHINA); 20209 E. Smoky Hill Rd., CENTENNIAL, COLORADO 80015, UNITED STATES | |
| 242 | 88764624 | HONTRY | Live | 2020-01-17 | IC 009 | Hill Huang (INDIVIDUAL; CHINA); 1723 CEDAR LAKE CT, SAN JOSE, CALIFORNIA 951313530, UNITED STATES | |
| 243 | 88765517 | S | Live | 2020-01-20 | IC 011 | SIPMORE, INC. (CORPORATION; NEW JERSEY, USA); APT 2109, 474 WARREN STREET, JERSEY CITY, NEW JERSEY 07302, UNITED STATES | |
| 244 | 88765518 | SIPMORE | Live | 2020-01-20 | IC 011 | SIPMORE, INC. (CORPORATION; NEW JERSEY, USA); APT 2109, 474 WARREN STREET, JERSEY CITY, NEW JERSEY 07302, UNITED STATES | |
| 245 | 88770155 | BLACKLEAF | Live | 2020-01-23 | IC 010 | BLACKLEAF LLC (LIMITED LIABILITY COMPANY; NEVADA, USA); 1810 E, SAHARA AVENUE,, SUITE 212 #383,, LAS VEGAS, NV 89104,, NEVADA 89104, UNITED STATES | |

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|---|---|---|---|---|---|---|---|
| 246 | 88773798 | CLERMONT COUTELLE | Live | 2020-01-27 | IC 008 | Averyon, Inc (CORPORATION; FLORIDA, USA); 9920 N Kendall Drive J106,, Miami, FLORIDA 33166, UNITED STATES | |
| 247 | 88779933 | LADYON | Dead | 2020-01-31 | IC 041 | Ludwig ,Veruschka Chandroo (INDIVIDUAL; USA); 220835 Sand Lake St,, Anchorage, ALASKA 99522, UNITED STATES | |
| 248 | 88786801 | (MID)WESTERN | Dead | 2020-02-06 | IC 018 IC 025 | Curtis , Reid (INDIVIDUAL; USA); 3575 Township Rd 70 NW,, Somerset,, OHIO 43783, UNITED STATES | |
| 249 | 88788384 | GOLDEN NORTH SALM | Live | 2020-02-06 | IC 036 | Territorial Sportsmen, Inc. (non-profit corporation; ALASKA, USA); PO Box 32712,, Juneau, ALASKA 99803, UNITED STATES | |
| 250 | 88790296 | ETECHRUS | Live | 2020-02-08 | IC 009 | ETECHRUS INC (CORPORATION; DELAWARE, USA); 190 PORTSIDE CT, BEAR DE 19701-2431, DELAWARE 197012431, UNITED STATES | |
| 251 | 88793654 | SUPA KOOL ICE | Live | 2020-02-11 | IC 043 | SUPA KOOL ICE, LLC. (LIMITED LIABILITY COMPANY; TEXAS, USA); 7007 Horizon Peak, San Antonio, TEXAS 78233, UNITED STATES | |
| 252 | 86001378 | IAFT | Dead | 2013-07-02 | IC 041 | International Academy of Film and Television LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 253 | 88807292 | B-O-R-L-E-X | Dead | 2020-02-23 | IC 025 | Dean, Shaimika (INDIVIDUAL; USA); 921 E. 27th St, Lawrence,, Kansas, KANSAS 66046, UNITED STATES | |
| 254 | 88807404 | CAVETRI | Dead | 2020-02-24 | IC 035 | Spence,Andrew (INDIVIDUAL; USA); 8420 NW 27 Place,, Sunrise,, FLORIDA 33323, UNITED STATES | |
| 255 | 88816192 | SHAYLA BEACH | Dead | 2020-02-29 | IC 025 | Cofini, Shayla (INDIVIDUAL; USA); Apartment 4, 522 East 5th Street, New York, NEW YORK 10009, UNITED STATES | |
| 256 | 88816198 | SHAYLA SOL | Dead | 2020-02-29 | IC 025 | Cofini, Shayla (INDIVIDUAL; USA); Apartment 4, 522 East 5th Street, New York, NEW YORK 10009, UNITED STATES | |
| 257 | 76648233 | INTERNATIONAL ACA | Dead | 2005-10-11 | IC 041 | INTERNATIONAL ACADEMY OF FILM AND TELEVISION LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 258 | 86001380 | INTERNATIONAL ACA | Dead | 2013-07-02 | IC 041 | International Academy of Film and Television LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 259 | 86316695 | INTERNATIONAL ACA | Dead | 2014-06-22 | IC 041 | International Academy of Film and Television LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 260 | 88816489 | SHAYLA SEA | Dead | 2020-03-01 | IC 025 | Cofini, Shayla (INDIVIDUAL; USA); Apartment 4, 522 East 5th Street, New York, NEW YORK 10009, UNITED STATES | |
| 261 | 77340744 | ITALIANPOD | Dead | 2007-11-30 | IC 041 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 262 | 88818000 | BEYOUNGER | Dead | 2020-03-02 | IC 003 IC 033 | Mo, Buxing (INDIVIDUAL; USA); 1060Kam Hwy 303a,, Pearl City,,, HAWAII 96782, UNITED STATES | |
| 263 | 88822888 | TRISUN | Live | 2020-03-05 | IC 037 | TRISUN ENERGY SERVICES LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 7501 MILLER ROAD 2, HOUSTON, TEXAS 77049, UNITED STATES | |
| 264 | 88825777 | SELF INVESTED | Live | 2020-03-08 | IC 025 | Pointzes Jr, Jermaine (INDIVIDUAL; USA); 19935 Country Club Dr., Harper Woods, MICHIGAN 48225, UNITED STATES | |
| 265 | 88838289 | PHOINOS | Dead | 2020-03-18 | IC 028 IC 035 | CPASSION INDUSTRIAL CO., LTD (CORPORATION; CALIFORNIA, USA); 17800 CASTLETON ST STE 665, CITY OF INDUSTRY, CALIFORNIA 91748, UNITED STATES | |
| 266 | 88856799 | OJA | Live | 2020-04-01 | IC 007 | OJA INTELLIGENT ROBOT TECHNOLOGY INC (CORPORATION; CALIFORNIA, USA); 21908 VALLEY BLVD WALNUT, CALIFORNIA,,, WALNUT, CALIFORNIA 91789, UNITED STATES | |
| 267 | 88865377 | DREAMSKY | Live | 2020-04-09 | IC 014 | US Amexs LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 1521 Concord Pike # 303, Wilmington, DELAWARE 19803, UNITED STATES | |
| 268 | 88868883 | AOKSUNS | Live | 2020-04-12 | IC 014 | ACE Jewelry Design Inc (CORPORATION; CALIFORNIA, USA); 14748 Nelson Ave, City of Industry, CALIFORNIA 91744, UNITED STATES | |
| 269 | 88870800 | JOJOBAY | Live | 2020-04-14 | IC 020 | yanyan qiu (INDIVIDUAL; CHINA); 55 Parkdale Irvine CA, Irvine, CALIFORNIA 926207308, UNITED STATES | |
| 270 | 88885458 | NB NO BRAND | Live | 2020-04-24 | IC 009 | Newbee New Energy Technology Co., LTD (JOINT STOCK COMPANY; CALIFORNIA, USA); 135 LAKEVIEW AVE, SAN FRANCISCO, CALIFORNIA 94112, UNITED STATES | |
| 271 | 88885484 | GB GARBOO | Live | 2020-04-24 | IC 009 | Newbee New Energy Technology Co., LTD (stock company; CALIFORNIA, USA); 135 LAKEVIEW AVE, SAN FRANCISCO, CALIFORNIA 94112, UNITED STATES | |
| 272 | 88892522 | MASMARS | Live | 2020-04-29 | IC 009 | XU ZHI QIANG (INDIVIDUAL; USA); 1429 Caddo St Apt A, Dallas, TEXAS 75204, UNITED STATES | |
| 273 | 88900813 | RAYNIGEL | Live | 2020-05-05 | IC 010 | USA RAY NIGEL GROUP INC. (CORPORATION; COLORADO, USA); 8601 W Cross Dr. F5#189, Littleton, COLORADO 80123, UNITED STATES | |
| 274 | 88904969 | FOXXD | Live | 2020-05-07 | IC 010 | Foxx Development INC (CORPORATION; TEXAS, USA); 6140 Northbelt Pkwy NW, Suite A,, Norcross, GEORGIA 30003, UNITED STATES | |
| 275 | 88904851 | NORVIKON | Live | 2020-05-07 | IC 003 IC 010 IC 028 I | Jerry&Sons Pharmaceutical INC (limited company (ltd.); CHINA); 15 Arden Street, New York, NEW YORK 10040, UNITED STATES | |
| 276 | 88913152 | SIUMUN | Live | 2020-05-13 | IC 021 | Jarvis Tech Inc. (CORPORATION; CALIFORNIA, USA); 1968 S Coast Hwy STE 878, Laguna Beach, CALIFORNIA 92651, UNITED STATES | |
| 277 | 88924347 | THE UNCONVENTION | Dead | 2020-05-20 | IC 035 | DBA COEUS PUBLISHING; Suite 200, 913 N. Market Street, Wilmington, DELAWARE 19801, UNITED STATES | |
| 278 | 88924358 | COEUS | Dead | 2020-05-20 | IC 041 | DBA COEUS PUBLISHING; Suite 200, 913 N. Market Street, Wilmington, DELAWARE 19801, UNITED STATES | |
| 279 | 88926629 | THIYEA | Dead | 2020-05-21 | IC 003 | Fastech LLC LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 4231 Balboa Avenue, San Diego, CALIFORNIA 92117, UNITED STATES | |
| 280 | 88928799 | PIPERS | Live | 2020-05-22 | IC 020 | MAKAYLA NETWORK LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 42202 THYME COMMON, FREMONT, CALIFORNIA 94538, UNITED STATES | |
| 281 | 88936560 | VERA'S HOME | Live | 2020-05-28 | IC 021 | JINHONG, XU (INDIVIDUAL; USA); 33155, LAEK CHAMPLAIN, ST FREMONT, CALIFORNIA 94555, UNITED STATES | |
| 282 | 88943082 | WHOLEBERRY | Live | 2020-06-02 | IC 032 | DBA Wholeberry; 6917 mendocino pl, 6917 mendocino pl, Rancho Cucamonga, CALIFORNIA 91701, UNITED STATES | |
| 283 | 88947440 | [Design Only] | Live | 2020-06-04 | IC 019 | Excellence Timber Inc. (CORPORATION; CALIFORNIA, USA); 1711 Rogers Ave, San Jose, CALIFORNIA 95112, UNITED STATES | |

PAGE 7

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|-----|--------------|----------|--------|-----------|--------------------|---------------|------------------------------|
| 284 | 88949039 | AGORACER | Live | 2020-06-04 | IC 020 | DaKings INC. (CORPORATION; TEXAS, USA); 700 LAVACA, STE 1401, TX 78701, AUSTIN, TEXAS 78701, UNITED STATES | |
| 285 | 88952637 | ALL ABOUT PASTRY | Live | 2020-06-08 | IC 035 | NOELLE M PATISSERIE LLC (LIMITED LIABILITY COMPANY; PENNSYLVANIA, USA); APT 7B, 1600 HAGYS FORD RD, Penn Valley, PENNSYLVANIA 19072, UNITED STATES | |
| 286 | 88954347 | OMTON | Live | 2020-06-08 | IC 003 | PERMATCH CORP (CORPORATION; NEW YORK, USA); 90 STATE STREET SUITE 700, OFFICE 40, ALBANY, NEW YORK 12207, UNITED STATES | |
| 287 | 86044659 | KOZO | Dead | 2013-08-21 | IC 025 | Kozo LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); West Broadway, 246, New York, NEW YORK 10013, UNITED STATES | |
| 288 | 86044660 | KOZO | Dead | 2013-08-21 | IC 025 | Kozo LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); West Broadway, 246, New York, NEW YORK 10013, UNITED STATES | |
| 289 | 88954615 | JONSYL | Live | 2020-06-09 | IC 018 | JONSYL GROUP LIMITED (CORPORATION; COLORADO, USA); 36 South 18th Avenue, Suite D, Brighton, COLORADO 80601, UNITED STATES | |
| 290 | 88954958 | OMAKII | Live | 2020-06-09 | IC 018 | AtLouvre INC (INCORPORATED ASSOCIATION; COLORADO, USA); 28 South 18th Avenue Suite A, Brighton, COLORADO 80601, UNITED STATES | |
| 291 | 88954984 | FLECCIA | Live | 2020-06-09 | IC 003 | AtLouvre INC (INCORPORATED ASSOCIATION; COLORADO, USA); 28 South 18th Avenue Suite A, Brighton, COLORADO 80601, UNITED STATES | |
| 292 | 88954994 | BRILLANFIRE | Live | 2020-06-09 | IC 011 | AtLouvre INC (INCORPORATED ASSOCIATION; COLORADO, USA); 28 South 18th Avenue Suite A, Brighton, COLORADO 80601, UNITED STATES | |
| 293 | 88954998 | URMOMS | Live | 2020-06-09 | IC 020 | AtLouvre INC (INCORPORATED ASSOCIATION; COLORADO, USA); 28 South 18th Avenue Suite A, Brighton, COLORADO 80601, UNITED STATES | |
| 294 | 88957071 | PSSOPP | Live | 2020-06-10 | IC 005 | ROYAL PFIZER INC. (CORPORATION; NEW YORK, USA); 350 NORTHERN BLVD STE 324-1331, STE 324 -1331, ALBANY, NEW YORK 12204, UNITED STATES | |
| 295 | 88957117 | TOPSOSO | Live | 2020-06-10 | IC 005 | FOLOTTO PHARMACEUTICALS GROUP US, INC. (INCORPORATED COMPANY; FLORIDA, USA); 14261SW 120TH ST#103-281, MIAMI, FLORIDA 33186, UNITED STATES | |
| 296 | 86195876 | LBF | Dead | 2014-02-18 | IC 036 | LBF Financial Services LLC (LIMITED LIABILITY COMPANY; INDIANA, USA); Suite 300, 626 North Illinois St., Indianapolis, INDIANA 46204, UNITED STATES | |
| 297 | 90015291 | QUEENUSA | Live | 2020-06-23 | IC 021 | JL FOOD TRADING INC (CORPORATION; CALIFORNIA, USA); 1033 S PINE ST, SAN GABRIEL, CALIFORNIA 91776, UNITED STATES | |
| 298 | 90024372 | G GUMETI | Live | 2020-06-28 | IC 014 | Gumeti Watch U.S.A., Inc. (CORPORATION; COLORADO, USA); 175 Midland Ave,, Basalt, COLORADO 81621, UNITED STATES | |
| 299 | 90038253 | LLPARTY | Live | 2020-07-06 | IC 028 | ANCAIXIN GROUP INC (CORPORATION; CHINA); 856 SILVER FIR RD, WALNUT, CALIFORNIA 91789, UNITED STATES | |
| 300 | 90045642 | AVEC | Dead | 2020-07-10 | IC 024 | AXEL HOME TEXTILE LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 99 WALL STREET #2868 NEW YORK, NEW YORK, NEW YORK 10005, UNITED STATES | |
| 301 | 90045697 | PURE ERA | Live | 2020-07-10 | IC 027 | LI, XUN (INDIVIDUAL; USA); 34 WIMBLETON LN, GREAT NECK, NEW YORK 11023, UNITED STATES | |
| 302 | 90051273 | CAPITAL: RAISING MO | Dead | 2020-07-14 | IC 016 IC 035 IC 036 | Ronald Bauer (INDIVIDUAL; CANADA); 3110 Main Street, Building C, Santa Monica, CALIFORNIA 90405, UNITED STATES | |
| 303 | 90052849 | EAPPY | Live | 2020-07-14 | IC 003 | WINNER RISE TRADE LIMITED (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 18351 COLIMA ROAD STE 2896, ROWLAND HEIGHTS, CALIFORNIA 91748, UNITED STATES | |
| 304 | 90055392 | BOKAX | Live | 2020-07-16 | IC 009 | HOME MART LLC (LIMITED LIABILITY COMPANY; LOUISIANA, USA); 2151 GAUSE BLVD. EAST, SLIDELL, LOUISIANA 70461, UNITED STATES | |
| 305 | 90058022 | HOWARMER | Live | 2020-07-17 | IC 020 | Emake Inc. (CORPORATION; COLORADO, USA); 799 S University Blvd Denver COLORADO, Denver, COLORADO 80209, UNITED STATES | |
| 306 | 90061121 | JAYPHPH | Live | 2020-07-20 | IC 028 | IGOGO, INC. (CORPORATION; UTAH, USA); 677 S ACADEMY DR., AMERICAN FORK, UTAH 84003, UNITED STATES | |
| 307 | 90065857 | YASASHI | Live | 2020-07-22 | IC 021 | BEST TOMORROW STORE INC. (CORPORATION; CALIFORNIA, USA); 2219 S GRAND AVE,, SANTA ANA, CALIFORNIA 92705, UNITED STATES | |
| 308 | 90068393 | AAVIK | Live | 2020-07-22 | IC 003 | PURE EXTRACTS LAB INC (CORPORATION; DELAWARE, USA); 8 THE GREEN STE B, DOVER, DELAWARE 19901, UNITED STATES | |
| 309 | 90068565 | [Design Only] | Live | 2020-07-23 | IC 025 | LI JOANNA ZUN (INDIVIDUAL; CANADA); 24 FIFTH AVE., APT.515,, NEW YORK, NEW YORK 10011, UNITED STATES | |
| 310 | 90068807 | TANKSEN | Live | 2020-07-23 | IC 010 | AtLouvre INC (INCORPORATED ASSOCIATION; COLORADO, USA); 28 South 18th Avenue Suite A, Brighton, COLORADO 80601, UNITED STATES | |
| 311 | 90070514 | COZAYH | Dead | 2020-07-23 | IC 020 | DBA COZAYH; 4250 N. Marine Dr. Apt 2826, 4250 N. Marine Dr. Apt 2826, Chicago, ILLINOIS 60613, UNITED STATES | |
| 312 | 90074698 | ZOTYE | Live | 2020-07-27 | IC 009 | SUN&HAPPY SEEDS INC (CORPORATION; COLORADO, USA); 1312 17TH STREET SUITE 1361, DENVER, COLORADO 80202, UNITED STATES | |
| 313 | 90074733 | QVOLVE | Dead | 2020-07-27 | IC 009 IC 041 IC 042 | Qvolve Corp. (CORPORATION; DELAWARE, USA); 2140 South Dupont Hwy, Camden, DELAWARE 19934, UNITED STATES | |
| 314 | 90077040 | KANG WEI SEAFOOD | Live | 2020-07-28 | IC 029 | YCL Trading Inc (CORPORATION; NEW YORK, USA); 835 40th Street Brooklyn, New York, NEW YORK 11232, UNITED STATES | |
| 315 | 90082349 | GARPAR | Live | 2020-07-30 | IC 011 | US HOME SOLUTIONS LLC (LIMITED LIABILITY COMPANY; OREGON, USA); 1773, ELSENA DR, EUGENE, OREGON 97401, UNITED STATES | |
| 316 | 90084535 | AROVEA | Live | 2020-07-30 | IC 010 | HUANG, LIANGSHI (INDIVIDUAL; USA); 13292 EAGLEBLUFF LN,, EASTVALE,, CALIFORNIA 92880, UNITED STATES | |
| 317 | 90088317 | BA | Live | 2020-08-03 | IC 032 | International BA Craft Beer Association (CORPORATION; COLORADO, USA); 9888 W Belleview Ave Ste 2142, Denver, COLORADO 80123, UNITED STATES | |
| 318 | 90091415 | TONSART | Live | 2020-08-04 | IC 010 | CAI ZHIJIE (INDIVIDUAL; CHINA); 8625 Dongan Ave Apt 4e, Elmhurst, New York, NEW YORK 11373, UNITED STATES | |
| 319 | 90093706 | JAYDEAR | Live | 2020-08-05 | IC 009 | Reaflossie Inc (CORPORATION; COLORADO, USA); 3250 Quentin St Ste 102,, Aurora, COLORADO 80011, UNITED STATES | |
| 320 | 90096147 | YUUMUE | Live | 2020-08-06 | IC 020 | DAYBO HOLDING INC. (CORPORATION; CALIFORNIA, USA); 17800 CASTLETON ST STE 665, INDUSTRY, CALIFORNIA 91748, UNITED STATES | |
| 321 | 90098606 | WZJ | Live | 2020-08-06 | IC 010 | FLAME FLETCH LLC (LIMITED LIABILITY COMPANY; KENTUCKY, USA); 133 BROADWAY ST, NUM 135, IRVINE, KENTUCKY 40336, UNITED STATES | |
| 322 | 90101149 | DKK | Live | 2020-08-08 | IC 003 | ORIENTAL PEARL COSMETICS INC (COMPANY; NEW YORK, USA); 337 BROOKFIELD AVE STATEN ISLAND, NY, NEW YORK 10308, UNITED STATES | |
| 323 | 90102741 | DYY | Live | 2020-08-10 | IC 003 | YYDS7 LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 19 WEST 44TH STREET, SUITE 1001, NEW YORK, NEW YORK 10036, UNITED STATES | |

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|---|---|---|---|---|---|---|---|
| 324 | 77717808 | MCLIP | Dead | 2009-04-20 | IC 009 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK USA 10013, UNITED STATES | |
| 325 | 90113744 | CEEPORT | Live | 2020-08-14 | IC 008 IC 021 IC 028 | CEEPORT INC. (CORPORATION; CALIFORNIA, USA); 790 E. COLORADO BLVD., SUITE 900, PASADENA, CALIFORNIA 91101, UNITED STATES | |
| 326 | 90116286 | MIKA MICKY | Live | 2020-08-15 | IC 024 | Wang Cheng (INDIVIDUAL; CHINA); 13668 VALLEY BLVD.E3, CITY OF INDUSTRY, CALIFORNIA 91746, UNITED STATES | |
| 327 | 90117433 | 181K+ | Live | 2020-08-17 | IC 005 | CMP NUTRITION ENTERPRISES INC (CORPORATION; CALIFORNIA, USA); 13653 CENTRAL AVE, CHINO, CALIFORNIA 91710, UNITED STATES | |
| 328 | 90118025 | BEKIND ANION | Live | 2020-08-17 | IC 008 | BeKind Health & Beauty LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 244 Madison Ave, New York, NEW YORK 10016, UNITED STATES | |
| 329 | 90127901 | APERIONMUSIC | Dead | 2020-08-20 | IC 015 | PEAK PARTNERSHIP LLC (limited company (ltd.); USA); 25599 SW 95TH AVE, SUITE D, WILSONVILLE, OREGON 97070, UNITED STATES | |
| 330 | 86160468 | MICKMEISTER | Dead | 2014-01-08 | IC 041 | Bigfoot Ventures, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 246 West Broadway, New York, New York 10013, UNITED STATES | |
| 331 | 90135164 | TATUMO | Live | 2020-08-25 | IC 011 | ECOGUARD INC (CORPORATION; NORTH CAROLINA, USA); 700 S BATTLEGROUND AVE. #103, GROVER, NORTH CAROLINA 28073, UNITED STATES | |
| 332 | 90137405 | ANIONSCROLL | Live | 2020-08-26 | IC 008 | BeKind Health & Beauty LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 244 Madison Ave, New York, NEW YORK 10016, UNITED STATES | |
| 333 | 90138984 | HUAXINSI | Live | 2020-08-26 | IC 014 | Zhaodi Lin (INDIVIDUAL; CHINA); 1395 Brickell Ave., Suite 900, Miami, FLORIDA 33131, UNITED STATES | |
| 334 | 90144091 | CBQ | Live | 2020-08-28 | IC 007 | LUCKY KITCHEN LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 4034 WILLOW GROVE ROAD, CAMDEN, DELAWARE 19934, UNITED STATES | |
| 335 | 86266672 | MOKO | Dead | 2014-04-30 | IC 041 IC 045 | One Model Place, L.L.C. (LIMITED LIABILITY COMPANY; FLORIDA, USA); 4th Floor, 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 336 | 90147765 | DICAFFE | Live | 2020-08-30 | IC 009 | TECH ELITE (CORPORATION; CALIFORNIA, USA); 1005 E LAS TUNAS DR, #531, SAN GABRIEL, CALIFORNIA 91776, UNITED STATES | |
| 337 | 90161282 | WESTOCEAN | Live | 2020-09-05 | IC 006 | westocean INC (CORPORATION; CALIFORNIA, USA); 548 S Spring St, #1014,, Los Angeles,, CALIFORNIA 90013, UNITED STATES | |
| 338 | 86364894 | MOVIELEARN | Dead | 2014-08-13 | IC 009 IC 016 IC 041 | Cleverlearn, Inc. (LIMITED LIABILITY COMPANY; DELAWARE, USA); 246 West Broadway, New York, New York 10013, UNITED STATES | |
| 339 | 90172751 | WMDA | Live | 2020-09-10 | IC 007 | ELFIN COVE LLC (LIMITED LIABILITY COMPANY; INDIANA, USA); 119 HIGHLAND AVE, FRANKLIN, INDIANA 46131, UNITED STATES | |
| 340 | 90172763 | INCHOI | Live | 2020-09-10 | IC 028 | LUO, XIAOQING (INDIVIDUAL; USA); 10147 LA ROSA DR, TEMPLE CITY, CALIFORNIA 91780, UNITED STATES | |
| 341 | 90172769 | INCHOI | Live | 2020-09-10 | IC 025 | LUO, XIAOQING (INDIVIDUAL; USA); 10147 LA ROSA DR, TEMPLE CITY, CALIFORNIA 91780, UNITED STATES | |
| 342 | 90173088 | QYHY | Live | 2020-09-11 | IC 007 | SKAGIT PROFESSIONAL INC (CORPORATION; WYOMING, USA); 1717 BARRATT ST, LARAMIE, WYOMING 82070, UNITED STATES | |
| 343 | 90177770 | DISINEER | Live | 2020-09-14 | IC 005 | COMMAYS PHARMACEUTICAL GROUP CO., LTD. (LIMITED COMPANY (LTD.); CALIFORNIA, USA); 8605 SANTA MONICA BLVD #79525 WEST, HOLLYWOOD, CALIFORNIA 900694109, UNITED STATES | |
| 344 | 90184250 | EVINI | Live | 2020-09-16 | IC 011 | ECOLIFE INC (CORPORATION; COLORADO, USA); 1312 17TH STREET UNIT #2186, DENVER COLORADO, COLORADO 80202, UNITED STATES | |
| 345 | 90184799 | BXCUX | Live | 2020-09-16 | IC 009 | SWIX INC. (COMPANY; COLORADO, USA); 1312 17TH STREET SUITE 692, DENVER, COLORADO 80202, UNITED STATES | |
| 346 | 90190161 | AMILIRE | Live | 2020-09-18 | IC 011 | POILS LTD (LIMITED COMPANY; COLORADO, USA); SUITE 224,2000S COLORADO BLVD, DENVER, COLORADO 80222, UNITED STATES | |
| 347 | 90193020 | METAN | Live | 2020-09-18 | IC 020 | ELLEXIAO INC. (INCORPORATED ASSOCIATION; CALIFORNIA, USA); 16204 FLAMSTEAD DR, HACIENDA HEIGHTS, CALIFORNIA 91745, UNITED STATES | |
| 348 | 90193275 | NUSPA | Live | 2020-09-19 | IC 003 | BINGO HAIR COSMETIC CORP (CORPORATION; CALIFORNIA, USA); 110 Grazie, Irvine, CALIFORNIA 92620, UNITED STATES | |
| 349 | 90193536 | PORTIX | Live | 2020-09-19 | IC 011 | TRADE GURU INC. (CORPORATION; ILLINOIS, USA); 25 WELLINGTON AVENUE, APT. 2, MUNDELEIN, ILLINOIS 60060, UNITED STATES | |
| 350 | 90194416 | ANTOINE | Live | 2020-09-20 | IC 011 | HOMIGHT INTERIOR LLC (LIMITED LIABILITY COMPANY; COLORADO, USA); 98 WADSWORTH BLVD, UNIT 121, LAKEWOOD, COLORADO 80226, UNITED STATES | |
| 351 | 90198036 | BENE'VIOLET | Live | 2020-09-21 | IC 011 | ALSTALIT INC (CORPORATION; ILLINOIS, USA); 22 S MICHIGAN AVE STE 1032 J437, CHICAGO, ILLINOIS 60601, UNITED STATES | |
| 352 | 86311391 | NPF | Dead | 2014-06-16 | IC 036 | National Pacific Finance Corporation LLC (LIMITED LIABILITY COMPANY; NEVADA, USA); 1765 Baja Lane, Henderson, NEVADA 89012, UNITED STATES | |
| 353 | 90199231 | CLOZCOMF | Live | 2020-09-22 | IC 024 | Mushroomstorm LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 4047 Chatsworth Cir, Stockton, California, CALIFORNIA 95209, UNITED STATES | |
| 354 | 90199715 | ANMON | Live | 2020-09-22 | IC 012 | ZSCM INC. (CORPORATION; CALIFORNIA, USA); 499 33RD AVE APT303,, SAN FRANCISCO, CALIFORNIA 94121, UNITED STATES | |
| 355 | 90201953 | KEYSAFE | Dead | 2020-09-23 | IC 010 | International Emergency Rescue Center Co., LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 2 MOTT ST RM 805, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 356 | 90205399 | STEMER | Live | 2020-09-24 | IC 028 | ZHISHAN INDUSTRIAL INC (CORPORATION; CALIFORNIA, USA); 1608 NOGALES ST D02, ROWLAND HEIGHTS, CALIFORNIA 91748, UNITED STATES | |
| 357 | 90206343 | BOWERY | Live | 2020-09-24 | IC 017 | PILOTS MOBILE LLC (LIMITED LIABILITY COMPANY; COLORADO, USA); 5516 S GARRISON CT, LITTLETON, COLORADO 80123, UNITED STATES | |
| 358 | 90209238 | AROMA LUX | Live | 2020-09-25 | IC 003 | DANIEL, CHAN (INDIVIDUAL; USA); 4502 Collington Ct., Missouri City, TEXAS 77459, UNITED STATES | |
| 359 | 90209260 | AROMA LUX | Live | 2020-09-25 | IC 011 | DANIEL, CHAN (INDIVIDUAL; USA); 4502 Collington Ct., Missouri City, TEXAS 77459, UNITED STATES | |
| 360 | 90209280 | AROMA LUX | Dead | 2020-09-25 | IC 004 | DANIEL, CHAN (INDIVIDUAL; USA); 4502 Collington Ct., Missouri City, TEXAS 77459, UNITED STATES | |
| 361 | 90209290 | AROMA LUX | Dead | 2020-09-25 | IC 016 | DANIEL, CHAN (INDIVIDUAL; USA); 4502 Collington Ct., Missouri City, TEXAS 77459, UNITED STATES | |
| 362 | 90209890 | VIENCE | Live | 2020-09-25 | IC 016 | SHOPSHIPSHARE INC. (CORPORATION; NEW YORK, USA); 182 BERRY HILL RD,, SYOSSET,, NEW YORK 11791, UNITED STATES | |
| 363 | 85025481 | OMP | Dead | 2010-04-28 | IC 035 | ONE MODEL PLACE LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 4TH FLOOR, 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|---|---|---|---|---|---|---|---|
| 364 | 90213821 | R&A | Dead | 2020-09-27 | IC 025 | U.S. NENGXIN INC. (CORPORATION; COLORADO, USA); 1312 17TH STREET SUITE 692, DENVER, COLORADO 80202, UNITED STATES | |
| 365 | 76564803 | ONE MODEL PLACE | Live | 2003-11-28 | IC 035 | ONE MODEL PLACE L.L.C. (LIMITED LIABILITY COMPANY; FLORIDA, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 366 | 90214222 | OUTOPEE | Live | 2020-09-27 | IC 022 | Outopee inc (incorporated; NEW YORK, USA); 36-54 MAIN ST FL3 FLUSHING, NY, NEW YORK 11354, UNITED STATES | |
| 367 | 90215813 | G'NITE | Live | 2020-09-28 | IC 005 | Henry's Food INC (CORPORATION; COLORADO, USA); 909 PEARL ST, DENVER, COLORADO 80203, UNITED STATES | |
| 368 | 90216453 | REEKON | Live | 2020-09-28 | IC 011 | SIPMORE, INC. (CORPORATION; NEW JERSEY, USA); APT 2109, 474 WARREN STREET, JERSEY CITY, NEW JERSEY 07302, UNITED STATES | |
| 369 | 90219283 | SHNRASAR | Live | 2020-09-28 | IC 028 | RAINBOW STAR TRADING (CORPORATION; CALIFORNIA, USA); 2323 E 52nd ST, VERNON CA, CALIFORNIA 90058, UNITED STATES | |
| 370 | 90219623 | CALIUSY | Live | 2020-09-28 | IC 020 | NEUXZ HOME LLC (LIMITED LIABILITY COMPANY; COLORADO, USA); 5299 DTC BLVD STE 1160, GREENWOOD VILLAGE, COLORADO 80111, UNITED STATES | |
| 371 | 90220721 | GATCOOL | Live | 2020-09-29 | IC 027 | C.Q. US GROUP,INC. (CORPORATION; CALIFORNIA, USA); 800 S MILLIKEN AVE, #H,, ONTARIO, CALIFORNIA 91761, UNITED STATES | |
| 372 | 90223559 | ZUOLUN | Live | 2020-09-29 | IC 021 | FUYANDI TECH INC (CORPORATION; COLORADO, USA); 1942 BROADWAY ST., STE 314C, BOULDER, COLORADO 80302, UNITED STATES | |
| 373 | 90228932 | PG1 | Live | 2020-10-01 | IC 028 | FLAME FLETCH LLC (LIMITED LIABILITY COMPANY; KENTUCKY, USA); 133 BROADWAY ST, NUM 135,, IRVINE, KENTUCKY 40336, UNITED STATES | |
| 374 | 90233291 | COMMIT AND CONQUE | Live | 2020-10-03 | IC 028 | Conqueror Outdoors llc (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 19227 Colima RD, Rowland Heights, CALIFORNIA 91748, UNITED STATES | |
| 375 | 90239282 | CAMENAE | Live | 2020-10-07 | IC 003 | SUNYEAH GROUP CORPORATION DBA STUNNING LIFE COSMETICS (CORPORATION; CALIFORNIA, USA); 1370 VALLEY VISTA DRIVE, SUITE 262,, DIAMOND BAR,, CALIFORNIA 91765, UNITED STATES | |
| 376 | 90245993 | WEYARD | Live | 2020-10-09 | IC 006 | WeHome Designs (CORPORATION; CALIFORNIA, USA); 14455 Viva Dr., Eastvale, CALIFORNIA 92880, UNITED STATES | |
| 377 | 90247025 | GWT | Live | 2020-10-11 | IC 005 | BLUEWAVE HEALTH LLC (LIMITED LIABILITY COMPANY; NEVADA, USA); 475 S GRAND CENTRAL PKWY, LAS VEGAS, NEVADA 89106, UNITED STATES | |
| 378 | 90247631 | DLOVE | Live | 2020-10-12 | IC 005 | REGENERON GROUP (CORPORATION; COLORADO, USA); 1156 S SAINT PAUL ST, DENVER, COLORADO 80210, UNITED STATES | |
| 379 | 90247673 | DNEO | Live | 2020-10-12 | IC 005 | HAPPINESS ECOLOGICAL TECHNOLOGY LIMITED (CORPORATION; COLORADO, USA); 1312 17TH STREET SUITE 692, DENVER,, COLORADO,, UNITED STATES, DENVER, COLORADO 80202, UNITED STATES | |
| 380 | 90250142 | POPMISOLER | Live | 2020-10-13 | IC 018 | POPMISOLER, INC. (CORPORATION; TEXAS, USA); 2474 Manana Dr., STE 108 Dallas TX,, TEXAS 75220, UNITED STATES | |
| 381 | 90250433 | CARENT | Live | 2020-10-13 | IC 005 | STANZA INTERNATIONAL, LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 13896 MAGNOLIA AVE., CHINO, CALIFORNIA 91710, UNITED STATES | |
| 382 | 90258431 | CADUKE | Live | 2020-10-15 | IC 021 | LERRO INC. (CORPORATION; CALIFORNIA, USA); 16057 E VALLEY BLVD, STE L INDUSTRY, CALIFORNIA 91744, UNITED STATES | |
| 383 | 90258482 | LOOM AND MILL | Live | 2020-10-16 | IC 024 | LOOM AND MILL, LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 1254 W Blane ST APT 10, Riverside, CALIFORNIA 925077629, UNITED STATES | |
| 384 | 90258646 | TIFIMON | Live | 2020-10-16 | IC 010 | WXSNOW INC (CORPORATION; COLORADO, USA); 3370 CHELTON LOOP S, COLORADO SPRINGS, COLORADO 80909, UNITED STATES | |
| 385 | 90262127 | BYEBUG | Live | 2020-10-19 | IC 021 | WILLSEA LIMITED (LIMITED LIABILITY COMPANY; COLORADO, USA); 4845 Pearl East Cir Ste 118, Boulder, COLORADO 80301, UNITED STATES | |
| 386 | 90262776 | EAGEKA | Live | 2020-10-19 | IC 028 | NORTH POLE HARBINGER LLC (LIMITED LIABILITY COMPANY; ARKANSAS, USA); 2209 DUNDEE DR., FORT SMITH, ARKANSAS 72908, UNITED STATES | |
| 387 | 90264890 | KSOIC | Live | 2020-10-20 | IC 018 | WELLFAST USA INC (CORPORATION; CALIFORNIA, USA); 2225 W. COMMONWELATH AVE, SUITE 311, ALHAMBRA, CALIFORNIA 91803, UNITED STATES | |
| 388 | 90267545 | CNSTT | Live | 2020-10-20 | IC 028 | CPASSION INDUSTRIAL CO.,LTD (CORPORATION; CALIFORNIA, USA); 17800 CASTLETON ST STE 665, CITY OF INDUSTRY, CALIFORNIA 91748, UNITED STATES | |
| 389 | 90267959 | DEDEPRESSION | Dead | 2020-10-21 | IC 005 | MingAn (INDIVIDUAL; CHINA); Sunshine, 8605 Santa Monica Blvd #79525, West Hollywood, CALIFORNIA 90069, UNITED STATES | |
| 390 | 90267999 | [Design Only] | Dead | 2020-10-21 | IC 005 | MingAn (INDIVIDUAL; CHINA); Sunshine, 8605 Santa Monica Blvd #79525, West Hollywood, CALIFORNIA 90069, UNITED STATES | |
| 391 | 90270126 | ETELI | Live | 2020-10-21 | IC 021 | TERBY INC (CORPORATION; CALIFORNIA, USA); 16775 E JOHNSON DR, CITY OF INDUSTRY, CALIFORNIA 91745, UNITED STATES | |
| 392 | 90270546 | DTOINWN | Live | 2020-10-22 | IC 011 | ALSTALIT INC (CORPORATION; ILLINOIS, USA); 22 S MICHIGAN AVE STE 1032 J437, CHICAGO, ILLINOIS 60601, UNITED STATES | |
| 393 | 90270554 | FESTDSOR | Live | 2020-10-22 | IC 011 | ALSTALIT INC (CORPORATION; ILLINOIS, USA); 22 S MICHIGAN AVE STE 1032 J437, CHICAGO, ILLINOIS 60601, UNITED STATES | |
| 394 | 90270559 | CEOUHEIA | Live | 2020-10-22 | IC 011 | ALSTALIT INC (CORPORATION; ILLINOIS, USA); 22 S MICHIGAN AVE STE 1032 J437, CHICAGO, ILLINOIS 60601, UNITED STATES | |
| 395 | 90270564 | NAOTEA | Live | 2020-10-22 | IC 011 | ALSTALIT INC (CORPORATION; ILLINOIS, USA); 22 S MICHIGAN AVE STE 1032 J437, CHICAGO, ILLINOIS 60601, UNITED STATES | |
| 396 | 90270566 | TEIISUOA | Live | 2020-10-22 | IC 011 | ALSTALIT INC (CORPORATION; ILLINOIS, USA); 22 S MICHIGAN AVE STE 1032 J437, CHICAGO, ILLINOIS 60601, UNITED STATES | |
| 397 | 90272829 | MVQJN | Live | 2020-10-22 | IC 009 | FASTON LLC (LIMITED LIABILITY COMPANY; GEORGIA, USA); JASMINE THOMAS SOLE MBR 2310 PARKLAKE, DR, NE STE 477, ATLANTA, GEORGIA 30345, UNITED STATES | |
| 398 | 90282518 | YTIWS | Live | 2020-10-27 | IC 011 | ALSTALIT INC (CORPORATION; ILLINOIS, USA); 22 S MICHIGAN AVE STE 1032 J437, CHICAGO, ILLINOIS 60601, UNITED STATES | |
| 399 | 90282529 | CSIAEO | Live | 2020-10-27 | IC 011 | ALSTALIT INC (CORPORATION; ILLINOIS, USA); 22 S MICHIGAN AVE STE 1032 J437, CHICAGO, ILLINOIS 60601, UNITED STATES | |
| 400 | 90282538 | OIEEAW | Live | 2020-10-27 | IC 011 | ALSTALIT INC (CORPORATION; ILLINOIS, USA); 22 S MICHIGAN AVE STE 1032 J437, CHICAGO, ILLINOIS 60601, UNITED STATES | |
| 401 | 90283498 | CHINGOO | Live | 2020-10-28 | IC 011 | COLECION LTD. (LIMITED COMPANY(LTD.); CALIFORNIA, USA); 92 CORPORATE PARK STE C 204, IRVINE, CALIFORNIA 92606, UNITED STATES | |
| 402 | 90285934 | FFX | Live | 2020-10-29 | IC 021 | BANC ENTERPRISES LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 3139 E CHAPMAN AVE APT 11A, ORANGE, CALIFORNIA 92869, UNITED STATES | |
| 403 | 90288697 | OAK PLUS | Live | 2020-10-30 | IC 021 | Oak Plus LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 2704 HANDLEY EDERVILLE RD, RICHLAND HILLS, TEXAS 76118, UNITED STATES | |

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|---|---|---|---|---|---|---|---|
| 404 | 90288851 | IHANINI | Live | 2020-10-30 | IC 021 | Bo Yde (INDIVIDUAL; USA); 8633 adega Rancho, Cucamonga, CALIFORNIA 91730, UNITED STATES | |
| 405 | 90292156 | TALENSWEET | Live | 2020-11-02 | IC 020 IC 022 | RAINBOWIND TRADE CO., LTD (LIMITED COMPANY; CALIFORNIA, USA); 1732 PONTENOVA AVE, UNIT 52 HACIENDA, HEIGHTS, CALIFORNIA, CALIFORNIA 91745, UNITED STATES | |
| 406 | 90292209 | GIUGT | Live | 2020-11-02 | IC 021 | DUNETECH (CORPORATION; COLORADO, USA); 98 WADSWORTH BLVD, UNIT 127 - 7095, LAKEWOOD, COLORADO 80226, UNITED STATES | |
| 407 | 90293000 | LAKOWN | Live | 2020-11-02 | IC 028 | LINJINHAO TRADING INC (COMPANY; COLORADO, USA); 2221 W CENTER AVE,, DENVER, COLORADO 80223, UNITED STATES | |
| 408 | 90294729 | MY SHARK | Dead | 2020-11-03 | IC 007 | MYSHARK GROUP INC. (CORPORATION; COLORADO, USA); 1624 Market Street, Ste 226,#79525, Denver, COLORADO 80202, UNITED STATES | |
| 409 | 90295001 | WIRQO | Live | 2020-11-03 | IC 012 | GOODBAO PRODUCTION LTD (LIMITED CORPORATION; COLORADO, USA); 2020 N ACADEMY BLVD, STE 261 #3648, COLORADO SPRINGS, COLORADO 80909, UNITED STATES | |
| 410 | 88444716 | ROSPTOW | Live | 2019-05-24 | IC 009 | THE JABEZ COMMISSION INC. (CORPORATION; INDIANA, USA); 2334 S RICHMAN CIRCLE, NEW PALESTINC, INDIANA 46163, UNITED STATES | |
| 411 | 90299368 | VBOIC | Live | 2020-11-04 | IC 018 | WELLFAST USA INC (CORPORATION; CALIFORNIA, USA); 2225 W. COMMONWELATH AVE, SUITE 311, ALHAMBRA, CALIFORNIA 91803, UNITED STATES | |
| 412 | 90299588 | NNOZ | Dead | 2020-11-04 | IC 025 | Minyu Song (INDIVIDUAL; USA); Room #12E.600 Bagby Ave, Waco, TEXAS 76706, UNITED STATES; Juncheng Li (INDIVIDUAL; CHINA); 2004, Unit 1, Building 11, Baihejun, 198 Baoli Park, Xindu District, Chengdu, Sichuan, 610000, CHINA | |
| 413 | 90299901 | JETBOT | Dead | 2020-11-05 | IC 009 | NVIDIA CORPORATION (CORPORATION; DELAWARE, USA); 2788 SAN TOMAS EXPRESSWAY, SANTA CLARA, CALIFORNIA 95051, UNITED STATES | |
| 414 | 90301609 | ZZD | Live | 2020-11-05 | IC 021 | OSTRYA LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 4300 BISCAYNE BLVD SUITE 203, MIAMI, FLORIDA 33137, UNITED STATES | |
| 415 | 90302699 | STAFFPENGUIN | Live | 2020-11-06 | IC 020 | PEPPER CRAB LLC (LIMITED LIABILITY COMPANY; COLORADO, USA); 5255 MEMPHIS ST UNIT 215, DENVER, COLORADO 80239, UNITED STATES | |
| 416 | 90302713 | STOVOI | Live | 2020-11-06 | IC 009 | LARK AUDIO INTELLECTUAL PROPERTY, LLC (LIMITED LIABILITY COMPANY; COLORADO, USA); 901 NORTH PENNSYLVANIA ST, DENVER, COLORADO 80203, UNITED STATES | |
| 417 | 90307945 | ZTAOTO | Live | 2020-11-09 | IC 005 | UNIVERSAL DISPLAY (CORPORATION; CHINA); 1615 YEAGER AVE., LA VERNE, CALIFORNIA 91750, UNITED STATES | |
| 418 | 77840670 | SCREENTEST | Dead | 2009-10-02 | IC 035 | BIGFOOT ENTERTAINMENT, INC. (CORPORATION; CALIFORNIA, USA); 246 West Broadway, New York, NEW YORK 10013, UNITED STATES | |
| 419 | 90308929 | EARTHY HENNY | Dead | 2020-11-10 | IC 005 | Skyline Business Solution Inc. (limited company (ltd.); USA); 8 The Green, STE A, Dover, DELAWARE 19901, UNITED STATES | |
| 420 | 90308986 | STACUL | Live | 2020-11-10 | IC 009 | LARK AUDIO INTELLECTUAL PROPERTY, LLC (LIMITED LIABILITY COMPANY; COLORADO, USA); 901 NORTH PENNSYLVANIA ST, DENVER, COLORADO 80203, UNITED STATES | |
| 421 | 90314127 | PEXXUS | Live | 2020-11-12 | IC 009 | HEIPOWER INC. (CORPORATION; NEW YORK, USA); 248 ROUTE 25A #2019, EAST SETAUKET, NEW YORK 11733, UNITED STATES | |
| 422 | 90314142 | QIYO | Live | 2020-11-12 | IC 009 | VIWIN ELECTRONIC INC. (CORPORATION; NEW YORK, USA); 37-12 PRINCE ST UNIT 8C, FLUSHING, NEW YORK 11354, UNITED STATES | |
| 423 | 90320757 | SOCALI | Live | 2020-11-16 | IC 014 | SOCALI INC. (CORPORATION; CALIFORNIA, USA); CA90034,3230 Overland Avenue,, Los Angeles, CALIFORNIA 90230, UNITED STATES | |
| 424 | 90328991 | DBIO | Live | 2020-11-19 | IC 009 | SCHAAK  ELECTRONICS  INC (CORPORATION; CALIFORNIA, USA); 650 W DUARTE RD, UNIT 309B,, ARCADIA, CALIFORNIA 91007, UNITED STATES | |
| 425 | 90335649 | UOXA | Live | 2020-11-23 | IC 005 | WELLSPRING LIFE SCIENCES LIMITED (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 324 S DIAMOND BAR BLVD UNIT NUM717, DIAMOND BAR, CALIFORNIA 91765, UNITED STATES | |
| 426 | 90340747 | YYF | Live | 2020-11-24 | IC 021 | SUNWIT.INC (CORPORATION; COLORADO, USA); LISBON ST, AURORA CITY, COLORADO 80011, UNITED STATES | |
| 427 | 90343974 | AKIMOTO | Dead | 2020-11-26 | IC 025 | SYLPHID LLC (LIMITED LIABILITY COMPANY; COLORADO, USA); 928R South 19th Avenue Suite A, Brighton, COLORADO 80601, UNITED STATES | |
| 428 | 90347583 | BOCREE | Live | 2020-11-30 | IC 034 | INC (INCORPORATION; COLORADO, USA); 1150 KELLY JOHNSON BLVD,STE 202, COLORADO SPRINGS, COLORADO 80920, UNITED STATES | |
| 429 | 90347609 | SHYME SHYME | Live | 2020-11-30 | IC 034 | INC (INCORPORATION; COLORADO, USA); 1150 KELLY JOHNSON BLVD,STE 202, COLORADO SPRINGS, COLORADO 80920, UNITED STATES | |
| 430 | 90347617 | TSUIITSU | Live | 2020-11-30 | IC 034 | INC (INCORPORATION; COLORADO, USA); 1150 KELLY JOHNSON BLVD,STE 202, COLORADO SPRINGS, COLORADO 80920, UNITED STATES | |
| 431 | 90352932 | BNOQIB | Live | 2020-12-02 | IC 009 | INSTOCK INC (CORPORATION; COLORADO, USA); 9888 W BELLEVIEW AVE SUITE 2234, DENVER, COLORADO 80123, UNITED STATES | |
| 432 | 90352939 | GONAXJQ | Live | 2020-12-02 | IC 009 | INSTOCK INC (CORPORATION; COLORADO, USA); 9888 W BELLEVIEW AVE SUITE 2234, DENVER, COLORADO 80123, UNITED STATES | |
| 433 | 90353174 | EBTMINIBOT | Live | 2020-12-02 | IC 011 | Minibot USA Inc. (CORPORATION; NEW YORK, USA); 135-35 NORTHERN BLVD,APT 5B, FLUSHING, NEW YORK 11354, UNITED STATES | |
| 434 | 90353331 | AEKPILO | Live | 2020-12-02 | IC 025 | WHITLOW CAPITAL, LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 22365 EL TORO ROAD, SUITE 317, LAKE FOREST, CALIFORNIA 92630, UNITED STATES | |
| 435 | 90358477 | OKSJ | Live | 2020-12-04 | IC 028 | CPASSION INDUSTRIAL CO.,LTD (CORPORATION; CALIFORNIA, USA); 17800 CASTLETON ST STE 665, CITY OF INDUSTRY, CALIFORNIA 91748, UNITED STATES | |
| 436 | 90361863 | MOIRAI-MAX | Live | 2020-12-06 | IC 005 | TOMORROW NATURE HEALTH INC (CORPORATION; COLORADO, USA); 5030 Boardwalk Drive,, Suite 818, Colorado Springs,, CO, 80919 United State, COLORADO 80127, UNITED STATES | |
| 437 | 90361973 | PLUFY | Live | 2020-12-06 | IC 028 | DL SPORTS INC. (CORPORATION; CALIFORNIA, USA); 1940 COLLEGE VIEW DR, MONTEREY PARK, CALIFORNIA 91754, UNITED STATES | |
| 438 | 90367997 | LSVIEAKAN | Live | 2020-12-08 | IC 005 | GLOBALTECH PHARMACEUTICALS INC. (CORPORATION; CALIFORNIA, USA); 620 Newport Cent Drive Suite 1100, Newport Beach, CALIFORNIA 92662, UNITED STATES | |
| 439 | 90365409 | LENOSHA | Live | 2020-12-09 | IC 005 | LENOSHA LLC (LIMITED LIABILITY COMPANY; OREGON, USA); 10260 SW GREENBURG RD, PORTLAND, OREGON 97223, UNITED STATES | |

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|---|---|---|---|---|---|---|---|
| 440 | 90368349 | WINADO | Live | 2020-12-09 | IC 007 | Happy Girl Trading Co., Ltd (limited company (ltd.); COLORADO, USA); 106 A St, Ault, COLORADO 80610, UNITED STATES | |
| 441 | 90368359 | WINADO | Live | 2020-12-09 | IC 008 | Happy Girl Trading Co., Ltd (limited company (ltd.); COLORADO, USA); 106 A St, Ault, COLORADO 80610, UNITED STATES | |
| 442 | 90368476 | EBTMINIBOT | Live | 2020-12-09 | IC 035 | Minibot USA Inc. (CORPORATION; NEW YORK, USA); 135-35 NORTHERN BLVD,APT 5B, FLUSHING, NEW YORK 11354, UNITED STATES | |
| 443 | 90368488 | MESOGE | Live | 2020-12-09 | IC 005 | CALIFORNIA REPRODUCTIVE ASSISTED PREGNANCY MEDICAL CENTER (CORPORATION; CALIFORNIA, USA); 39899 BALENTINE DR 315, NEWARK, CALIFORNIA 94560, UNITED STATES | |
| 444 | 90371336 | SOFTIE | Live | 2020-12-10 | IC 021 | SOFTESSIE INC (CORPORATION; CALIFORNIA, USA); 382 N LEMON AVE STE 850, WALNUT, CALIFORNIA 91789, UNITED STATES | |
| 445 | 90371676 | MERELOVE | Live | 2020-12-10 | IC 003 | Merelove International Biotechnology Co., Ltd (CORPORATION; COLORADO, USA); 5030 Boardwalk Drive, Suite 818, Colorado Springs, COLORADO 80919, UNITED STATES | |
| 446 | 90371688 | MERELOVE | Live | 2020-12-10 | IC 005 | Merelove International Biotechnology Co., Ltd (CORPORATION; COLORADO, USA); 5030 Boardwalk Drive, Suite 818, Colorado Springs, COLORADO 80919, UNITED STATES | |
| 447 | 90371791 | KKM | Live | 2020-12-10 | IC 020 | QI, MENG (INDIVIDUAL; USA); 2809 MAJESTIC ST,, WEST COVINA,, CALIFORNIA 91790, UNITED STATES | |
| 448 | 90371797 | TTG | Live | 2020-12-10 | IC 020 | PAGO LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 6180 RIVERSIDE DR #C22, CHINO, CALIFORNIA 91710, UNITED STATES | |
| 449 | 90374081 | KJB | Live | 2020-12-10 | IC 028 | XAVORK WOOLIAND INC (CORPORATION; OREGON, USA); 1125 NE HOGAN DR, GRESHAM, OREGON 97030, UNITED STATES | |
| 450 | 90379351 | CELETEST | Live | 2020-12-14 | IC 020 | MEGA FUN STONE INC. (CORPORATION; CALIFORNIA, USA); 1531 S STATE, COLLEGE BLVD,, ANAHEIM, CALIFORNIA 92806, UNITED STATES | |
| 451 | 90381935 | PGWW | Live | 2020-12-15 | IC 028 | BEI KE, YANG (INDIVIDUAL; USA); 1559 GOFF AVENUE,, MINERAL POINT,, MISSOURI 64072, UNITED STATES | |
| 452 | 77819258 | TAGENCY | Dead | 2009-09-03 | IC 035 | BIGFOOT VENTURES LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 246 WEST BROADWAY, NEW YORK, NEW YORK 10013, UNITED STATES | |
| 453 | 90385470 | YZIRFY | Live | 2020-12-16 | IC 005 | USA ASHVIVICO.,LTD (CORPORATION; COLORADO, USA); 1312 17TH STREET #692 DENVER, COLORADO, 80202, UNITED STATES | |
| 454 | 90388396 | SJZ | Live | 2020-12-17 | IC 028 | EKNIGHT ESERVICE LLC (LIMITED LIABILITY COMPANY; MISSOURI, USA); 2023 JEFFERSON ST, KANSAS CITY, MISSOURI 64108, UNITED STATES | |
| 455 | 90388429 | BQAA | Live | 2020-12-17 | IC 009 | RONGBANG ENTERPRISE USA INC (CORPORATION; CALIFORNIA, USA); 15342 EL PRADO RD STE 202, CHINO, CALIFORNIA 917107620, UNITED STATES | |
| 456 | 90395267 | LGYIC | Live | 2020-12-19 | IC 014 | POWER PRODUCTS LLC (LIMITED LIABILITY COMPANY; VIRGINIA, USA); 2470 MANDEVILLE LN, APT 924, ALEXANDRIA, VIRGINIA 22314, UNITED STATES | |
| 457 | 90395286 | CALY DOLY | Live | 2020-12-19 | IC 007 | F. E. MATYAC CO. (CORPORATION; OHIO, USA); 7600 CLARK STATE RD, BLACKLICK, OHIO 43004, UNITED STATES | |
| 458 | 90397737 | PARFEITALL | Live | 2020-12-21 | IC 008 | ECSTATICAN LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 266 S MAIN ST, MILPITAS, CALIFORNIA 95035, UNITED STATES | |
| 459 | 90403853 | DOLDOL | Live | 2020-12-22 | IC 003 | VANEQUE LAVAE, UDELL (INDIVIDUAL; USA); 124 CANTERBURY PL, ROYAL PALM BEACH, FLORIDA 33414, UNITED STATES | |
| 460 | 90404478 | DGWW | Live | 2020-12-22 | IC 009 | TKPOPOBAR TECH INC. (CORPORATION; COLORADO, USA); 3726 E 112TH PI, DENVER, COLORADO 80233, UNITED STATES | |
| 461 | 90405296 | KBV | Live | 2020-12-23 | IC 011 | LI, YANNA (INDIVIDUAL; USA); 8915 GLENDON WAY APT 8, ROSEMEAD,, CALIFORNIA 91770, UNITED STATES | |
| 462 | 90410163 | QLANE | Live | 2020-12-24 | IC 005 | WELLSPRING LIFE SCIENCES LIMITED (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 324 S DIAMOND BAR BLVD UNIT NUM717, DIAMOND BAR, CALIFORNIA 91765, UNITED STATES | |
| 463 | 90410313 | EXOCOS | Live | 2020-12-24 | IC 005 | AGING BIOTECH US INC (CORPORATION; MASSACHUSETTS, USA); 82 WENDELL AVENUE,STE 100,, PITTSFIELD, MASSACHUSETTS 01201, UNITED STATES | |
| 464 | 90410943 | REGNUM | Live | 2020-12-24 | IC 028 | PI PRODUCT DESIGN LLC (LIMITED LIABILITY COMPANY; WYOMING, USA); 312 W 2ND ST, UNIT A601, CASPER, WYOMING 82601, UNITED STATES | |
| 465 | 90412460 | VGZZ | Live | 2020-12-25 | IC 028 | ZHURAVLOV, MYKHAILO (INDIVIDUAL; UKRAINE); 8410 EAST 93RD STREET, KANSAS CITY, MISSOURI 64138, UNITED STATES | |
| 466 | 90412494 | TQFF | Live | 2020-12-25 | IC 028 | PINGYUAN CAPITAL INVESTMENT INC. (CORPORATION; COLORADO, USA); 2851 S PARKER RD STE 200, AURORA, COLORADO 80014, UNITED STATES | |
| 467 | 90412604 | MNM | Live | 2020-12-25 | IC 009 | AMERICAN NATURALSCOPE LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 3401 EL CAMINO REAL,, PALO ALTO, CA, CALIFORNIA 94306, UNITED STATES | |
| 468 | 90412623 | FJF | Live | 2020-12-25 | IC 009 | OTECX INC. (CORPORATION; NEVADA, USA); 304 S JONES BLVD SUITE 7383, LAS VEGAS, NEVADA 89107, UNITED STATES | |
| 469 | 90418218 | SONMO | Live | 2020-12-28 | IC 024 | TOPHOMEGLOBAL INC (CORPORATION; CALIFORNIA, USA); 72 W LIVE OAK AVE, ARCADIA, CALIFORNIA 91007, UNITED STATES | |
| 470 | 90418442 | CASICBIO | Live | 2020-12-28 | IC 005 | CALIFORNIA INSTITUTE OF SCIENCES INC. (INCORPORATED ASSOCIATION; CALIFORNIA, USA); 367 S. San Dimas Ave, San Dimas, CALIFORNIA 91773, UNITED STATES | |
| 471 | 90418459 | CALIFORNIA INSTITUT | Live | 2020-12-28 | IC 005 | CALIFORNIA INSTITUTE OF SCIENCES INC. (INCORPORATED ASSOCIATION; CALIFORNIA, USA); 367 S. San Dimas Ave, San Dimas, CALIFORNIA 91773, UNITED STATES | |
| 472 | 90420181 | ROSEEYO | Live | 2020-12-28 | IC 028 | BIRDINSKY LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 13205 WINSLOW DR, RANCHO CUCAMONGA, CALIFORNIA 917399271, UNITED STATES | |
| 473 | 90422638 | MAXLIGNUM | Live | 2020-12-29 | IC 005 | ARBOREAL HEALTH INC. (CORPORATION; NEW YORK, USA); 37-12 PRINCE ST UNIT 8C, FLUSHING, NEW YORK 11354, UNITED STATES | |
| 474 | 90422855 | LOOFURE | Live | 2020-12-29 | IC 010 | WINSON INTERNATIONAL INC (CORPORATION; MONTANA, USA); 1001 SOUTH MAIN STREET # 4909, KALISPELL, MONTANA 59901, UNITED STATES | |
| 475 | 90423182 | ONFIPOK | Live | 2020-12-29 | IC 005 | HONGCHAO USA INC (CORPORATION; CALIFORNIA, USA); 696 ARROW GRAND, CIR STE C COVINA, CALIFORNIA 91722, UNITED STATES | |
| 476 | 90423353 | RZQ | Live | 2020-12-29 | IC 021 | BESTBRO INC (CORPORATION; COLORADO, USA); 8249 Kettle Drum St, Springs, COLORADO 80922, UNITED STATES | |
| 477 | 90423940 | KPUNE | Live | 2020-12-29 | IC 005 | FOCUSEE HOLDING LTD (LIMITED CORPORATION; TEXAS, USA); 5900 BALCONES DRIVE SUITE 100 AUSTIN,TX, AUSTIN, TEXAS 78731, UNITED STATES | |

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|---|---|---|---|---|---|---|---|
| 478 | 90429187 | RZQ | Live | 2020-12-30 | IC 028 | BESTBRO INC (CORPORATION; COLORADO, USA); 8249 Kettle Drum St, Springs, COLORADO 80922, UNITED STATES | |
| 479 | 90430008 | CRANACH | Live | 2020-12-30 | IC 008 | CRANACH BATH AND KITCHEN LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 7933 LEY RD, HOUSTON, TEXAS 77028, UNITED STATES | |
| 480 | 90434172 | CYWOOD | Live | 2020-12-30 | IC 020 | LI, ERIC DONG (INDIVIDUAL; USA); 13419 CROSSLYN LN, CYPRESS, TX, TEXAS 774290000, UNITED STATES | |
| 481 | 90434332 | TOOYA | Live | 2020-12-30 | IC 025 | VALLES, NIKKI (INDIVIDUAL; USA); 1555 MESA VERDE DR E, 16A, COSTA MESA, CALIFORNIA 92626, UNITED STATES | |
| 482 | 90434825 | TOOZON | Live | 2020-12-31 | IC 025 | ESHOESPLUS INC. (CORPORATION; CALIFORNIA, USA); 171 S SPRUCE AVE,, SOUTH SAN FRANCISCO,, CALIFORNIA 94080, UNITED STATES | |
| 483 | 90438090 | TUNXONLL | Live | 2020-12-31 | IC 020 | UUT, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 4340 CUTTER SPRINGS COURT, PLANO, TEXAS 75024, UNITED STATES | |
| 484 | 90443084 | 7 CODE | Live | 2020-12-31 | IC 003 | IBEAUTY LIMITED COMPANY (limited company (ltd.); COLORADO, USA); 98 WADSWORTH BLVD #127-3222, LAKEWOOD, COLORADO 80226, UNITED STATES | |
| 485 | 90443134 | 7 CODE | Live | 2020-12-31 | IC 021 | IBEAUTY LIMITED COMPANY (limited company (ltd.); COLORADO, USA); 98 WADSWORTH BLVD #127-3222, LAKEWOOD, COLORADO 80226, UNITED STATES | |
| 486 | 90449948 | CHIONE | Live | 2021-01-06 | IC 011 | SUNYES CORPORATION (CORPORATION; GUAM, USA); Winner Building, North Marine Drive Tamuning, Guam, GUAM 96931, UNITED STATES | |
| 487 | 90450117 | SELFDRINKING | Live | 2021-01-06 | IC 021 | FERON LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 8496 Reseda Ave, Fontana, CALIFORNIA 92335, UNITED STATES | |
| 488 | 90457555 | BAATHOK | Live | 2021-01-10 | IC 020 | RLINE GROUP LLC (COMPANY; CALIFORNIA, USA); 1226 W CEDAR ST, ONTARIO, CALIFORNIA 91762, UNITED STATES | |
| 489 | 90457563 | BEKIND FLEX | Live | 2021-01-10 | IC 008 | BeKind Health & Beauty LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 244 Madison Ave, New York, NEW YORK 10016, UNITED STATES | |
| 490 | 90468027 | TROJOY | Dead | 2021-01-15 | IC 028 | TROHE INC (CORPORATION; CALIFORNIA, USA); 1245 GALEMONT AVE, HACIENDA HEIGHTS, CALIFORNIA 91745, UNITED STATES | |
| 491 | 90468122 | APOLLO SMART | Dead | 2021-01-15 | IC 021 | Great Circle Machinery Corp. (CORPORATION; CALIFORNIA, USA); 895 S. Rockefeller Ave, Suite 101, Ontario, CALIFORNIA 91761, UNITED STATES | |
| 492 | 90470790 | SLEMETI | Live | 2021-01-17 | IC 025 | Gumeti Watch U.S.A., Inc. (CORPORATION; COLORADO, USA); 175 Midland Ave,, Basalt, COLORADO 81621, UNITED STATES | |
| 493 | 90476080 | BEKIND APEX | Live | 2021-01-20 | IC 008 | BeKind Health & Beauty LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 244 Madison Ave, New York, NEW YORK 10016, UNITED STATES | |
| 494 | 90476355 | BOWBAY | Live | 2021-01-20 | IC 026 | GEFILI ELECTRONIC COMMERCE LLC (LIMITED LIABILITY COMPANY; COLORADO, USA); 18121 E HAMPDEN AVE UNIT C 549, AURORA, COLORADO 80013-3590, UNITED STATES | |
| 495 | 90485599 | ZAPGEAR | Live | 2021-01-25 | IC 021 | ZHENGYANG LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 3240 South White Road #135, San Jose, CALIFORNIA 95148, UNITED STATES | |
| 496 | 87859023 | WACAUR | Dead | 2018-04-02 | IC 009 | LUOCIA SINOMAX INFORMATION TECHNOLOGY LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 90 STATE STREET, STE 700 OFFICE 40,, ALBANY,, NEW MEXICO 12207, UNITED STATES | |
| 497 | 90505637 | AZTOWEL | Live | 2021-02-02 | IC 011 | KEYTEK TECH INC. (CORPORATION; CALIFORNIA, USA); 8605 SANTA MONICA BLVD, #79525, WEST HOLLYWOOD, CALIFORNIA 90069, UNITED STATES | |
| 498 | 90509224 | RZQ | Live | 2021-02-04 | IC 009 | BESTBRO INC (CORPORATION; COLORADO, USA); 8249 Kettle Drum St, Springs, COLORADO 80922, UNITED STATES | |
| 499 | 90512531 | NEWSEED | Live | 2021-02-05 | IC 022 | NEWSEED MARINE ACCESSORIES E-COMMERCE INC (CORPORATION; COLORADO, USA); 12600 W COLFAX AVE STE C100, LAKEWOOD, COLORADO 80215, UNITED STATES | |
| 500 | 90556785 | AMYBASIC | Live | 2021-03-03 | IC 028 | CHEN MEIJUAN (INDIVIDUAL; USA); 901 Slate Lick Rd, London, KENTUCKY 407416043, UNITED STATES | |
| 501 | 90564242 | AIRFLEX | Live | 2021-03-07 | IC 008 | BeKind Health & Beauty LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 244 Madison Ave, New York, NEW YORK 100162817, UNITED STATES | |
| 502 | 90566684 | RESARIYA | Live | 2021-03-08 | IC 028 | MIHOUSE FURNITURE INC (CORPORATION; NEW YORK, USA); 3654 MAIN ST FL 3, FLUSHING NY, NEW YORK 11354, UNITED STATES | |
| 503 | 90566689 | FEADECE | Live | 2021-03-08 | IC 020 | MIHOUSE FURNITURE INC (CORPORATION; NEW YORK, USA); 3654 MAIN ST FL 3, FLUSHING NY, NEW YORK 11354, UNITED STATES | |
| 504 | 90566700 | TEARONE | Live | 2021-03-08 | IC 020 | MIHOUSE FURNITURE INC (CORPORATION; NEW YORK, USA); 3654 MAIN ST FL 3, FLUSHING NY, NEW YORK 11354, UNITED STATES | |
| 505 | 90566707 | DAMUFI | Live | 2021-03-08 | IC 020 | MIHOUSE FURNITURE INC (CORPORATION; NEW YORK, USA); 3654 MAIN ST FL 3, FLUSHING NY, NEW YORK 11354, UNITED STATES | |
| 506 | 90566745 | SAPPUCO | Live | 2021-03-08 | IC 020 | MIHOUSE FURNITURE INC (CORPORATION; NEW YORK, USA); 3654 MAIN ST FL 3, FLUSHING NY, NEW YORK 11354, UNITED STATES | |
| 507 | 90567042 | LICOTATO | Live | 2021-03-09 | IC 028 | MIHOUSE FURNITURE INC (CORPORATION; NEW YORK, USA); 3654 MAIN ST FL 3, FLUSHING NY, NEW YORK 11354, UNITED STATES | |
| 508 | 90567045 | NALORON | Live | 2021-03-09 | IC 028 | MIHOUSE FURNITURE INC (CORPORATION; NEW YORK, USA); 3654 MAIN ST FL 3, FLUSHING NY, NEW YORK 11354, UNITED STATES | |
| 509 | 90567046 | BUKANTY | Live | 2021-03-09 | IC 028 | MIHOUSE FURNITURE INC (CORPORATION; NEW YORK, USA); 3654 MAIN ST FL 3, FLUSHING NY, NEW YORK 11354, UNITED STATES | |
| 510 | 90567048 | DUTUEKI | Live | 2021-03-09 | IC 028 | MIHOUSE FURNITURE INC (CORPORATION; NEW YORK, USA); 3654 MAIN ST FL 3, FLUSHING NY, NEW YORK 11354, UNITED STATES | |
| 511 | 90567051 | YOQUEMA | Live | 2021-03-09 | IC 028 | MIHOUSE FURNITURE INC (CORPORATION; NEW YORK, USA); 3654 MAIN ST FL 3, FLUSHING NY, NEW YORK 11354, UNITED STATES | |
| 512 | 90567165 | LAIRLUX | Live | 2021-03-09 | IC 020 | LAIRLUX CORP. (CORPORATION; DELAWARE, USA); 13501 WHITTIER BLVD STE H PMB 25, WHITTIER, CALIFORNIA 90605, UNITED STATES | |
| 513 | 90567169 | LAIRLUX | Live | 2021-03-09 | IC 024 | LAIRLUX CORP. (CORPORATION; DELAWARE, USA); 13501 WHITTIER BLVD STE H PMB 25, WHITTIER, CALIFORNIA 90605, UNITED STATES | |
| 514 | 90581224 | NASUCUE | Live | 2021-03-16 | IC 025 | MIHOUSE FURNITURE INC (CORPORATION; NEW YORK, USA); 3654 MAIN ST FL 3, FLUSHING NY, NEW YORK 11354, UNITED STATES | |
| 515 | 90604180 | HEMIUA | Live | 2021-03-25 | IC 021 | KINLANDE INC (CORPORATION; COLORADO, USA); 4610 SOUTH ULSTER STREET SUITE 150, DENVER, COLORADO 80237, UNITED STATES | |
| 516 | 90604632 | U UUSOCKS | Live | 2021-03-26 | IC 025 | DREAM TECHTEAM INC. (CORPORATION; TEXAS, USA); 6100 Corporate Dr., Suite 588, HOUSTON, TEXAS 77036, UNITED STATES | |

| No. | SerialNumber | Wordmark | Status | FiledDate | InternationalClass | OwnerFullText | Washington Address or Entity |
|---|---|---|---|---|---|---|---|
| 517 | 90617386 | SOFTZOO | Live | 2021-04-01 | IC 009 | Softzoo Inc (CORPORATION; CALIFORNIA, USA); 17800 CASTLETON ST STE 665, CITY OF INDUSTRY, CALIFORNIA 91748, UNITED STATES | |
| 518 | 90617387 | SOFTZOO | Live | 2021-04-01 | IC 042 | Softzoo Inc (CORPORATION; CALIFORNIA, USA); 17800 CASTLETON ST STE 665, CITY OF INDUSTRY, CALIFORNIA 91748, UNITED STATES | |
| 519 | 90617388 | SOFTZOO | Live | 2021-04-01 | IC 035 | Softzoo Inc (CORPORATION; CALIFORNIA, USA); 17800 CASTLETON ST STE 665, CITY OF INDUSTRY, CALIFORNIA 91748, UNITED STATES | |
| 520 | 90649762 | HAPPIFOX | Live | 2021-04-16 | IC 028 | DREAM TECHTEAM INC. (CORPORATION; TEXAS, USA); 6100 Corporate Dr., Suite 588, HOUSTON, TEXAS 77036, UNITED STATES | |
| 521 | 90670436 | SHEANDFLORA | Live | 2021-04-26 | IC 026 | SHEANDFLORA INVESTMENT LLC (LIMITED LIABILITY COMPANY; WYOMING, USA); 30 N GOULD ST STE N, SHERIDAN, WYOMING 82801, UNITED STATES | |
| 522 | 90682918 | TARESNESS | Live | 2021-04-30 | IC 028 | OMNIHOME INC (Incorporated; NEW JERSEY, USA); 112 MELRICH RD, CRANBURY, NEW JERSEY 08512, UNITED STATES | |
| 523 | 90697464 | WEFUN | Live | 2021-05-07 | IC 005 | JC HEALTHY LIFE INC (CORPORATION; NEW YORK, USA); 6306 20TH AVE, BROOKLYN, NEW YORK 11204, UNITED STATES | |
| 524 | 90697468 | WEFUN | Live | 2021-05-07 | IC 010 | JC HEALTHY LIFE INC (CORPORATION; NEW YORK, USA); 6306 20th Ave,, Brooklyn, NEW YORK 11204, UNITED STATES | |
| 525 | 97245382 | COZAYH | Dead | 2022-01-30 | IC 020 | Xia, Yuxin (INDIVIDUAL; USA); 4250 N. Marine Dr. Apt 2826, Chicago, ILLINOIS 60613, UNITED STATES | |
| 526 | 99528807 | L LANPLE | Live | 2025-12-03 | IC 011 | LANPLE INC. (CORPORATION; Texas, USA); 6725 S FRY RD STE 700-300, KATY, Texas 77494, UNITED STATES | |

# EXHIBIT D

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90604827**
**Filing Date: 03/26/2021**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | futaiphy |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | futaiphy |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Shenzhen Luna Technology Co., Ltd. |
| INTERNAL ADDRESS | Rm.328-A62,East Block,F3,206#,Tairan |
| *MAILING ADDRESS | Technology Park,Shatou St.,Futian Dist. |
| *CITY | Shenzhen |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | China |
| *ZIP/POSTAL CODE <br>(Required for U.S. and certain international addresses) | 518048 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | China |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 021 |
| | Combs; Cups; Dishes; Plates; Baskets for household purposes; Bath products, namely, loofah sponges; Bottle openers; Cleaning brushes for household use; Containers for household or kitchen use; Cookery molds; Cooking pots and pans; |

| | |
|---|---|
| **\*IDENTIFICATION** | Cooking utensils, namely, grills; Dishwashing brushes; Drying racks for laundry; Electric devices for attracting and killing insects; Electric face cleansing brushes; General purpose storage bins for household use; Glass bowls; Glass jars; Glass stoppers; Glass, unworked or semi-worked, except building glass; Gloves for household purposes; Grooming tools for pets, namely, combs and brushes; Hand-operated brush used to **clean, smooth, exfoliate** skin; Household utensils, namely, **pot and pan scrapers, rolling pins, spatulas, turners, whisks**; In door terrariums; Make-up brushes; Scrubbing brushes; Soup bowls; Tooth brushes |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 09/21/2020 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 09/21/2020 |
| **SPECIMEN FILE NAME(S)** | |
| **JPG FILE(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\906\048\90604827\xml1 \ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\906\048\90604827\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\906\048\90604827\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\906\048\90604827\xml1\FTK0012.JPG |
| **ORIGINAL PDF FILE** | SPE0-10612224236-20210324 211803319425_._futaiphy_l ink.pdf |
| **CONVERTED PDF FILE(S) (3 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\906\048\90604827\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\906\048\90604827\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\906\048\90604827\xml1\ FTK0005.JPG |
| **ORIGINAL PDF FILE** | SPE0-10612224236-20210324 211803319425_._futaiphy_o rder1.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\906\048\90604827\xml1\ FTK0006.JPG |
| **ORIGINAL PDF FILE** | SPE0-10612224236-20210324 211803319425_._futaiphy_o rder2.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\906\048\90604827\xml1\ FTK0007.JPG |
| **ORIGINAL PDF FILE** | SPE0-10612224236-20210324 211803319425_._futaiphy_o rder3.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\906\048\90604827\xml1\ FTK0008.JPG |
| **SPECIMEN DESCRIPTION** | The goods "Plates" bear the applied-for mark. |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |

PAGE 2

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | The wording futaiphy has no meaning in a foreign language. |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| SIGNIFICANCE OF MARK | futaiphy appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as used in connection with the goods/services listed in the application, or any geographical significance. |
| SIGNIFICANCE OF MARK | The word(s) futaiphy has no meaning in a foreign language. |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Jonathan G. Morton |
| ATTORNEY DOCKET NUMBER | YS1908-4611 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| INTERNAL ADDRESS | Unit 805,Block B,Jinri Mansion |
| STREET | No.88 Anling 2nd Road,Huli District |
| CITY | Xiamen |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | China |
| ZIP/POSTAL CODE | 361015 |
| EMAIL ADDRESS | jmlawchina@gmail.com |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Jonathan G. Morton |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | jmlawchina@gmail.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | mengsustone@gmail.com; zhangariel69@gmail.com |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Jonathan G. Morton/ |
| * SIGNATORY'S NAME | Jonathan G. Morton |
| * SIGNATORY'S POSITION | Attorney of Record - New York Bar Member |

| **SIGNATORY'S PHONE NUMBER** | 3057649179 |
|---|---|
| **⬤ DATE SIGNED** | 03/26/2021 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90604827**
**Filing Date: 03/26/2021**

## To the Commissioner for Trademarks:

**MARK:** futaiphy (Standard Characters, see mark)
The literal element of the mark consists of futaiphy. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Shenzhen Luna Technology Co., Ltd., a limited company (ltd.) legally organized under the laws of China, having an address of
    Rm.328-A62,East Block,F3,206#,Tairan
    Technology Park,Shatou St.,Futian Dist.
    Shenzhen 518048
    China
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 021:  Combs; Cups; Dishes; Plates; Baskets for household purposes; Bath products, namely, loofah sponges; Bottle openers; Cleaning brushes for household use; Containers for household or kitchen use; Cookery molds; Cooking pots and pans; Cooking utensils, namely, grills; Dishwashing brushes; Drying racks for laundry; Electric devices for attracting and killing insects; Electric face cleansing brushes; General purpose storage bins for household use; Glass bowls; Glass jars; Glass stoppers; Glass, unworked or semi-worked, except building glass; Gloves for household purposes; Grooming tools for pets, namely, combs and brushes; Hand-operated brush used to clean, smooth, exfoliate skin; Household utensils, namely, pot and pan scrapers, rolling pins, spatulas, turners, whisks; Indoor terrariums; Make-up brushes; Scrubbing brushes; Soup bowls; Tooth brushes

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 021, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 09/21/2020, and first used in commerce at least as early as 09/21/2020, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) The goods "Plates" bear the applied-for mark..
**JPG file(s):**
Specimen File1
Specimen File2
Specimen File3
Specimen File4
**Original PDF file:**
SPE0-10612224236-20210324 211803319425_._futaiphy_l ink.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3
**Original PDF file:**
SPE0-10612224236-20210324 211803319425_._futaiphy_o rder1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

**Original PDF file:**
SPE0-10612224236-20210324 211803319425_._futaiphy_o rder2.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-10612224236-20210324 211803319425_._futaiphy_o rder3.pdf
**Converted PDF file(s)** (1 page)
Specimen File1


Webpage URL: None Provided
Webpage Date of Access: None Provided


**Translation**
The wording futaiphy has no meaning in a foreign language.

**Significance of wording, letter(s), or numeral(s)**
futaiphy appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as used in connection with the goods/services listed in the application, or any geographical significance.

**Significance of wording, letter(s), or numeral(s)**
The word(s) futaiphy has no meaning in a foreign language.


The owner's/holder's proposed attorney information: Jonathan G. Morton. Jonathan G. Morton, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    Unit 805,Block B,Jinri Mansion
    No.88 Anling 2nd Road,Huli District
    Xiamen 361015
    China
    jmlawchina@gmail.com
The docket/reference number is YS1908-4611.
Jonathan G. Morton submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Jonathan G. Morton
    PRIMARY EMAIL FOR CORRESPONDENCE: jmlawchina@gmail.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mengsustone@gmail.com; zhangariel69@gmail.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d),**

**and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Jonathan G. Morton/   Date: 03/26/2021
Signatory's Name: Jonathan G. Morton
Signatory's Position: Attorney of Record - New York Bar Member
Signatory's Phone Number: 3057649179
Signature method: Sent to third party for signature
Payment Sale Number: 90604827
Payment Accounting Date: 03/26/2021

Serial Number: 90604827
Internet Transmission Date: Fri Mar 26 07:13:42 ET 2021
TEAS Stamp: USPTO/FTK-XXX.XXX.XXX.XX-202103260713424
93492-90604827-77023924fb47e15ba9971c997
b8be2f74d180892ef3c75811de302a1984ddc16c
3-CC-13402563-20210326062959779379

futaiphy

2021/3/17                                          futaiphy Plates Creativity of Japanese household style| | - AliExpress

Sell on AliExpress    Help    Buyer Protection    App    / English /  USD    Wish List    Account

Shop910785038 Store                    + Follow                              I'm shopping for...                              0
0.0% Positive feedback                  1 Followers
                                                                              On AliExpress        In this store

Store Home      Products ⌄      Sale Items      Top Selling      Feedback



futaiphy Plates Creativity of Japanese household style

## US $13.10

Quantity:
−    1    +      Only 2 left

**Shipping: US $19.66**
to United States via AliExpress Standard Shipping ⌄
Estimated Delivery on Apr 23 ⓘ

Buy Now              Add to Cart          ♡

🛡  **75-Day Buyer Protection**
   Money back guarantee



## Shop910785038 Store

**Store Categories**          Shop910785038 Store
› Others                      0.0% Positive Feedback
                              1 Follower              US $18.10    US $4.10    US $15.10    US $5.10    US $24.10
**Top Selling**               💬 Contact

                              + Follow    Visit Store     OVERVIEW      CUSTOMER REVIEWS (0)

US $33.10
★ 1.0          1 Sold

US $18.10

https://www.aliexpress.com/item/1005002314849515.html?spm=5261.ProductManageOnline.0.0.7e754edfaGier6                                    1/6

2021/3/17                                  futaiphy Plates Creativity of Japanese household style| | - AliExpress

1 Sold





futaiphy Plates Creativity of Japanese household style|| - AliExpress







3/16/2021                                                  Seller Center

**AliExpress** Seller Center    Dashboard    Products    **Orders**    Store    Marketing    Account    Business Advisor    Violations    Help Center    💬•    🔔 26

**Orders** ▲                 All Orders  ›
- All Orders
- Refunds & Disputes          # Order Details
- Export Orders
- Shipping Risk Assesment     **Order State**

**Logistics** ▲                     ✓              ✓              ✓
- Logistic center                 Order          Payment        Shipment
- Logistics Service
- Air Mail Orders             **Completed**
- Cainiao Seller Workbench

**Funds Account** ▲           **Shipment Information**
- Finance Report
- Advance Fund                | Shipping Time | Shipping Method | Tracking Number | Actions |
  Management                  |---|---|---|---|
- Advance Fund Pay Back       | 2020-10-23 12:15 | ePacket | LS375481562CN | 2020-11-18 03 / 2020-11-18 12 / 2020-10-25 09 / View details |
- Alipay International
  Account
- Balance & Withdraw          **Order Overview**
- Credit Loan
- AliExpress Business Loan    Order ID                                      Note
                              **8016130476616519**  Copy                    Edit Note
**Manage Feedback** ▲
- Manage Feedback             Buyers                                        Receiver Address
- Feedback Overview           **Jillian Tanner** 👑                          Receiver Name    jillian tanner
- Feedback Analysis           💬 Contact   Messages   Report Buyer   Blacklist   Address   1346 la guardia cir , Akutan, Ala
                                                                            Zip Code    95648
                                                                            Phone    +1 1925858049
                                                                            CPF
                                                                            Copy



3/16/2021                                   Seller Center

**AliExpress** Seller Center    Dashboard    Products    **Orders**    Store    Marketing    Account    Business Advisor    Violations    Help Center    💬    🔔 26

| Orders ▲ | | All Orders > |
|---|---|---|
| All Orders | | |

### Order Details

**Order State**

✓ Order          ✓ Payment          ✓ Shipment

**Completed**

**Shipment Information**

| Shipping Time | Shipping Method | Tracking Number |
|---|---|---|
| 2020-11-21 20:37 | ePacket | LS375527462CN |

**Order Overview**

Order ID                                             Note
**8016018460231311**  Copy                          Edit Note

Buyers                                               Receiver Address
**Brooke Coleman** 👑                                Receiver Name   Brooke Coleman
💬 Contact   Messages   Report Buyer   Blacklist     Address   520wyatt rd , Akhiok, Alaska, Un
                                                     Zip Code   29302
                                                     Phone   +1 8645905409
                                                     CPF
                                                     Copy

| Product Information | Unit Price | Quantity | Product Total |
|---|---|---|---|
| futaiphy Plates Creativity of Japanese househol... (null null) | US $13.10 | 1 | US $13.10 |

**Fund Details**

**Order Amount**

| Product Total | Shipping Cost | Adjustment | duty | Store Promotion | Order Amount | Platform Commissio |
|---|---|---|---|---|---|---|
| US $13.10 | US $1.05 | US $0.00 | - | US $13.00 Details | US $1.15 | US $0.06 |

**Buyer Payment Details**

| Buyer Paid | Payment Time | Paymen |
|---|---|---|
| US $1.15 | 2020-11-19 14:16 | WM_EB/ |

https://gsp.aliexpress.com/apps/order/detail?spm=5261.15031002.orderTable.120.1be64edfhtETJ3&orderId=8016018460236711&Step=4          1/1

### Sidebar navigation

Orders
  All Orders
  Refunds & Disputes
  Export Orders
  Shipping Risk Assesment

Logistics
  Logistic center
  Logistics Service
  Air Mail Orders
  Cainiao Seller Workbench

Funds Account
  Finance Report
  Advance Fund Management
  Advance Fund Pay Back
  Alipay International Account
  Balance & Withdraw
  Credit Loan
  AliExpress Business Loan

Manage Feedback
  Manage Feedback
  Feedback Overview
  Feedback Analysis



3/16/2021                                        Seller Center

**AliExpress** Seller Center    Dashboard    Products    **Orders**    Store    Marketing    Account    Business Advisor    Violations    Help Center    💬    🔔 26

All Orders >

## Order Details

### Order State

✓ Order          ✓ Payment          ✓ Shipment

**Completed**

### Shipment Information

| Shipping Time | Shipping Method | Tracking Number | Actions |
|---|---|---|---|
| 2020-12-08 21:26 | ePacket | LS375542217CN | 2021-01-03 19 |
| | | | 2021-01-03 16 |
| | | | 2020-12-10 05 |
| | | | View details |

### Order Overview

Order ID
**8015957686145329**   Copy

Buyers
**Brian carpenter** 👑
💬 Contact    Messages    Report Buyer    Blacklist

Note
Edit Note

Receiver Address
Receiver Name    Brian carpenter
Address    3124 N 7 th ave , Akiak, Alaska,
Zip Code    85013
Phone    +1 9288146146
CPF
Copy

| Product Information | | Unit Price | Quantity | Product Total |
|---|---|---|---|---|
| futaiphy Plates Creativity of Japanese househol...
(null null) ✓ | | US $13.10 | 1 | US $13.10 |

### Fund Details

**Order Amount**

| Product Total | Shipping Cost | Adjustment | duty | Store Promotion | Order Amount | Platform Commission |
|---|---|---|---|---|---|---|
| US $13.10 | US $1.05 | US $0.00 | - | US $13.00
Details | US $1.15 | US $0.06 |

**Buyer Payment Details**

| Buyer Paid | Payment Time | Paymen |
|---|---|---|
| US $1.15 | 2020-12-06 12:32 | WM_EB/ |









# EXHIBIT E

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90376905**
**Filing Date: 12/11/2020**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| \*MARK | TFNYCT |
| \*STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | TFNYCT |
| \*MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| \*OWNER OF MARK | Chenliang Zhong |
| INTERNAL ADDRESS | No.9,Zhusiping Road,Yangmeixi Village |
| \*MAILING ADDRESS | Ancient City,Changting County |
| \*CITY | Longyan |
| \*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | China |
| \*ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 366300 |
| \*EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| \*TYPE | INDIVIDUAL |
| \* COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | China |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| \*INTERNATIONAL CLASS | 025 |
| \*IDENTIFICATION | Coats; Gloves; Hats; Hosiery; Neckties; Rainwear; Scarfs; Shirts; Shoes; Skirts; Slippers; Sweaters; Sweatshirts; Swimsuits; Trousers; Beach shoes; Climbing boots; Down jackets; Football shoes; Girdles; Hoodies; Infant wear; Jackets; Light-reflecting coats; Light-reflecting jackets; Outer jackets; |

| | Overcoats; Short-sleeve shirts; Sports shoes; Wind coats; Yoga pants |
|---|---|
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/20/2020 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/20/2020 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-5220716781-202012110 00454886023_._TFNYCT_link_order.pdf |
| CONVERTED PDF FILE(S) (6 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\903\769\90376905\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\769\90376905\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\769\90376905\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\769\90376905\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\769\90376905\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\769\90376905\xml1\ FTK0008.JPG |
| ORIGINAL PDF FILE | SPE0-5220716781-202012110 00454886023_._TFNYCT_picture.pdf |
| CONVERTED PDF FILE(S) (4 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\903\769\90376905\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\769\90376905\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\769\90376905\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\769\90376905\xml1\ FTK0012.JPG |
| SPECIMEN DESCRIPTION | The goods "Clothings" bear the applied-for mark. |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | The wording TFNYCT has no meaning in a foreign language. |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| SIGNIFICANCE OF MARK | TFNYCT appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as used in connection with the goods/services listed in the application, or any geographical significance. The word(s) TFNYCT has no |

PAGE 2

| | meaning in a foreign language. |
|---|---|
| **ATTORNEY INFORMATION** | |
| NAME | Jonathan G. Morton |
| ATTORNEY DOCKET NUMBER | YS1908-3053 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| INTERNAL ADDRESS | Unit 805,Block B,Jinri Mansion |
| STREET | No.88 Anling 2nd Road,Huli District |
| CITY | XIAMEN |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | China |
| ZIP/POSTAL CODE | 361015 |
| EMAIL ADDRESS | jmlawchina@gmail.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Jonathan G. Morton |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | jmlawchina@gmail.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | mengsustone@gmail.com; zhangariel69@gmail.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 225 |
| *TOTAL FEES PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Jonathan G. Morton/ |
| * SIGNATORY'S NAME | Jonathan G. Morton |
| * SIGNATORY'S POSITION | Attorney of record, New York Bar member |
| SIGNATORY'S PHONE NUMBER | 3057649179 |
| * DATE SIGNED | 12/11/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90376905**
**Filing Date: 12/11/2020**

## To the Commissioner for Trademarks:

**MARK:** TFNYCT (Standard Characters, see mark)
The literal element of the mark consists of TFNYCT. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Chenliang Zhong, a citizen of China, having an address of
    No.9,Zhusiping Road,Yangmeixi Village
    Ancient City,Changting County
    Longyan 366300
    China
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 025:  Coats; Gloves; Hats; Hosiery; Neckties; Rainwear; Scarfs; Shirts; Shoes; Skirts; Slippers; Sweaters; Sweatshirts; Swimsuits; Trousers; Beach shoes; Climbing boots; Down jackets; Football shoes; Girdles; Hoodies; Infant wear; Jackets; Light-reflecting coats; Light-reflecting jackets; Outer jackets; Overcoats; Short-sleeve shirts; Sports shoes; Wind coats; Yoga pants

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 08/20/2020, and first used in commerce at least as early as 08/20/2020, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) The goods "Clothings" bear the applied-for mark..

**Original PDF file:**
SPE0-5220716781-202012110 00454886023 _. TFNYCT_link _order.pdf
**Converted PDF file(s)** (6 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
**Original PDF file:**
SPE0-5220716781-202012110 00454886023 _. TFNYCT_pict ure.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

**Translation**

The wording TFNYCT has no meaning in a foreign language.

**Significance of wording, letter(s), or numeral(s)**
TFNYCT appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as used in connection with the goods/services listed in the application, or any geographical significance. The word(s) TFNYCT has no meaning in a foreign language.


The owner's/holder's proposed attorney information: Jonathan G. Morton. Jonathan G. Morton, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    Unit 805,Block B,Jinri Mansion
    No.88 Anling 2nd Road,Huli District
    XIAMEN 361015
    China
    jmlawchina@gmail.com
The docket/reference number is YS1908-3053.
Jonathan G. Morton submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    Jonathan G. Morton
    PRIMARY EMAIL FOR CORRESPONDENCE: jmlawchina@gmail.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mengsustone@gmail.com; zhangariel69@gmail.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

PAGE 5

Signature: /Jonathan G. Morton/   Date: 12/11/2020
Signatory's Name: Jonathan G. Morton
Signatory's Position: Attorney of record, New York Bar member
Signatory's Phone Number: 3057649179
Payment Sale Number: 90376905
Payment Accounting Date: 12/11/2020

Serial Number: 90376905
Internet Transmission Date: Fri Dec 11 20:41:58 ET 2020
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XX-2020121120415889
0855-90376905-750e22efcbed2c397f9df56a23
39b1d7f83d90c7c1cc1c3dba4077d0ab1633f9-C
C-41560517-20201211000454886023

# TFNYCT

2020/12/7          TFNYCT Men's sweater, half high neck, autumn and winter thick knit, inner collar sweater, trendy men's clothing|| - AliExpress









PAGE 9



PAGE 10



12/6/2020                                    Seller Center

# Order Details

## Order State

Order — Payment — Shipment

**Completed**

## Shipment Information

| Shipping Time | Shipping Method | Tracking Number | Actions |
|---|---|---|---|
| 2020-09-03 23:44 | ePacket | LY370603598CN | 2020-10-07 1... |
| | | | 2020-10-07 1... |
| | | | 2020-09-04 0... |
| | | | View details |

## Order Overview

Order ID
**8017335253134695**  Copy

Buyers
**Giullianna Di Braccio** 👑
💬 Contact   Messages   Report Buyer   Blacklist

Note
Edit Note

Receiver Address
Receiver Name   Giullianna Di Braccio
Address   1990 Jonathan Circle Apt# 203 ,
Zip Code   48317
Phone   +1 630-258-5189
CPF
Copy

| Product Information | Unit Price | Quantity | Product Total |
|---|---|---|---|
| TFNYCT Men's sweater, half high neck, autumn ... (null null) | US $25.10 | 1 | US $25.10 |

## Fund Details

### Order Amount

| Product Total | Shipping Cost | Adjustment | duty | Store Promotion | Order Amount | Platform Commission |
|---|---|---|---|---|---|---|
| US $25.10 | US $1.05 | US $0.00 | - | US $25.00 Details | US $1.15 | US $0.06 |

### Buyer Payment Details

| Buyer Paid | Payment Time | Payment |
|---|---|---|
| US $1.15 | 2020-09-02 21:12 | WM_EB... |

https://gsp.aliexpress.com/apps/order/detail?spm=5261.15031002.orderTable.18.518b4edfvS6t0J&orderId=8017335253137951    1/1

PAGE 11

12/6/2020                                    Seller Center



AliExpress Seller Center    Dashboard   Products   **Orders**   Store   Marketing   Account   Business Advisor   Violations   Help Center

**Orders** ▲
    All Orders
    Refunds & Disputes
    Export Orders
    Shipping Risk Assesment
    WH Fulfillment Order Management
    WH Return Fulfillment Order Management

**Logistics**
    Address management
    Logistics Service
    Local Return Service
    Air Mail Orders
    Express Orders
    ePacket Orders
    Batch Ship Online
    Handover Orders Management
    Logistics Plan Comparison
    CaiNiao Financial Portal
    Shipping Fees Records
    Cainiao Service Center
    Overseas Warehouse
    Cainiao Seller Workbench

**Funds Account** ▲
    Finance Report
    Advance Fund Management
    Advance Fund Pay Back
    Alipay International Account
    Balance & Withdraw
    Credit Loan
    AliExpress Business Loan

**Manage Feedback** ▲
    Manage Feedback
    Feedback Overview
    Feedback Analysis

All Orders >

# Order Details

## Order State

✓ Order         ✓ Payment         ✓ Shipment

**Completed**

## Shipment Information

| Shipping Time | Shipping Method | Tracking Number | Actions |
|---|---|---|---|
| 2020-09-18 23:46 | ePacket | LY370602456CN | 2020-10-15 0... |
| | | | 2020-10-14 1... |
| | | | 2020-09-19 0... |
| | | | View details |

## Order Overview

**Order ID**
8017328219202531  Copy

**Buyers**
Shaun Gorneau 👑
💬 Contact    Messages    Report Buyer    Blacklist

**Note**
Edit Note

**Receiver Address**
Receiver Name   Shaun Gorneau
Address   26 LORI RD BOLTON CT , Balm,
Zip Code   06043
Phone   +1 9492950631
CPF
Copy

| Product Information | Unit Price | Quantity | Product Total |
|---|---|---|---|
| TFNYCT Men's sweater, half high neck, autumn ... (null null) | US $25.10 | 1 | US $25.10 |

## Fund Details

### Order Amount

| Product Total | Shipping Cost | Adjustment | duty | Store Promotion | Order Amount | Platform Commission |
|---|---|---|---|---|---|---|
| US $25.10 | US $1.05 | US $0.00 | - | US $25.00 Details | US $1.15 | US $0.06 |

### Buyer Payment Details

| Buyer Paid | Payment Time | Paymen |
|---|---|---|
| US $1.15 | 2020-09-17 10:27 | WM_EB/ |

12/6/2020                                            Seller Center



**AliExpress** *Seller Center*   Dashboard   Products   **Orders**   Store   Marketing   Account   Business Advisor   Violations   Help Center   💬   🔔 9

**Orders** ▲                          All Orders  >

   All Orders                         # Order Details
   Refunds & Disputes
   Export Orders                      **Order State**
   Shipping Risk Assesment
   WH Fulfillment Order                      ✓                    ✓                    ✓
   Management                              Order                Payment              Shipment
   WH Return Fulfillment
   Order Management                   **Completed**

**Logistics** ▲

   Address management                 **Shipment Information**
   Logistics Service
   Local Return Service               **Shipping Time**        **Shipping Method**      **Tracking Number**        **Actions**
   Air Mail Orders
   Express Orders                     2020-09-20 10:47         ePacket                  LY370602425CN              2020-10-15 0:
   ePacket Orders                                                                                                  2020-10-14 1:
   Batch Ship Online                                                                                              2020-09-20 1:
   Handover Orders                                                                                                View details
   Management
   Logistics Plan Comparison
   CaiNiao Financial Portal           **Order Overview**
   Shipping Fees Records
   Cainiao Service Center             Order ID                                         Note
   Cainiao Seller Workbench           8017242128162636   Copy                          Edit Note
   Overseas Warehouse
   Cainiao Seller Workbench           Buyers                                           Receiver Address
                                      **VOM BAUER KARL** 👑                            Receiver Name   VOM BAUER KARL
**Funds Account** ▲                   💬 Contact   Messages   Report Buyer   Blacklist  Addre   FPY123274 - Suite # 22 7311 NW
                                                                                       ss      d States, 33191
   Finance Report                                                                      Zip Code   33191
   Advance Fund                                                                        Phone   +1 9493062926
   Management                                                                          CPF
   Advance Fund Pay Back                                                               Copy
   Alipay International
   Account                            **Product Information**          **Unit Price**   **Quantity**     **Product Total**
   Balance & Withdraw
   Credit Loan                              TFNYCT Men's sweater, half high neck, autumn ...   US $25.10      1         US $25.10
   AliExpress Business Loan                 (null null)
                                            ✓
**Manage Feedback** ▲

   Manage Feedback
   Feedback Overview                  **Fund Details**
   Feedback Analysis
                                      **Order Amount**

                                      **Product Total**   **Shipping Cost**   **Adjustment**   **duty**   **Store Promotion**   **Order Amount**   **Platform Commission**

                                      US $25.10           US $1.05            US $0.00         -          US $25.00             US $1.15           US $0.06
                                                                                                          Details

                                      **Buyer Payment Details**

                                      **Buyer Paid**                          **Payment Time**                          **Paymen**

                                      US $1.15                                2020-09-19 16:34                          WM_EB/







