|   |   |
|---|---|
|   | The Honorable James L. Robart |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN G. MORTON, an individual; ASIN ENTERPRISE MANAGEMENT CONSULTING LTD. CO., a China corporation; SHENZHEN LUNA TECHNOLOGY CO., LTD., a China corporation; HUANHUAN LIAO, an individual; CHENLIANG ZHONG, an individual; GUOLIANG ZHONG, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-1471-JLR<br><br>**REVISED [PROPOSED] ORDER GRANTING DEFENDANT JONATHAN G. MORTON'S MOTION TO DISMISS** |

This matter comes before the Court on Defendant Jonathan G. Morton's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6). Having considered the Motion, the Opposition, the Reply, and the relevant record, the Court hereby ORDERS as follows:

1. Defendant's Motion to Dismiss is GRANTED.

2. Plaintiffs' claims are dismissed without prejudice to the extent they are dismissed for lack of personal jurisdiction under Rule 12(b)(2) or insufficient service of process under Rule 12(b)(5).

3. Plaintiffs' claims are dismissed with prejudice to the extent they are dismissed for failure to state a claim under Rule 12(b)(6).

SO ORDERED this ___ day of _____, 2026.

_____
The Honorable James L. Robart
United States District Judge

Presented by:

_____
Jonathan G. Morton
*Defendant*
66 W. Flagler St., Suite 900
Miami, Florida 33130
Tel: (305) 764-9179
Email: jmlawchina@gmail.com