The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN G. MORTON, an individual; ASIN ENTERPRISE MANAGEMENT CONSULTING LTD. CO., a China corporation; SHENZHEN LUNA TECHNOLOGY CO., LTD., a China corporation; HUANHUAN LIAO, an individual; CHENLIANG ZHONG, an individual; GUOLIANG ZHONG, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01471-JLR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT JONATHAN G. MORTON TO RESPOND TO AMENDED COMPLAINT** |

**<u>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT JONATHAN G. MORTON TO RESPOND TO AMENDED COMPLAINT</u>**

Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC ("Plaintiffs") and Defendant Jonathan G. Morton ("Defendant"), by and through the undersigned, hereby stipulate as follows:

On March 16, 2026, the Court entered an Order denying Defendant's Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendant's current deadline to respond to the Amended Complaint is March 30, 2026.

JONATHAN G. MORTON'S STIPULATION AND
[~~PROPOSED~~] ORDER EXTENDING TIME - 1
(2:24-cv-01471-JLR)

Defendant has requested additional time to prepare a response due to current international travel and limited access to files.

The parties agree that good cause exists to extend Defendant's deadline to respond to the Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED that Defendant's deadline to file and serve his Answer to the Amended Complaint is extended up to and including: April 29, 2026.

DATED this 18th day of March, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

DEFENDANT
*Pro Se*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Email: scottcommerson@dwt.com

Jonathan G. Morton
246 W. Broadway
New York, NY 10013
Tel: (212) 468-5515
Email: jmlawchina@gmail.com

JONATHAN G. MORTON'S STIPULATION AND
[PROPOSED] ORDER EXTENDING TIME - 2
(2:24-cv-01471-JLR)

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS ORDERED.

Defendant's deadline to file and serve his Answer to the Amended Complaint is extended up to and including April 29, 2026.

DATED this 19th day of March, 2026.

_____

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE