The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,

Plaintiffs,

v.

JONATHAN G. MORTON, an individual; ASIN ENTERPRISE MANAGEMENT CONSULTING LTD. CO., a China corporation; SHENZHEN LUNA TECHNOLOGY CO., LTD., a China corporation; HUANHUAN LIAO, an individual; CHENLIANG ZHONG, an individual; GUOLIANG ZHONG, an individual; and DOES 1-10,

Defendants.

No. 2:24-cv-01471-JLR

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING RULE 26 DEADLINES**

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING RULE 26 DEADLINES**

Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC and Defendant Jonathan G. Morton, by and through the undersigned, hereby stipulate as follows:

On April 24, 2026, the Court entered an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt 45) ("Scheduling Order") setting the following deadlines under Fed. R. Civ. P. 26:

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING RULE 26 DEADLINES - 1
(2:24-cv-01471-JLR)

| Deadline | Date |
|---|---|
| Deadline for Rule 26(f) Conference: | 5/8/2026 |
| Initial Disclosures Pursuant to Rule 26(a)(1) | 5/22/2026 |
| Combined Joint status Report and Discovery Plan | 5/29/2026 |

The parties require additional time to confer under Rule 26(f), exchange initial disclosures, and prepare a Rule 26(f) report due to international travel by Plaintiffs' counsel over the next two weeks. The parties agree that good cause exists to extend the deadlines in the Scheduling Order by 14 days.

IT IS HEREBY STIPULATED AND AGREED that the Rule 26 deadlines in the Scheduling Order are extended up to and including:

| Deadline | Date |
|---|---|
| Deadline for Rule 26(f) Conference: | 5/22/2026 |
| Initial Disclosures Pursuant to Rule 26(a)(1) | 6/5/2026 |
| Combined Joint status Report and Discovery Plan | 6/12/2026 |

DATED this 5th day of May, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Email: scottcommerson@dwt.com

DEFENDANT
*Pro Se*

Jonathan G. Morton
246 W. Broadway
New York, NY 10013
Tel: (212) 468-5515
Email: jmlawchina@gmail.com

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING RULE 26 DEADLINES - 2
(2:24-cv-01471-JLR)

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, IT IS ORDERED.

The Court amends the dates of the Rule 26 deadlines in the Scheduling Order and sets them as follows:

| Deadline | Date |
| --- | --- |
| Deadline for Rule 26(f) Conference: | 5/22/2026 |
| Initial Disclosures Pursuant to Rule 26(a)(1) | 6/5/2026 |
| Combined Joint status Report and Discovery Plan | 6/12/2026 |

DATED this 5th day of May, 2026.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING RULE 26 DEADLINES - 3
(2:24-cv-01471-JLR)